Format for Pro Hac Vice Motion (Rev. 12/23)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAYANNAH WOODY-STOKES, on behalf of herself and all others similarly situated, )
v. )
SPARTAN RACE, INC., and OCR US HOLDINGS, LLC d/b/a/ TOUGH MUDDER )

Civil Action No. 1:25-cv-00267 UNA

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of ___Michael Groh, Esq.___ to represent ___Dayannah Woody-Stokes___ in this matter.

Signed: _____

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

Patrick Gallagher, Esq. #5170
10 Corporate Circle, Suite 301
New Castle, DE 19720
(302) 656-5445

Attorney for: ___Dayannah Woody-Stokes___

Date: ___3/7/25___

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of ___Pennsylvania___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: ___Michael Groh___

Date: ___3/6/2025___

(Applicant's Address)   Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103