**OPT-IN AND CONSENT TO JOIN FORM**
Dayannah Woody-Stokes v. Spartan Race, Inc. et al
D. De. Civil Action No. 1:25-cv-00267-GBW

**Complete and Return to:**

Murphy Law Group, LLC
Attn: Woody-Stokes v. Spartan Race, Inc. et al
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Fax: 215-525-0210
Email: mkramer@phillyemploymentlawyer.com

Name: Kian O'Shea

Address: 12395 Bear Haven Road, Conifer, CO 80433

Phone No.: 3039455199

E-mail: kianoshea26@gmail.com

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**

1.  I consent and agree to pursue my claims related to unpaid overtime compensation in connection with the above-referenced lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*.  I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

3.  I hereby designate the law firms of Murphy Law Group, LLC, Kessler Matura P.C., and Jacobs & Crumplar P.A. to represent me for all purposes of this action.

4.  I also designate the representative Named Plaintiff, Dayannah Woody-Stokes, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____

(Date Signed) 06 / 30 / 2025 _____

**\*\*NOTE\*\***

Statute of limitations concerns mandate that you return this form promptly to preserve your rights.

Doc ID: b8f7448b91e89204e6f020cb246cbb4a89749110