

September 11, 2025

**VIA CM/ECF**
The Honorable Gregory B. Williams
United States District Court Judge
For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Dayannah Woody-Stokes v. Spartan Race, Inc.*
             Case No.: 1:25-cv-00267-GBW

Dear Judge Williams:

    The parties have conferred and agreed upon the enclosed joint proposed Scheduling Order, which reflects a tiered approach to this FLSA matter. There are no issues concerning scheduling that need to be resolved by the Court. The parties request that the Court enter this proposed Scheduling Order.

             Respectfully submitted,

             */s/ Patrick C. Gallagher*

             Patrick C. Gallagher, Esq. (#5170)

Cc:     All counsel of record (via CM/ECF)