# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| DAYANNAH WOODY-STOKES, *on behalf of herself and all others similarly situated* | : <br> : Case No.: 25-cv-00267-GBW <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| SPARTAN RACE, INC., *et al.* | : <br> : |
| Defendants. | : |

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 22, 2025, Plaintiff's Rule 26(a)(1) Initial Disclosures were served upon Keri Morris-Johnston, Esq., counsel for Defendants, via email attachment.

**JACOBS & CRUMPLAR, P.A.**

/s/ Patrick C. Gallagher
Patrick C. Gallagher, Esq. (DE 5170)
10 Corporate Circle, Suite 301
New Castle, DE  19720
(t) (302) 656-5445
(f) (302) 656-5875
pat@jcdelaw.com

Date: September 23, 2025