# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAYANNAH WOODY-STOKES, *on behalf of herself and all others similarly situated* | : : : | |
| Plaintiff, | : : : | Case No.: 25-cv-00267-GBW<br><br>JURY TRIAL DEMANDED |
| v. | : : | |
| SPARTAN RACE, INC., *et al.* | : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 15, 2025, Plaintiff's First Set of Phase 1 Discovery Interrogatories Directed to Defendants (with Exhibits) and Plaintiff's First Phase 1 Discovery Requests for Production of Documents Directed to Defendants were served upon Keri Morris-Johnston, Esq., counsel for Defendants, via email attachment.

 

**JACOBS & CRUMPLAR, P.A.**

 /s/ Patrick C. Gallagher
Patrick C. Gallagher, Esq. (DE 5170)
10 Corporate Circle, Suite 301
New Castle, DE  19720
(t) (302) 656-5445
pat@jcdelaw.com
*Attorney for Plaintiff*

DATE:  October 15, 2025