

January 5, 2026

<u>**Via CM/ECF Only**</u>
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

    Re:    ***Woody-Stokes v. Spartan Race, Inc.,*** **et al.**
              **D. Del. Case No.: 25-cv-00267-GBW**

Dear Judge Williams,

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least on Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): <u>November 24, 2025.</u>

    Delaware Counsel: <u>Patrick Gallagher, Esq. and Keri L. Morris-Johnston, Esq.</u>

    Lead Counsel: <u>Patrick Gallagher, Esq. and Keri L. Morris-Johnston, Esq.</u>

    The disputes requiring judicial attention are listed below:

- Defendants' Initial Disclosures, due by September 22, 2025, have yet to be served.
- Defendants' Responses to Plaintiff's First Phase 1 Discovery Requests for Production of Documents Directed to Defendants, served on Defendants on October 15, 2025 and thus due by November 14, 2025, have yet to be served.
- Defendants' Answers to Plaintiff's First Set of Phase 1 Discovery Interrogatories Directed to Defendants, served on Defendants on October 15, 2025, and thus due by November 14, 2025, have yet to be served.

                        Respectfully submitted,

                        <u>*/s/ Patrick C. Gallagher*</u>

                        Patrick C. Gallagher
                        (DE Bar 5170)