

1 Righter Parkway, Suite 301, Wilmington, DE 19803
(302) 552-4300  Fax (302) 552-4340

Direct Dial:  (302) 552-4372
Email:  klmorris@mdwcg.com

January 13, 2026

VIA CM/ECF Only

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE  19801-3555

    Re:    *Woody-Stokes v. Spartan Race, Inc., et al.*
             D. Del. Case No.: 25-cv-00267-GBW

Dear Your Honor:

    This office represents the Defendants, Spartan Race, Inc. and UCR US Holdings, LLC d/b/a Tough Mudder. Please accept this letter in response to the Court's Order of January 6, 2026 [D.I. 29].

    Defendants do not dispute that responses to discovery are outstanding and are due to Plaintiff.  The undersigned defense counsel has been working with Defendants to respond to the discovery requests. Defendant's position is that due to short staffing in both its Legal and Human Resources Department, it has taken longer than normal to gather the requested documents in order to respond to discovery. Defendant requests that it be permitted until January 23, 2026 to provide the discovery responses.  The Initial Disclosures will be served no later than January 16, 2026.  The undersigned counsel communicated, via email, with counsel for Plaintiff on January 12, 2026 and on January 13, 2026 advising of Defendant's position and await a response. Further, Defendants do not oppose the request to modify the current deadlines associated with the current case scheduling deadlines as detailed in Plaintiff's letter to this Court [D.I. 28].

                                Respectfully Submitted,

                                */s/ Keri L. Morris-Johnston*

                                Keri L. Morris-Johnston

:klm

LEGAL/173817479.1