# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAYANNAH WOODY-STOKES, <br> *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> SPARTAN RACE, INC, <br><br> and <br><br> OCR US HOLDINGS, LLC d/b/a TOUGH MUDDER <br><br> Defendants. | C.A. No. 1:25-cv-00267-GBW <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 19, 2026, Defendants' Initial Disclosures was served via electronic mail upon counsel of Plaintiff:

| | |
|---|---|
| Patrick C. Gallagher, Esq. <br> Jacobs & Crumpler, P.A. <br> 10 Corporate Circle, Suite 301 <br> New Castle, DE 19720 <br> *Attorneys for the Plaintiff* | Michael Groh, Esq. <br> Mary Kramer, Esq. <br> MURPHY LAW GROUP, LLC <br> Eight Penn Center, Suite 2000 <br> 1628 John F. Kennedy Blvd. <br> *Attorneys for the Plaintiff* |

MARSHALL DENNEHEY, P.C.

*/s/ Keri L. Morris-Johnston*
Keri L. Morris-Johnston, Esq. (I.D. #4656)
1 Righter Parkway, Suite 301
Wilmington, DE 19803
(302) 552-4372 – telephone
(302) 552-4340 – fax
klmorris@mdwcg.com
*Attorney for Defendants*

Date: January 19, 2026

LEGAL/173959287.1