# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAYANNAH WOODY-STOKES, *on behalf of herself and all others similarly situated,* | : : : : |
| Plaintiff, | : : |
| v. | : JURY TRIAL DEMANDED |
| | : : |
| SPARTAN RACE, INC, | : : |
| and | : : |
| OCR US HOLDINGS, LLC d/b/a TOUGH MUDDER | : : : |
| Defendants. | : : |

C.A. No. 1:25-cv-00267-GBW

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 25, 2026, Defendants, SPARTAN RACE, INC. and OCR US HOLDINGS, LLC d/b/a TOUGH MUDDER, Responses to Plaintiff's First Set of Phase 1 Discovery Interrogatories, Responses to Plaintiff's First Set of Phase 1 Discovery Request for Production of Documents, and Defendants' Document production (D.000001-D.001123), were served via secured electronic mail upon counsel of Plaintiff. On January 26, 2026, Defendants' Document production (D.001124-D.001125), were served via secured electronic mail upon counsel of Plaintiff:

Patrick C. Gallagher, Esq.
Jacobs & Crumpler, P.A.
10 Corporate Circle, Suite 301
New Castle, DE 19720
*Attorneys for the Plaintiff*

Michael Groh, Esq.
Mary Kramer, Esq.
MURPHY LAW GROUP, LLC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
*Attorneys for the Plaintiff*

Troy L. Kessler, Esq.
Garrett Kaske, Esq.
Tana Forrester, Esq.
Kessler Matura, P.C.
534 Broadhollow, Suite 275
Melville, New York  11747
*Attorneys for the Plaintiff*

                                     MARSHALL DENNEHEY, P.C.

                                     */s/ Keri L. Morris-Johnston*
                                     Keri L. Morris-Johnston, Esq. (I.D. #4656)
                                     1 Righter Parkway, Suite 301
                                     Wilmington, DE 19803
                                     (302) 552-4372 – telephone
                                     (302) 552-4340 – fax
                                     klmorris@mdwcg.com
                                     *Attorney for Defendants*

Date: January 26, 2026

LEGAL/174091741.1