# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAYANNAH WOODY-STOKES, on behalf of herself and all others similarly situated, | : : : |
| | : |
| Plaintiff, | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| SPARTAN RACE, INC, | : |
| | : |
| and | : |
| | : |
| OCR US HOLDINGS, LLC d/b/a TOUGH MUDDER | : |
| | : |
| Defendants. | : |

## STIPULATION TO EXTEND PHASE 1 DISCOVERY DEADLINE

Plaintiff, DAYANNA WOODY-STOKES, and Defendants SPARTAN RACE, INC. AND OCR US HOLDINGS LLC, d/b/a TOUGH MUDDER, by and through their undersigned counsel, hereby move the Court to enter an Order extending certain deadlines set forth in the Court's Oral Order dated January 15, 2026, see ECF 32.

In support of this Stipulation, the Parties state as follows:

1. On January 5, 2026, Plaintiff submitted a Letter to the Court requesting a discovery teleconference to discuss concerns related to Defendants' then overdue Rule 26 Initial Disclosures and responses to Plaintiff's Phase 1 Discovery Requests.

2. Thereafter, the parties submitted letters advising the Court of their respective positions, with Defendants acknowledging that their Initial Disclosures and discovery responses were then outstanding, and citing short staffing in Defendants' Legal and Human Resources Departments as contributing to the delay. See ECF No. 31.

3. On January 15, 2026, having considered the parties' respective letters, the Court entered an Oral Order setting deadlines for Defendants to provide their Initial Disclosures and discovery responses, and further extending the discovery cut-off for Phase 1 discovery related to Plaintiff's anticipated Motion for Conditional Certification for Notice Purposes under 29 U.S.C. § 216(b) from January 16, 2026 to March 2, 2026, and the deadline for Plaintiff's Motion for Conditional Certification from February 15, 2026 to April 1, 2026.

4. On February 27, 2026, Plaintiff sent a letter to Defendants pursuant to Federal Rule of Civil Procedure 37(a)(1) setting forth certain alleged deficiencies with respect to Defendants' discovery responses.

5. The parties agree that additional time is needed to meet and confer regarding Defendants' alleged discovery deficiencies and to allow sufficient time for court intervention, if necessary.

6. Accordingly, the parties stipulate and agree to a thirty (30) day extension of the discovery cut-off for Phase 1 discovery related to Plaintiff's

anticipated Motion for Conditional Certification for Notice Purposes under 29 U.S.C. § 216(b), from March 2, 2026 to April 1, 2026, and the deadline for Plaintiff's Motion for Conditional Certification, from April 1, 2026 to May 1, 2026.

| | |
|---|---|
| **JACOBS & CRUMPLAR, P.A.** | **MARSHALL DENNEHEY, PC** |
| /s/ Patrick C. Gallagher | /s/ Keri L. Morris-Johnston |
| Patrick C. Gallagher, Esq. (#5170)<br>10 Corporate Circle, Suite 301<br>New Castle, DE 19720<br>(t) (302) 656-5445<br>(f) (302) 656-5875<br>pat@jcdelaw.com | Keri L. Morris-Johnston, Esq.<br>(#4656)<br>1 Righter Parkway, Suite 301<br>Wilmington, DE 19803<br>(t) (302) 552-4372<br>(f) (302) 552-4340<br>klmorris@MDWCG.com |
| and | |
| **MURPHY LAW GROUP, LLC** | *Counsel for Defendants Spartan Race, Inc. and OCR US Holdings LLC, d/b/a Tough Mudder* |
| /s/ Michael Groh<br>Michael Groh, Esq.<br>(Admitted pro hac vice)<br>Mary Kramer, Esq.<br>(Admitted pro hac vice)<br>Eight Penn Center, Suite 2000<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>(t) (215) 273-1054<br>(f) (215) 525-0210<br>Mgroh@phillyemploymentlawyer.com<br>Mkramer@phillyemploymentlawyer.com | Dated: March 2, 2026 |

**KESSLER MATURA P.C.**
Troy L. Kessler

(Admitted pro hac vice)
Garrett Kaske
(Admitted pro hac vice)
Tana Forrester
(Admitted pro hac vice)
534 Broadhollow, Suite 275
Melville, New York 11747
TEL: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
tforrester@kesslermatura.com

*Counsel for Plaintiff*

Dated: March 2, 2026

**Approved and So ORDERED:**

---

The Honorable Gregory B. Williams
United States District Court Judge