**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------

DAYANNAH WOODY-STOKES, *on*  :
*behalf of herself and all others similarly*  :
*situated*  : Case No.: 25-cv-00267-GBW
  :
　　　　　　　　　Plaintiff,  :
  :
　　v.  :
  :
SPARTAN RACE, INC., *et al.*  :
  :
　　　　　　　　　Defendants.  :

------------------------------------------------------------

## ORDER

AND NOW, this __ day of _____, 　　2026, 　　upon

consideration of Plaintiff's Unopposed Motion to Exceed Word Count, and any

response thereto, it is hereby ORDERED that said Motion is GRANTED.  It is

FURTHER ORDERED:

　　　a.　　Plaintiff shall be granted an increased word limit, to 6,500 words for

her Memorandum of Law in Support of Plaintiff's Motion to Proceed as a Collective

Action and Facilitate Notice Under 29 U.S.C. § 216(b);

　　　b.　　Defendant shall be granted an increased word limit, to 6,500 words for

any response filed thereto.

**APPROVED AND SO ORDERED:**

_____
The Honorable Gregory B. Williams
U.S. District Judge