**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------

DAYANNAH WOODY-STOKES, *on* : 
*behalf of herself and all others similarly* : 
*situated* : Case No.: 25-cv-00267-GBW
                                    :
                    Plaintiff,     :
                                    :
        v.                          :
                                    :
SPARTAN RACE, INC., *et al.*        :
                                    :
                    Defendants.     :

---------------------------------------------------------

## ORDER

AND NOW, this __ day of _____, 2026, upon consideration of Plaintiff's Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b), and any response thereto, it is hereby ORDERED that said Motion is GRANTED. It is FURTHER ORDERED:

a.     This case is designated as a Section 216(b) collective action.

b.     Within ten (10) days of this Order, Defendants shall produce to Plaintiff a computer-readable data file (Microsoft Excel spreadsheet) containing the names, addresses, and email addresses of all potential opt-in members so that notice may be implemented.

c.     After receiving the computer-readable file, Plaintiff is authorized to send notice by U.S. First Class Mail and electronic mail to all persons presently or

formerly employed by Defendants in the positions of Festival Event Staff, Branding Lead, Build Crew Leader, Build Crew Laborer, Festival Support, Excavator, Festival Lead, Kids Lead, and/or Base Camp Manager who worked for Defendants and either: (a) were paid on a salary basis at any point from December 23, 2022 to July 1, 2024; or (b) were paid on an hourly basis at any point from December 23, 2022 to the present.  The Court approves the form of Notice submitted as Exhibit A to the Memorandum of Law in Support of Plaintiff's Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b).

d.      Potential opt-in plaintiffs shall be provided with sixty (60) days from the date of mailing the Notice to "opt in" to this lawsuit.

e.      Plaintiff is authorized optionally to send follow-up notices by mail or email to those who have not responded within thirty (30) days from the date of Notice is mailed.

f.      Defendants shall post a copy of the Notice at all of Defendants' race events held during the sixty (60) days following the mailing of Notice in an area where the Notice will be visible to all employees.

**APPROVED AND SO ORDERED:**

_____

The Honorable Gregory B. Williams
U.S. District Judge

2