# EXHIBIT "A"

## NOTICE OF COLLECTIVE ACTION LAWSUIT

***Woody-Stokes v. Spartan Race, Inc., et al.,* Civil Action No.: 25-00267-GBW**
United States District Court, District of Delaware

**TO:**    **All persons employed by Defendants in the positions of Festival Event Staff, Branding Lead, Build Crew Leader, Build Crew Laborer, Festival Support, Excavator, Festival Lead, Kids Lead, and/or Base Camp Manager who worked for Defendants and either: (a) were paid on a salary basis at any point from December 23, 2022 to July 1, 2024; or (b) were paid on an hourly basis at any point from December 23, 2022 to the present ("Putative Collective Members").**

**RE:**    **Lawsuit against Spartan Race and Tough Mudder to recover unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA")**
**\*\*\*\***

**THIS IS A <u>COURT-AUTHORIZED</u> NOTICE OF COLLECTIVE ACTION LAWSUIT AND HAS BEEN PROVIDED TO YOU UPON COURT ORDER FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**PLEASE READ THIS NOTICE CAREFULLY, AS THIS NOTICE COULD AFFECT YOUR LEGAL RIGHTS**

### I.    INTRODUCTION

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you are potentially "similarly situated" to the Named Plaintiff, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you decide that it is appropriate and should you choose to do so.

### II.    DESCRIPTION OF THE LAWSUIT

On March 6, 2025, Dayannah Woody-Stokes ("Named Plaintiff") initiated this lawsuit against Defendants Spartan Race, Inc. and OCR US Holdings, LLC d/b/a Tough Mudder ("Defendants") in the United States District Court, District of Delaware on behalf of herself and all similarly-situated individuals.

This lawsuit alleges, among other things, that Defendants denied overtime compensation to similarly-situated individuals employed in the positions of Festival Event Staff, Branding Lead, Build Crew Leader, Build Crew Laborer, Festival Support, Excavator, Festival Lead, Kids Lead, and/or Base Camp Manager by: (a) misclassifying them as overtime exempt prior to July 1, 2024; and (b) failing to pay them for all compensable travel time.

Defendants are defending the lawsuit and denies they have violated the FLSA.

The lawsuit is still in the early stages.  The Judge has not yet decided who will win.

### III.    <u>NO RETALIATION PERMITTED</u>

In the event you join this lawsuit and exercise your rights under the FLSA, federal law prohibits Defendants from discharging or in any other manner discriminating or retaliating against you because of your participation.

### IV.    <u>COMPOSITION OF THE CLASS</u>

The Named Plaintiff brings this lawsuit on behalf of herself and on behalf of all other employees who are similarly situated, specifically all persons presently or formerly employed by Defendants Spartan Race, Inc. and OCR US Holdings, LLC d/b/a Tough Mudder in the positions of Festival Event Staff, Branding Lead, Build Crew Leader, Build Crew Laborer, Festival Support, Excavator, Festival Lead, Kids Lead, and/or Base Camp Manager who worked for Defendants and either: (a) were paid on a salary basis at any point from December 23, 2022 to July 1, 2024; or (b) were paid on an hourly basis at any point from December 23, 2022 to the present.

### V.    <u>YOUR RIGHT TO PARTICIPATE IN THIS SUIT</u>

If you fit the definition above, you may join this suit (that is, you may "opt in") by mailing your completed and signed "Opt-In Consent Form" in the self-addressed, stamped envelope provided or by otherwise sending the "Opt-In Consent Form" by fax or email to the Named Plaintiff's counsel at the following address:

**Murphy Law Group, LLC**
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Phone: (267) 273-1054
Fax: (215) 525-0210
Email: mkramer@phillyemploymentlawyer.com

This form must be returned in sufficient time to have the Named Plaintiff's counsel file it with the federal court on or before **[DATE OF MAILING + 60 DAYS]**.  If you fail to return the "Opt-In Consent Form" to the Named Plaintiff's Counsel in time for it to be filed with the federal court on or before the above deadline date, you may not be able to participate in the lawsuit.

If you file an "Opt-In Consent Form," your continued right to participate in this suit will depend upon a later decision by the District Court that you and the Named Plaintiff are actually "similarly situated" in accordance with federal law.

If you do not wish to participate in this lawsuit, **do not** return the Opt-In Consent Form.

### VI.    <u>EFFECT OF JOINING THIS SUIT</u>

If you choose to join in the lawsuit, you will be bound by the judgment or settlement,

2

whether it is favorable or unfavorable.  If you join this lawsuit and the Court rules completely in favor of Defendants, you will be entitled to no relief.  While this lawsuit is pending, you may be required to respond to written questions, sit for a deposition, and/or testify in court should the matter proceed to trial.

## VII.    NO LEGAL EFFECT IN NOT JOINING THIS SUIT

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the class.  If you choose not to join this lawsuit, you are free to file your own lawsuit.

## VIII.   YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, you will be jointly represented by the following three law firms: (i) **Murphy Law Group, LLC**, Eight Penn Center, Suite 2000, 1628 John F. Kennedy Blvd., Philadelphia, PA 19103, Phone: (267) 273-1054, www.phillyemploymentlawyer.com; (ii) **Jacobs & Crumplar, P.A.**, 10 Corporate Circle, Ste. 301, New Castle, DE 19720; Phone: (302) 656-5445, https://www.jcdelaw.com/; and (iii)  **Kessler Matura P.C.**, 534 Broadhollow Road, Suite 275, Melville, NY 11747, Phone: (631) 499-9100, https://kesslermatura.com/

The attorneys who are representing the Named Plaintiff and who will also be representing you if you opt in to this lawsuit are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees.  If there is a recovery, the attorneys for the Named Plaintiff will receive a part of any settlement obtained or money judgment entered in favor of all members of the collective action lawsuit.  By joining this lawsuit, you designate the representative Named Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.  These decisions and agreements made and entered into by the representative Named Plaintiff will be binding on you if you join this lawsuit.

## IX.    FURTHER INFORMATION

Further information about this Notice, filing an "Opt-In Consent Form," or questions concerning this lawsuit may be obtained by writing, telephoning, or emailing Named Plaintiff's counsel at the address, telephone, and email address provided above.

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE.  THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE LAWSUIT.**

## OPT-IN AND CONSENT TO JOIN FORM
Dayannah Woody-Stokes v. Spartan Race, Inc. et al
D. De. Civil Action No. 1:25-cv-00267-GBW

**Complete and Return to:**

Murphy Law Group, LLC
Attn: Woody-Stokes v. Spartan Race, Inc. et al
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Fax: 215-525-0210
Email: mkramer@phillyemploymentlawyer.com

Name: _____    Phone No.: _____

Address: _____    E-mail: _____

_____

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims related to unpaid overtime compensation in connection with the above-referenced lawsuit.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

3. I hereby designate the law firms of Murphy Law Group, LLC, Kessler Matura P.C., and Jacobs & Crumplar P.A. to represent me for all purposes of this action.

4. I also designate the representative Named Plaintiff, Dayannah Woody-Stokes, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____    (Date Signed) _____

**\*\*NOTE\*\***

Statute of limitations concerns mandate that you return this form promptly to preserve your rights.

# EXHIBIT "B"

| Last Name | First Name | Position | Hire / Change Date | Term Date | Rehire Date | Supervisor's Name | Pay Type Code | Annual Salary | Base Rate |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | Excavator | 04/05/2021 | | | Matthew Barber | Salary | $45,000 | |
| | | Excavator | 06/30/2024 | | | Matthew Barber | Hourly | | $30.00 |
| | | Branding Lead | 01/01/2025 | | | Jacob Lensing | Hourly | | $26.50 |
| | | Lead, Festival | 01/25/2026 | | | Jacob Lensing | Hourly | | $26.00 |
| ▮ | ▮ | Excavator | 04/05/2021 | | | Matthew Barber | Salary | $47,000 | |
| | | Excavator | 06/30/2024 | | | Matthew Barber | Hourly | | $30.50 |
| | | Leader, Build Crew | 12/27/2024 | | | Cal Mcconachie | Hourly | | $27.00 |
| | | Leader, Build Crew | 01/25/2026 | | | Jessica Fitzgerald | Hourly | | $25.50 |
| ▮ | ▮ | Excavator | 08/15/2021 | | | Matthew Barber | Salary | $45,000 | |
| | | Excavator | 06/30/2024 | 11/04/2024 | | Matthew Barber | Hourly | | $30.50 |
| ▮ | ▮ | Excavator | 01/12/2022 | | | Matthew Barber | Salary | $45,000 | |
| | | Excavator | 06/30/2024 | 11/27/2024 | | Matthew Barber | Hourly | | $29.50 |
| ▮ | ▮ | Excavator | 09/13/2022 | | | Matthew Barber | Salary | $45,000 | |
| | | Excavator | 06/30/2024 | | | Matthew Barber | Hourly | | $29.00 |
| | | Manager, Delivery Inventory | 12/29/2024 | | | Catherine Kurowski | Hourly | | $25.50 |
| | | Manager, Delivery Inventory | 01/13/2025 | | | Catherine Kurowski | Hourly | | $27.50 |
| | | Manager, Logistics | 06/01/2025 | | | Catherine Kurowski | Salary | $47,500 | |
| ▮ | ▮ | Lead, Branding | 03/04/2022 | | | Emily Fiorini | Salary | $37,440 | |
| | | Lead, Branding | 06/30/2024 | | | Emily Fiorini | Hourly | | $25.50 |
| | | Lead, Festival | 12/29/2024 | | | Kip Krieger | Hourly | | $26.00 |
| | | Lead, Festival | 01/25/2026 | | | Kip Krieger | Hourly | | $25.00 |
| ▮ | ▮ | Lead, Collateral | 06/04/2023 | | | Jason Hayden | Salary | $36,000 | |
| | | Lead, Branding | 06/30/2024 | | | Emily Fiorini | Hourly | | $25.00 |
| | | Lead, Branding | 12/29/2024 | | | Michael Toler | Hourly | | $25.50 |
| | | Lead, Festival | 01/25/2026 | | | Austin Moore | Hourly | | $24.00 |
| Woody-Stokes | Dayannah | Lead, Branding | 07/10/2023 | | | Emily Fiorini | Salary | $36,000 | |
| | | Lead, Branding | 06/30/2024 | | | Emily Fiorini | Hourly | | $24.50 |
| | | Lead, Kids | 12/27/2024 | | | Troy Spencer | Hourly | | $25.00 |
| | | Manager, Base Camp | 05/04/2025 | | | Preston Mitchell | Hourly | | $28.00 |
| ▮ | ▮ | Lead, Branding | 03/17/2024 | | | Emily Fiorini | Salary | $36,000 | |
| | | Lead, Branding | 06/30/2024 | | | Emily Fiorini | Hourly | | $24.00 |
| | | Lead, Branding | 12/29/2024 | | | Troy Spencer | Hourly | | $24.50 |
| | | Manager, Logistics | 03/09/2026 | | | Kurowski, Catherine | Salary | $45,000 | |
| ▮ | ▮ | Leader, Build Crew | 04/01/2017 | | | Matthew Barber | Salary | $39,000 | |
| | | Manager, Base Camp | 06/30/2024 | | | Matthew Barber | Hourly | | $28.50 |
| | | Manager, Base Camp | 12/29/2024 | | | Benjamin Smith | Hourly | | $29.00 |
| | | Manager, Base Camp | 01/25/2026 | | | Benjamin Smith | Hourly | | $28.00 |
| ▮ | ▮ | Leader, Build Crew | 01/01/2019 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $26.50 |
| | | Foreman, Build | 12/27/2024 | | | Christopher Vanhintur | Salary | $37,440 | |
| ▮ | ▮ | Leader, Build Crew | 06/15/2019 | | | Matthew Barber | Salary | $36,000 | |
| | | Leader, Build Crew | 04/17/2023 | | | Matthew Barber | Salary | $37,880 | |
| | | Leader, Build Crew | 09/01/2023 | | | Matthew Barber | Salary | $39,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $26.50 |
| | | Manager, Base Camp | 12/29/2024 | | | Alden Ransom | Hourly | | $29.00 |
| | | Manager, Base Camp | 01/25/2026 | | | TJ Trevino | Hourly | | $28.00 |
| ▮ | ▮ | Leader, Build Crew | 04/01/2021 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $26.00 |
| | | Leader, Build Crew | 12/27/2024 | | | Jesse Fortin | Hourly | | $26.50 |
| | | Leader, Build Crew | 01/11/2025 | | | Clayton Tucker | Hourly | | $26.50 |
| | | Laborer, Build Crew | 01/14/2026 | | | Clayton Tucker | Hourly | | $23.50 |

D. 003962

| | | Position | Start Date | End Date | Manager | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | Leader, Build Crew | 06/28/2021 | | Matthew Barber | Salary | $39,520 | |
| | | Leader, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $26.00 |
| | | Leader, Build Crew | 12/27/2024 | | Joe Crouthamel | Hourly | | $26.50 |
| | | Leader, Build Crew | 01/11/2025 | | Joe Crouthamel | Hourly | | - |
| | | Laborer, Build Crew | 02/09/2025 | | Matthew Barber | Hourly | | - |
| | | Manager, Course | 07/01/2025 | | Tyler Spencer | Hourly | | - |
| ▮ | ▮ | Leader, Build Crew | 07/22/2021 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 04/10/2023 | | Matthew Barber | Salary | $39,520 | |
| | | Leader, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $25.50 |
| | | Manager, Base Camp | 09/01/2024 | | Matthew Barber | Hourly | | $27.00 |
| | | Manager, Base Camp | 12/27/2024 | | Catherine Kurowski | Hourly | | $27.50 |
| | | Manager, Base Camp | 01/11/2025 | | George Snyder | Hourly | | - |
| | | Manager, Logistics | 10/19/2025 | | Catherine Kurowski | Salary | $45,000 | |
| ▮ | ▮ | Leader, Build Crew | 07/25/2021 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $25.50 |
| | | Leader, Build Crew | 12/27/2024 | | Steven Edmonds | Hourly | | $26.00 |
| | | Manager, Logistics | 09/15/2025 | | Catherine Kurowski | Salary | $45,000 | |
| ▮ | ▮ | Leader, Build Crew | 08/15/2021 | | Matthew Barber | Salary | $40,560 | |
| | | Leader, Build Crew | 04/10/2023 | | Matthew Barber | Salary | $42,182 | |
| | | Laborer, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $25.00 |
| | | Laborer, Build Crew | 12/27/2024 | | Matthew Barber | Hourly | | $25.50 |
| | | Laborer, Build Crew | 01/11/2025 | | Matthew Barber | Hourly | | - |
| | | Foreman, Build | 01/26/2025 | | Kyle Manning | Salary | $45,500 | |
| | | Foreman, Build | 03/23/2025 | | Kyle Manning | Salary | $47,500 | |
| | | Leader, Build Crew | 09/10/2025 | | Matthew Barber | Hourly | | $25.50 |
| | | Laborer, Build Crew | 10/31/2025 | | Matthew Barber | Hourly | | - |
| ▮ | ▮ | Leader, Build Crew | 11/08/2021 | | Matthew Barber | Salary | $36,000 | |
| | | Leader, Build Crew | 09/01/2023 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | 12/13/2024 | Matthew Barber | Hourly | | $25.50 |
| ▮ | ▮ | Manager, Base Camp | 01/12/2022 | | Dan Welch | Salary | $42,000 | |
| | | Leader, Build Crew | 05/23/2024 | | Matthew Barber | Salary | - | |
| | | Leader, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $27.50 |
| | | Leader, Build Crew | 12/27/2024 | | Steven Edmonds | Hourly | | $28.00 |
| ▮ | ▮ | Leader, Build Crew | 02/08/2022 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | Matthew Barber | Salary | $38,000 | |
| | | Excavator | 06/30/2024 | | Matthew Barber | Hourly | | $29.50 |
| | | Excavator | 12/29/2024 | | Steven Edmonds | Hourly | | $30.00 |
| | | Excavator | 01/25/2026 | | Steven Edmonds | Hourly | | $28.00 |
| ▮ | ▮ | Leader, Build Crew | 03/01/2022 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $25.50 |
| | | Leader, Build Crew | 12/29/2024 | | Steven Edmonds | Hourly | | $26.00 |
| ▮ | ▮ | Leader, Build Crew | 03/15/2022 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $25.50 |
| | | Leader, Build Crew | 12/27/2024 | | Troy Spencer | Hourly | | $26.00 |
| | | Lead, Kids | 05/04/2025 | | Troy Spencer | Hourly | | $26.00 |
| | | Lead, Kids | 01/25/2026 | | Troy Spencer | Hourly | | $23.00 |
| ▮ | ▮ | Leader, Build Crew | 03/29/2022 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | Matthew Barber | Hourly | | $25.50 |
| | | Leader, Build Crew | 12/27/2024 | | Clayton Tucker | Hourly | | $26.00 |
| | | Leader, Build Crew | 01/11/2025 | 8/18/2025 | Clayton Tucker | Hourly | | $26.00 |

D. 003963

| Last Name | First Name | Position | Date 1 | Date 2 | Date 3 | Manager | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | Leader, Build Crew | 05/31/2022 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | | |
| | | Leader, Build Crew | 06/30/2024 | 12/13/2024 | | Matthew Barber | Hourly | | $25.50 |
| ▉ | ▉ | Leader, Build Crew | 07/05/2022 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Hourly | | $18.27 |
| | | Laborer, Build Crew | 06/30/2024 | 10/06/2024 | | Matthew Barber | Hourly | | $25.50 |
| Mckay | Jesse | Leader, Build Crew | 07/05/2022 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | 12/13/2024 | 07/20/2025 | Matthew Barber | Hourly | | $25.00 |
| | | Lead, Kids | 07/20/2025 | | | Kip Krieger | Hourly | | $18.00 |
| | | Lead, Kids | 09/22/2025 | | | Kip Krieger | Hourly | | $21.00 |
| ▉ | ▉ | Leader, Build Crew | 08/01/2022 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 02/11/2024 | | | Matthew Barber | Hourly | | $18.00 |
| | | Laborer, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Laborer, Build Crew | 12/27/2024 | | | Matthew Barber | Hourly | | $25.50 |
| | | Laborer, Build Crew | 02/02/2026 | | | Matthew Barber | Hourly | | $23.50 |
| ▉ | ▉ | Leader, Build Crew | 08/30/2022 | | | Matthew Barber | Salary | $36,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/27/2024 | | | Matthew Barber | Hourly | | $25.50 |
| | | Leader, Build Crew | 01/11/2025 | | | Dan Beck | Hourly | | $25.50 |
| ▉ | ▉ | Leader, Build Crew | 11/22/2022 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Joe Crouthamel | Hourly | | $25.50 |
| | | Leader, Build Crew | 01/11/2025 | 2/5/2026 | | Cal McConachie | Hourly | | $25.50 |
| ▉ | ▉ | Leader, Build Crew | 11/22/2022 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Clayton Tucker | Hourly | | $25.50 |
| | | Manager, Base Camp | 03/08/2026 | | | George Snyder | Hourly | | $28.00 |
| McConachie | Cal | Leader, Build Crew | 02/27/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/27/2024 | | | Kyle Manning | Hourly | | $25.50 |
| | | Leader, Build Crew | 01/11/2025 | | | Kyle Manning | Hourly | | $25.50 |
| | | Foreman, Build | 05/19/2025 | | | Preston Mitchell | Salary | $45,000 | |
| O'Shea | Kian | Leader, Build Crew | 02/27/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | - | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Jessica Fitzgerald | Hourly | | $25.50 |
| ▉ | ▉ | Leader, Build Crew | 02/27/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | - | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Jessica Fitzgerald | Hourly | | $25.50 |
| ▉ | ▉ | Leader, Build Crew | 03/27/2023 | | | Matthew Barber | Salary | $36,000 | |
| | | Leader, Build Crew | 09/01/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/27/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Manager, Delivery Inventory | 01/13/2025 | | | Catherine Kurowski | Hourly | | $27.50 |
| | | Manager, Logistics | 06/01/2025 | | | Catherine Kurowski | Salary | $47,500 | |
| ▉ | ▉ | Leader, Build Crew | 05/01/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Kyle Manning | Hourly | | $25.50 |

D. 003964

| | | Position | Date | Date 2 | Date 3 | Name | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|---|
| | | Leader, Build Crew | 01/11/2025 | | | Kyle Manning | Hourly | | $25.50 |
| | | Laborer, Build Crew | 05/22/2025 | | | Matthew Barber | Hourly | | $25.50 |
| | | Laborer, Build Crew | 02/02/2026 | | | Dan Welch | Hourly | | $23.50 |
| ▪ | ▪ | Leader, Build Crew | 05/29/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Jessica Fitzgerald | Hourly | | $25.50 |
| | | Leader, Build Crew | 01/11/2025 | | | Clayton Tucker | Hourly | | $25.50 |
| | | Leader, Build Crew | 01/25/2026 | | | Clayton Tucker | Hourly | | $23.50 |
| ▪ | ▪ | Leader, Build Crew | 08/28/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $24.50 |
| | | Leader, Build Crew | 12/27/2024 | 1/11/2025 | | Joe Crouthamel | Hourly | | $25.00 |
| ▪ | ▪ | Leader, Build Crew | 09/18/2023 | 10/25/2023 | 4/19/2024 | Matthew Barber | Hourly | Amount Not Available | |
| | | Leader, Build Crew | 04/19/2024 | 12/15/2024 | | Matthew Barber | Hourly | Amount Not Available | |
| ▪ | ▪ | Leader, Build Crew | 09/25/2023 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 05/23/2024 | | | Matthew Barber | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $24.50 |
| | | Leader, Build Crew | 12/29/2024 | 3/2/2025 | | Jessica Fitzgerald | Hourly | | $25.00 |
| ▪ | ▪ | Leader, Build Crew | 05/12/2024 | | | Matthew Barber | Hourly | | $18.00 |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $24.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Steven Edmonds | Hourly | | $24.50 |
| ▪ | ▪ | Leader, Build Crew | 05/19/2024 | | | Matthew Barber | Hourly | | $16.00 |
| | | Leader, Build Crew | 06/30/2024 | | | Matthew Barber | Hourly | | $24.00 |
| | | Leader, Build Crew | 12/29/2024 | | | Jesse Fortin | Hourly | | $24.50 |
| | | Leader, Build Crew | 01/11/2025 | | | Clayton Tucker | Hourly | | $24.50 |
| | | Manager, Base Camp | 11/02/2025 | | | George Snyder | Hourly | | $28.00 |
| | | Leader, Build Crew | 02/20/2026 | | | George Snyder | Hourly | | $24.50 |
| ▪ | ▪ | Director, Event | 02/14/2022 | | | Jason Barnes | Salary | $60,000 | |
| | | Director, Event | 04/10/2023 | | | Jason Barnes | Salary | $62,400 | |
| | | Director, Event | 05/30/2024 | 02/21/2025 | | Jason Barnes | Salary | $73,400 | |
| ▪ | ▪ | Sr. Manager, Festival Operations | 02/15/2019 | | | Emily Fiorini | Salary | $37,000 | |
| | | Sr. Manager, Festival Operations | 06/01/2021 | | | Emily Fiorini | Salary | $40,500 | |
| | | Sr. Manager, Festival Operations | 07/03/2022 | | | Emily Fiorini | Salary | $43,000 | |
| | | Sr. Manager, Festival Operations | 01/01/2023 | | | Emily Fiorini | Salary | $56,650 | |
| | | Sr. Manager, Festival Operations | 05/30/2024 | | | Emily Fiorini | Salary | $62,000 | |
| | | Director, Event | 12/29/2024 | | | Jason Barnes | Salary | $64,000 | |
| | | Director, Event | 03/23/2025 | 05/09/2025 | | Jason Barnes | Salary | $66,000 | |
| ▪ | ▪ | Manager, Event Project | 08/07/2023 | | | Mary Hannon | Salary | $42,000 | |
| | | Director, Event | 05/30/2024 | 12/31/2025 | | Jason Barnes | Salary | $64,000 | |
| | | Director, Event | 03/23/2025 | 12/31/2025 | | | Salary | $66,000 | |
| ▪ | ▪ | Base Camp Manager | 05/09/2022 | | | Matthew Barber | Salary | $42,000 | |
| | | Base Camp Manager | 04/10/2023 | | | Matthew Barber | Salary | $43,680 | |
| | | Base Camp Manager | 06/30/2024 | | | Matthew Barber | Hourly | | $27.50 |
| | | Director, Event | 08/11/2024 | | | Jason Barnes | Salary | $64,000 | |
| | | Director, Event | 03/23/2025 | | | Jason Barnes | Salary | $66,000 | |
| ▪ | ▪ | Manager, Course | 10/12/2021 | | | Jason Barnes | Salary | $37,500 | |
| | | Manager, Course | 04/13/2024 | | | Jason Barnes | Salary | $43,000 | |
| | | Manager, Course | 06/30/2024 | | | Jason Barnes | Hourly | | $27.50 |
| | | Manager, Course | 12/29/2024 | | | Jason Barnes | Hourly | | $28.00 |
| | | Director, Event | 06/20/2025 | | | Jason Barnes | Salary | $64,000 | |
| | | Director, Event | 12/28/2025 | | | Jason Barnes | Salary | $67,000 | |
| ▪ | ▪ | Lead, Kids | 10/25/2021 | | | Emily Fiorini | Salary | $38,000 | |

D. 003965

| | | Position | Date | Date | Date | Manager | Pay Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|---|
| | | Director, Event | 05/23/2024 | | | Jason Barnes | Salary | $68,000 | |
| | | Director, Event | 03/23/2025 | | | Jason Barnes | Salary | $70,000 | |
| ▮ | ▮ | Manager, Festival | 01/15/2016 | | | Emily Fiorini | Salary | $42,000 | |
| | | Director, Event | 01/03/2022 | | | Jason Barnes | Salary | $60,000 | |
| | | Director, Event | 04/10/2023 | | | Jason Barnes | Salary | $62,400 | |
| | | Director, Event | 03/15/2024 | | | Jason Barnes | Salary | $76,400 | |
| | | Director, Event | 03/23/2025 | | | Jason Barnes | Salary | $78,400 | |
| ▮ | ▮ | Support, Festival | 02/15/2018 | | | Emily Fiorini | Salary | $37,000 | |
| | | Support, Festival | 03/13/2020 | | | Emily Fiorini | Salary | $37,000 | |
| | | Manager, Festival | 03/15/2024 | | | Emily Fiorini | Salary | $50,000 | |
| | | Manager, Festival | 03/23/2025 | | | Emily Fiorini | Salary | $52,000 | |
| | | Director, Event | 02/08/2026 | | | Jason Barnes | Salary | $66,000 | |
| ▮ | ▮ | Leader, Build Crew | 03/01/2019 | | | Jason Barnes | Salary | $36,000 | |
| | | Leader, Build Crew | 03/16/2020 | | | Jason Barnes | Salary | $36,000 | |
| | | Director, Event | 01/16/2023 | | | Jason Barnes | Salary | $60,000 | |
| | | Director, Event | 05/23/2024 | | | Jason Barnes | Salary | $70,400 | |
| | | Director, Event | 03/23/2025 | | | Jason Barnes | Salary | $74,400 | |
| ▮ | ▮ | Director, Event | 03/30/2025 | | | Jason Barnes | Salary | $64,000 | |
| ▮ | ▮ | Manager, Festival | 03/01/2019 | | | Emily Fiorini | Salary | $37,000 | |
| | | Manager, Festival | 10/18/2021 | | | Emily Fiorini | Salary | $40,000 | |
| | | Director, Event | 02/13/2023 | | | Jason Barnes | Salary | $60,000 | |
| | | Director, Event | 03/15/2024 | | | Jason Barnes | Salary | $64,000 | |
| | | Director, Event | 05/30/2024 | | | Jason Barnes | Salary | $68,000 | |
| | | Director, Event | 03/23/2025 | | | Jason Barnes | Salary | $70,000 | |
| ▮ | ▮ | Foreman, Build | 06/14/2016 | | | Matthew Barber | Salary | $36,000 | |
| | | Foreman, Build | 06/10/2021 | | | Matthew Barber | Hourly | | $17.00 |
| | | Foreman, Build | 07/17/2021 | | | Matthew Barber | Salary | $37,000 | |
| | | Foreman, Build | 03/01/2023 | | | Matthew Barber | Salary | $42,000 | |
| | | Foreman, Build | 05/23/2024 | | 07/23/2024 | Matthew Barber | Salary | $45,000 | |
| ▮ | ▮ | Foreman, Build | 07/01/2016 | | | Matthew Barber | Salary | $41,000 | |
| | | Foreman, Build | 07/05/2021 | | | Matthew Barber | Salary | $47,000 | |
| | | Foreman, Build | 04/10/2023 | 10/24/2024 | | Matthew Barber | Salary | $48,000 | |
| ▮ | ▮ | Foreman, Build | 05/24/2021 | | | Matthew Barber | Salary | $48,000 | |
| | | Foreman, Build | 01/03/2022 | | | Matthew Barber | Salary | $62,000 | |
| | | Foreman, Build | 05/23/2024 | 12/31/2024 | | Matthew Barber | Salary | $62,000 | |
| ▮ | ▮ | Leader, Build Crew | 02/01/2018 | | | Matthew Barber | Salary | $35,000 | |
| | | Leader, Build Crew | 04/01/2021 | | | Matthew Barber | Salary | $36,000 | |
| | | Foreman, Build | 03/01/2022 | | | Matthew Barber | Salary | $42,000 | |
| | | Foreman, Build | 04/10/2023 | | | Matthew Barber | Salary | $43,680 | |
| | | Foreman, Build | 09/01/2023 | | | Matthew Barber | Salary | $46,000 | |
| | | Foreman, Build | 05/30/2024 | 01/01/2025 | | Matthew Barber | Salary | $49,000 | |
| ▮ | ▮ | Leader, Build Crew | 02/08/2022 | | | Matthew Barber | Salary | $38,000 | |
| | | Foreman, Build | 05/30/2024 | | | Matthew Barber | Salary | $45,000 | |
| | | Foreman, Build | 03/23/2025 | 05/07/2025 | | Mitchell, Preston | Salary | $47,000 | |
| ▮ | ▮ | Lead, Kids | 01/30/2023 | | | Fiorini, Emily | Salary | $38,000 | |
| | | Lead, Kids | 06/30/2024 | | | Fiorini, Emily | Hourly | | $25.00 |
| | | Leader, Build Crew | 03/23/2025 | | | Manning, Kyle | Hourly | | $25.50 |
| | | Foreman, Build | 12/28/2025 | | | Manning, Kyle | Salary | $47,000 | |
| ▮ | ▮ | Foreman, Build | 05/17/2022 | | | Barber,Matthew | Salary | $45,000 | |
| | | Foreman, Build | 03/23/2025 | | | Trevino, TJ | Salary | $47,520 | |
| ▮ | ▮ | Leader, Build Crew | 03/22/2021 | 05/06/2024 | | Barber,Matthew | Salary | $38,000 | |
| | | Leader, Build Crew | 09/22/2024 | | 9/22/2024 | Barber,Matthew | Hourly | | $25.50 |
| | | Leader, Build Crew | 12/29/2024 | | | Barber,Matthew | Hourly | | $26.00 |

D. 003966

| Position | Start Date | End Date | Extra Date | Name | Pay Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|
| Foreman, Build | 03/23/2025 | | | Barber, Matthew | Salary | $45,000 | |
| Base Camp Manager | 09/06/2016 | | | Welch, Dan | Salary | $41,405 | |
| Base Camp Manager | 08/29/2021 | | | Welch, Dan | Salary | $41,000 | |
| Base Camp Manager | 04/17/2023 | | | Welch, Dan | Salary | $45,000 | |
| Base Camp Manager | 06/30/2024 | | | Mitchell, Preston | Hourly | | $28.50 |
| Base Camp Manager | 12/29/2024 | | | Mitchell, Preston | Hourly | | $29.00 |
| Foreman, Build | 06/29/2025 | | | Smith, Ben | Salary | $47,000 | |
| Laborer, Build Crew | 05/17/2022 | 07/16/2024 | | Barber, Matthew | Salary | $36,000 | |
| Laborer, Build Crew | 04/15/2017 | | | Barber, Matthew | Salary | $37,429 | |
| Laborer, Build Crew | 05/23/2022 | 07/25/2024 | | Barber, Matthew | Hourly | | $16.00 |
| Laborer, Build Crew | 07/05/2019 | | | Barber, Matthew | Hourly | | $13.00 |
| Laborer, Build Crew | 06/10/2021 | | | Barber, Matthew | Hourly | | $16.00 |
| Laborer, Build Crew | 12/29/2024 | 12/29/2024 | | Barber, Matthew | Hourly | | $16.50 |
| Laborer, Build Crew | 11/21/2022 | | | Barber, Matthew | Hourly | | $16.00 |
| Laborer, Build Crew | 12/29/2024 | 12/31/2024 | | Barber, Matthew | Hourly | | $16.50 |
| Manager, Security | 08/29/2019 | | | Yotive, Jillian | Salary | $35,000 | |
| Manager, Security | 06/01/2021 | | | Yotive, Jillian | Salary | $36,000 | |
| Manager, Security | 07/18/2022 | | | Yotive, Jillian | Salary | $38,000 | |
| Manager, Security | 04/25/2024 | | | Yotive, Jillian | Salary | $39,520 | |
| Manager, Security | 06/30/2024 | | | Yotive, Jillian | Hourly | | $26.50 |
| Laborer, Build Crew | 09/27/2024 | | | Barber, Matthew | Hourly | | $26.50 |
| Laborer, Build Crew | 09/27/2024 | 01/31/2026 | | Barber, Matthew | Hourly | | $27.00 |
| Laborer, Build Crew | 03/21/2022 | | | Barber, Matthew | Hourly | | $16.00 |
| Laborer, Build Crew | 12/29/2024 | 12/31/2024 | | Barber, Matthew | Hourly | | $20.00 |
| Laborer, Build Crew | | | 6/2/2025 | Barber, Matthew | Hourly | | $22.00 |
| Lead, Collateral | 02/25/2024 | | | Buckeye, Ahsley | Salary | $36,000 | |
| Lead, Collateral | 06/30/2024 | | | Buckeye, Ahsley | Hourly | | $24.00 |
| Lead, Branding | 12/27/2024 | | | Fiorini, Emily | Hourly | | $24.50 |
| Lead, Branding | 12/22/2025 | | | Krieger, Kip | Hourly | | $24.50 |
| Manager, Staff Support | 10/13/2021 | | | Linderman, Kaitlin | Salary | $37,000 | |
| Manager, Staff Support | 05/22/2023 | | | Linderman, Kaitlin | Salary | $40,000 | |
| Manager, Staff Support | 06/30/2024 | | | Linderman, Kaitlin | Hourly | | $27.50 |
| Manager, Staff Support | 12/29/2024 | | | Kurowski, Catherine | Hourly | | $28.00 |
| Lead, Branding | 01/12/2026 | | | Moore, Austin | Hourly | | $26.50 |
| Support, Festival | 03/09/2025 | | | Krieger, Kip | Hourly | | $18.00 |
| Lead, Branding | 05/27/2025 | | | Jones, Joshua | Hourly | | $21.00 |
| Lead, Festival | 10/18/2021 | | | Fiorini, Emily | Salary | $45,000 | |
| Lead, Festival | 01/01/2024 | | | Fiorini, Emily | Salary | $66,500 | |
| Lead, Festival | 06/30/2024 | | | Fiorini, Emily | Hourly | | $25.50 |
| Lead, Branding | 09/26/2019 | | | Fiorini, Emily | Hourly | | $13.00 |
| Lead, Branding | 11/15/2021 | | | Fiorini, Emily | Hourly | | $16.00 |
| Lead, Branding | 07/19/2023 | | | Fiorini, Emily | Salary | $36,000 | |
| Lead, Festival | 06/30/2024 | | | Fiorini, Emily | Hourly | | $26.50 |
| Lead, Festival | 12/29/2024 | 02/26/2025 | | Fiorini, Emily | Hourly | | $27.00 |
| Lead, Festival | 02/28/2020 | | | Fiorini, Emily | Hourly | | $13.00 |
| Lead, Festival | 02/26/2023 | | | Fiorini, Emily | Salary | $36,000 | |
| Lead, Festival | 04/25/2024 | | | Fiorini, Emily | Salary | $38,000 | |
| Lead, Festival | 06/30/2024 | | | Fiorini, Emily | Hourly | | $26.50 |
| Lead, Festival | 12/29/2024 | | | Fiorini, Emily | Hourly | | $27.00 |
| Lead, Festival | 05/12/2025 | | | Roof, Chris | Hourly | | $18.00 |
| Lead, Festival | 09/16/2025 | | | Roof, Chris | Hourly | | $21.00 |
| Lead, Kids | 01/01/2019 | | | Fiorini, Emily | Hourly | | $13.50 |
| Lead, Kids | 05/07/2021 | | | Fiorini, Emily | Hourly | | $15.00 |

D. 003967

| | | Title | Date | Date | Name | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|
| | | Lead, Kids | 03/27/2023 | | Fiorini, Emily | Salary | $38,000 | |
| | | Lead, Kids | 06/30/2024 | | Fiorini, Emily | Hourly | | $26.50 |
| | | Lead, Kids | 12/29/2024 | | Fiorini, Emily | Hourly | | $27.00 |
| | | Lead, Kids | 01/25/2026 | | Moore, Austin | Hourly | | $26.00 |
| ▮ | ▮ | Lead, Kids | 03/23/2025 | | Roof, Chris | Hourly | | $18.00 |
| | | Lead, Kids | 05/11/2025 | | Roof, Chris | Hourly | | $21.00 |
| ▮ | ▮ | Lead, Kids | 03/16/2025 | | Hansen, Quinten | Hourly | | $18.00 |
| | | Lead, Kids | 06/13/2025 | | Jones, Joshua | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 04/07/2024 | | Yotive, Jillian | Salary | $36,000 | |
| | | Leader, Build Crew | 06/30/2024 | | Yotive, Jillian | Hourly | | $24.00 |
| | | Leader, Build Crew | 10/23/2024 | 12/13/2024 | Barber, Matthew | Hourly | | $24.00 |
| ▮ | ▮ | Leader, Build Crew | 04/15/2024 | | Yotive, Jillian | Hourly | | $18.00 |
| | | Manager, Security | 09/27/2024 | | Yotive, Jillian | Hourly | | $24.00 |
| | | Manager, Security | 12/27/2024 | | Barber, Matthew | Hourly | | $24.00 |
| ▮ | ▮ | Staff, Festival Event | 07/24/2023 | | Flood, Jansen | Hourly | | $15.00 |
| | | Staff, Festival Event | 06/30/2024 | | Flood, Jansen | Hourly | | $18.00 |
| | | Staff, Festival Event | 08/05/2024 | | Flood, Jansen | Hourly | | $24.00 |
| | | Staff, Festival Event | 12/29/2024 | | Flood, Jansen | Hourly | | $24.50 |
| | | Lead, Branding | 01/01/2025 | | Flood, Jansen | Hourly | | $24.50 |
| | | Leader, Build Crew | 05/08/2025 | 05/10/2025 | Barber, Matthew | Hourly | | $24.50 |
| ▮ | ▮ | Leader, Build Crew | 02/09/2025 | | Barber, Matthew | Hourly | | $18.00 |
| | | Leader, Build Crew | 05/04/2025 | 09/05/2025 | Barber, Matthew | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 03/04/2025 | | Barber, Matthew | Hourly | | $18.00 |
| | | Leader, Build Crew | 05/26/2025 | 11/15/2025 | Barber, Matthew | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 03/23/2025 | | Barber, Matthew | Hourly | | $18.00 |
| | | Leader, Build Crew | 06/29/2025 | 01/13/2026 | Barber, Matthew | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 06/17/2024 | | Barber, Matthew | Hourly | | $17.00 |
| | | Leader, Build Crew | 10/06/2024 | | Barber, Matthew | Hourly | | $24.00 |
| | | Leader, Build Crew | 12/29/2024 | 02/16/2026 | McConachie, Cal | Hourly | | $24.50 |
| ▮ | ▮ | Leader, Build Crew | 09/10/2025 | | McConachie, Cal | Hourly | | $18.00 |
| | | Leader, Build Crew | 09/22/2025 | 02/28/2026 | McConachie, Cal | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 04/01/2024 | | Barber, Matthew | Hourly | | $18.00 |
| | | Leader, Build Crew | 06/30/2024 | | Barber, Matthew | Hourly | | $24.00 |
| | | Leader, Build Crew | 12/29/2024 | | Marucci, Anthony | Hourly | | $24.50 |
| ▮ | ▮ | Staff, Registration Event | 01/29/2024 | | Francova, Lucie | Hourly | | $16.00 |
| | | Staff, Registration Event | 09/22/2024 | | Francova, Lucie | Hourly | | $18.00 |
| | | Staff, Registration Event | 05/25/2025 | | Francova, Lucie | Hourly | | $20.00 |
| | | Leader, Build Crew | 01/01/2026 | | Beck, Dan | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 03/29/2022 | | Barber, Matthew | Salary | $38,000 | |
| | | Leader, Build Crew | 06/30/2024 | | Barber, Matthew | Hourly | | $25.50 |
| | | Leader, Build Crew | 12/29/2024 | | Edmonds, Steven | Hourly | | $26.00 |
| ▮ | ▮ | Leader, Build Crew | 05/27/2018 | | Barber, Matthew | Hourly | | $16.00 |
| | | Leader, Build Crew | 08/05/2021 | | Barber, Matthew | Hourly | | $25.00 |
| | | Leader, Build Crew | 12/29/2024 | | Mills, Ben | Hourly | | $25.50 |
| ▮ | ▮ | Leader, Build Crew | 04/29/2024 | | Barber, Matthew | Hourly | | $18.00 |
| | | Leader, Build Crew | 12/29/2024 | | Barber, Matthew | Hourly | | $18.50 |
| | | Leader, Build Crew | 10/24/2025 | | Mills, Ben | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 08/10/2025 | | Fitzgerald, Jessica | Hourly | | $18.00 |
| | | Leader, Build Crew | 01/01/2026 | | Fitzgerald, Jessica | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 08/10/2025 | | McConachie, Cal | Hourly | | $18.00 |
| | | Leader, Build Crew | 09/08/2025 | | McConachie, Cal | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 03/04/2025 | | Manning, Kyle | Hourly | | $18.00 |
| | | Leader, Build Crew | 05/04/2025 | | Manning, Kyle | Hourly | | $21.00 |

D. 003968

| | | Position | Date | Date 2 | Name | Type | Salary | Rate |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | Leader, Build Crew | 06/26/2025 | | Fitzgerald, Jessica | Hourly | | $18.00 |
| | | Leader, Build Crew | 11/02/2025 | | Fitzgerald, Jessica | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 03/24/2025 | | Edmonds, Steven | Hourly | | $18.00 |
| | | Leader, Build Crew | 06/01/2025 | | Edmonds, Steven | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 03/24/2025 | | McConachie, Cal | Hourly | | $18.00 |
| | | Leader, Build Crew | 08/24/2025 | | McConachie, Cal | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 04/14/2025 | | Fitzgerald, Jessica | Hourly | | $18.00 |
| | | Leader, Build Crew | 09/07/2025 | | Tucker, Clayton | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 04/21/2025 | | Tucker, Clayton | Hourly | | $18.00 |
| | | Leader, Build Crew | 07/03/2025 | | Tucker, Clayton | Hourly | | $21.00 |
| ▮ | ▮ | Manager, Staff Support | 09/05/2025 | | Kurowski, Catherine | Hourly | | $20.00 |
| | | Manager, Staff Support | 10/12/2025 | | Kurowski, Catherine | Hourly | | $23.00 |
| | | Leader, Build Crew | 01/12/2026 | | Tucker, Clayton | Hourly | | $23.00 |
| ▮ | ▮ | Lead, Collateral | 05/10/2024 | | Buckeye, Ahsley | Salary | $36,000 | |
| | | Lead, Collateral | 06/30/2024 | | Buckeye, Ahsley | Hourly | | $24.00 |
| | | Lead, Branding | 12/29/2024 | | Fiorini, Emily | Hourly | | $24.50 |
| | | Leader, Build Crew | 07/27/2025 | | Beck, Dan | Hourly | | $24.50 |
| ▮ | ▮ | Leader, Build Crew | 05/05/2025 | | Mills, Ben | Hourly | | $18.00 |
| | | Leader, Build Crew | 07/27/2025 | | Mills, Ben | Hourly | | $21.00 |
| ▮ | ▮ | Leader, Build Crew | 05/05/2025 | | Mills, Ben | Hourly | | $18.00 |
| | | Leader, Build Crew | 07/27/2025 | | Mills, Ben | Hourly | | $21.00 |
| ▮ | ▮ | Manager, Construction | 10/13/2013 | | Dan Welch | Salary | $45,000 | |
| | | Manager, Construction | 03/13/2020 | | Dan Welch | Salary | $65,775 | |
| | | Manager, Construction | 10/16/2020 | | Dan Welch | Salary | $63,801 | |
| | | Manager, Base Camp | 01/05/2023 | | Dan Welch | Salary | $63,801 | |
| | | Manager, Base Camp | 04/17/2023 | | Dan Welch | Salary | $68,000 | |
| | | Manager, Base Camp | 11/01/2023 | | Dan Welch | Salary | $70,000 | |
| | | Manager, Construction | 05/23/2024 | | Dan Welch | Salary | $70,000 | |
| | | Manager, Construction | 12/27/2024 | 05/17/2025 | Matthew Barber | Salary | $70,000 | |
| ▮ | ▮ | Manager, Construction | 03/17/2021 | | Dan Welch | Salary | $65,000 | |
| | | Manager, Construction | 02/28/2022 | | Dan Welch | Salary | $67,275 | |
| | | Manager, Construction | 05/23/2024 | | Dan Welch | Salary | $67,275 | |
| | | Manager, Construction | 12/27/2024 | | Matt Barber | Salary | $67,275 | |
| | | Manager, Construction | 03/23/2025 | 08/10/2025 | Matt Barber | Salary | $69,275 | |
| ▮ | ▮ | Manager, Construction | 02/08/2022 | | Dan Welch | Salary | $65,000 | |
| | | Manager, Construction | 08/14/2023 | | Dan Welch | Salary | $65,000 | |
| | | Manager, Construction | 12/27/2024 | | Matthew Barber | Salary | $65,000 | |
| | | Manager, Construction | 03/23/2025 | | Matthew Barber | Salary | $67,000 | |
| | | Manager, Construction | 02/02/2026 | 02/01/2026 | Dan Welch | Salary | $67,000 | |
| ▮ | ▮ | Manager, Construction | 01/01/2024 | | Nicolas Bertrand | Salary | $48,000 | |
| | | Manager, Construction | 01/15/2025 | | Angela Briel | Salary | $48,000 | |
| | | Manager, Construction | 01/16/2025 | | Angela Briel | Salary | $50,400 | |
| | | Manager, Construction | 02/05/2026 | | Liam Pearson | Salary | $50,400 | |
| ▮ | ▮ | Manager, Construction | 07/13/2017 | | Dan Welch | Salary | $40,375 | |
| | | Manager, Construction | 03/13/2020 | | Dan Welch | Salary | $40,375 | |
| | | Manager, Construction | 05/23/2024 | | Dan Welch | Salary | $68,000 | |
| | | Manager, Construction | 01/01/2025 | | Matthew Barber | Salary | $68,000 | |
| | | Manager, Construction | 03/23/2025 | | Matthew Barber | Salary | $70,000 | |
| | | Manager, Construction | 02/02/2026 | | Dan Welch | Salary | $70,000 | |
| ▮ | ▮ | Foreman, Build | 05/27/2021 | | Matthew Barber | Salary | $37,000 | |
| | | Foreman, Build | 07/05/2021 | | Matthew Barber | Salary | $37,000 | |
| | | Foreman, Build | 04/10/2023 | | Matthew Barber | Salary | $38,480 | |
| | | Foreman, Build | 06/19/2023 | | Matthew Barber | Salary | $42,000 | |

D. 003969

| Position | Date | | | Manager | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|
| Foreman, Build | 09/01/2023 | | | Matthew Barber | Salary | $45,000 | |
| Foreman, Build | 12/27/2024 | | | Benjamin Smith | Salary | $45,000 | |
| Foreman, Build | 03/23/2025 | | | Benjamin Smith | Salary | $47,000 | |
| Manager, Construction | 05/18/2025 | | | Matthew Barber | Salary | $64,000 | |
| Manager, Construction | 02/02/2026 | | | Dan Welch | Salary | $64,000 | |
| Manager, Construction | 08/19/2016 | | | Dan Welch | Salary | $42,865 | |
| Manager, Construction | 03/13/2020 | | | Dan Welch | Salary | $42,865 | |
| Manager, Construction | 10/29/2020 | | | Dan Welch | Salary | $42,865 | |
| Manager, Construction | 11/08/2021 | | | Dan Welch | Salary | $50,000 | |
| Manager, Construction | 04/10/2023 | | | Dan Welch | Salary | $52,000 | |
| Manager, Construction | 11/01/2023 | | | Dan Welch | Salary | $56,000 | |
| Manager, Construction | 03/15/2024 | | | Dan Welch | Salary | $64,000 | |
| Manager, Construction | 05/23/2024 | | | Dan Welch | Salary | $64,000 | |
| Manager, Construction | 12/27/2024 | | | Matthew Barber | Salary | $64,000 | |
| Manager, Construction | 03/23/2025 | | | Matthew Barber | Salary | $66,000 | |
| Manager, Construction | 02/02/2026 | | | Dan Welch | Salary | $66,000 | |
| Manager, Construction | 02/01/2017 | | | Dan Welch | Salary | $43,000 | |
| Manager, Construction | 03/13/2020 | | | Dan Welch | Salary | $67,600 | |
| Manager, Construction | 10/16/2020 | | | Dan Welch | Salary | $65,572 | |
| Manager, Construction | 03/15/2021 | | | Dan Welch | Salary | $67,600 | |
| Manager, Construction | 05/23/2024 | | | Dan Welch | Salary | $70,304 | |
| Manager, Construction | 12/27/2024 | | | Matthew Barber | Salary | $70,304 | |
| Manager, Construction | 03/23/2025 | | | Matthew Barber | Salary | $72,304 | |
| Manager, Construction | 02/02/2026 | | | Dan Welch | Salary | $72,304 | |
| Construction Manager, Lead | 02/01/2015 | | | Dan Welch | Salary | $65,000 | |
| Construction Manager, Lead | 03/13/2020 | | | Dan Welch | Salary | $65,000 | |
| Manager, Construction | 10/16/2020 | 03/03/2022 | 07/07/2025 | Matthew Barber | Salary | $63,050 | |
| Manager, Construction | 02/02/2026 | | | Dan Welch | Salary | $63,050 | |
| Manager, Construction | 02/01/2019 | | | Dan Welch | Salary | $36,000 | |
| Manager, Construction | 03/13/2020 | | | Dan Welch | Salary | $36,000 | |
| Manager, Construction | 03/01/2022 | | | Dan Welch | Salary | $42,000 | |
| Manager, Construction | 01/01/2023 | | | Dan Welch | Salary | $50,000 | |
| Manager, Construction | 11/01/2023 | | | Dan Welch | Salary | $54,000 | |
| Manager, Construction | 03/15/2024 | | | Dan Welch | Salary | $64,000 | |
| Manager, Construction | 12/27/2024 | | | Matthew Barber | Salary | $64,000 | |
| Manager, Construction | 03/23/2025 | | | Matthew Barber | Salary | $66,000 | |
| Manager, Construction | 02/02/2026 | | | Dan Welch | Salary | $66,000 | |
| Manager, Base Camp | 01/15/2019 | | | Dan Welch | Salary | $36,000 | |
| Manager, Base Camp | 03/13/2020 | | | Dan Welch | Salary | $36,000 | |
| Manager, Base Camp | 05/27/2021 | | | Dan Welch | Hourly | | $18.00 |
| Manager, Base Camp | 07/03/2021 | | | Dan Welch | Salary | $37,500 | |
| Manager, Base Camp | 05/23/2024 | | | Dan Welch | Salary | $42,000 | |
| Manager, Base Camp | 06/30/2024 | | | Matthew Barber | Hourly | | $28.50 |
| Manager, Base Camp | 12/27/2024 | | | Christopher Vanhintur | Hourly | | $28.50 |
| Manager, Base Camp | 12/29/2024 | | | Christopher Vanhintur | Hourly | | $29.00 |
| Manager, Construction | 02/20/2026 | | | Dan Welch | Salary | $62,000 | |
| Manager, Construction | 01/16/2015 | | | Dan Welch | Salary | $43,000 | |
| Manager, Construction | 03/13/2020 | | | Dan Welch | Salary | $60,456 | |
| Manager, Construction | 01/05/2023 | | | Dan Welch | Salary | $60,456 | |
| Manager, Construction | 04/10/2023 | | | Dan Welch | Salary | $62,874 | |
| Manager, Construction | 11/01/2023 | | | Dan Welch | Salary | $65,875 | |
| Manager, Construction | 03/15/2024 | | | Dan Welch | Salary | $70,000 | |
| Manager, Construction | 05/23/2024 | | | Dan Welch | Salary | $70,000 | |

D. 003970

| First | Last | Position | Date | End Date | Manager | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|
| | | Manager, Construction | 12/27/2024 | | Matthew Barber | Salary | $70,000 | |
| | | Manager, Construction | 03/23/2025 | | Matthew Barber | Salary | $72,000 | |
| | | Manager, Construction | 02/02/2026 | | Dan Welch | Salary | $72,000 | |
| ▮ | ▮ | Foreman, Build | 04/05/2021 | | Matthew Barber | Salary | $38,000 | |
| | | Foreman, Build | 07/08/2021 | | Matthew Barber | Salary | $38,000 | |
| | | Manager, Course | 05/13/2024 | | Scott Brazina | Salary | $43,000 | |
| | | Manager, Course | 06/30/2024 | | Scott Brazina | Hourly | | $28.00 |
| | | Manager, Course | 09/24/2024 | 10/05/2024 | Evert Sers | Hourly | | $28.00 |
| Ray | Chadwick | Coordinator, Course | 06/07/2021 | | Scott Brazina | Salary | $38,000 | |
| | | Coordinator, Course | 02/06/2023 | | Scott Brazina | Salary | $43,000 | |
| | | Manager, Course | 05/13/2024 | | Scott Brazina | Salary | $43,000 | |
| | | Manager, Course | 06/30/2024 | | Scott Brazina | Hourly | | $28.00 |
| | | Manager, Course | 09/24/2024 | 12/13/2024 | Evert Sers | Hourly | | $28.00 |
| ▮ | ▮ | Manager, Course | 03/01/2019 | | Scott Brazina | Salary | | |
| | | Manager, Course | 03/13/2020 | | Scott Brazina | Salary | $34,000 | |
| | | Manager, Course | 05/23/2024 | | Scott Brazina | Salary | $43,000 | |
| | | Manager, Course | 06/30/2024 | | Scott Brazina | Hourly | | $28.50 |
| | | Manager, Course | 09/24/2024 | | Jason Barnes | Hourly | | $28.50 |
| | | Manager, Course | 12/27/2024 | | Adam Wallenfelsz | Hourly | | $28.50 |
| | | Manager, Course | 12/29/2024 | 09/10/2025 | Adam Wallenfelsz | Hourly | | $29.00 |
| ▮ | ▮ | Support, Course | 03/13/2024 | | Scott Brazina | Hourly | | $17.00 |
| | | Support, Course | 04/19/2024 | | Scott Brazina | Hourly | | $17.00 |
| | | Support, Course | 08/11/2024 | | Scott Brazina | Hourly | | $24.00 |
| | | Support, Course | 09/24/2024 | | Jason Barnes | Hourly | | $24.00 |
| | | Support, Course | 12/27/2024 | | Jill Lebiedzinski | Hourly | | $24.00 |
| | | Support, Course | 12/29/2024 | | Jill Lebiedzinski | Hourly | | $24.50 |
| | | Manager, Course | 03/23/2025 | | Quinten Hansen | Hourly | | $26.50 |
| | | Manager, Course | 01/25/2026 | | Quinten Hansen | Hourly | | $25.00 |
| | | Manager, Course | 03/02/2026 | | Richi Rodriguez | Hourly | | $25.00 |
| ▮ | ▮ | Manager, Course | 10/03/2022 | | Scott Brazina | Hourly | | $14.00 |
| | | Staff, Festival Event | 01/05/2023 | | Scott Brazina | Hourly | | $14.00 |
| | | Staff, Festival Event | 04/24/2023 | | Scott Brazina | Hourly | | $14.00 |
| | | Staff, Festival Event | 01/08/2024 | | Scott Brazina | Hourly | | $17.00 |
| | | Support, Course | 05/23/2024 | | Scott Brazina | Hourly | | $17.00 |
| | | Support, Course | 08/11/2024 | | Scott Brazina | Hourly | | $24.00 |
| | | Support, Course | 09/24/2024 | | Jason Barnes | Hourly | | $24.00 |
| | | Support, Course | 12/27/2024 | | Quinten Hansen | Hourly | | $24.00 |
| | | Support, Course | 12/29/2024 | | Quinten Hansen | Hourly | | $24.50 |
| | | Manager, Course | 01/06/2025 | | Tom Brown | Hourly | | $25.00 |
| ▮ | ▮ | Coordinator, Course | 04/15/2021 | | Scott Brazina | Salary | $43,000 | |
| | | Coordinator, Course | 01/03/2022 | | Scott Brazina | Salary | $43,000 | |
| | | Manager, Course | 05/13/2024 | | Jason Barnes | Salary | $43,000 | |
| | | Manager, Course | 05/30/2024 | | Jason Barnes | Salary | $43,000 | |
| | | Manager, Course | 06/30/2024 | | Jason Barnes | Hourly | | $28.00 |
| | | Manager, Course | 09/30/2024 | | Jason Barnes | Hourly | | $28.00 |
| | | Manager, Course | 12/27/2024 | | Ben Kimple | Hourly | | $28.00 |
| | | Manager, Course | 12/29/2024 | | Ben Kimple | Hourly | | $28.50 |
| | | Manager, Course | 01/11/2025 | | Joseph Haas | Hourly | | $28.50 |
| | | Manager, Course | 01/25/2026 | | Joseph Haas | Hourly | | $26.00 |
| ▮ | ▮ | Manager, Course | 07/01/2021 | | Scott Brazina | Salary | $37,440 | |
| | | Manager, Course | 04/10/2023 | | Scott Brazina | Salary | $37,440 | |
| | | Manager, Course | 04/13/2024 | | Scott Brazina | Salary | $43,000 | |
| | | Manager, Course | 06/30/2024 | | Scott Brazina | Hourly | | $28.00 |

D. 003971

| | | Position | Date | End Date | Name | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|
| | | Manager, Course | 09/24/2024 | | Jason Barnes | Hourly | | $28.00 |
| | | Manager, Course | 12/27/2024 | | Jill Lebiedzinski | Hourly | | $28.00 |
| | | Manager, Course | 12/29/2024 | | Jill Lebiedzinski | Hourly | | $28.50 |
| | | Manager, Course | 01/25/2026 | | Jill Lebiedzinski | Hourly | | $26.00 |
| ■ | ■ | Staff, Registration Event | 01/06/2025 | | Gorda, Mari | Hourly | | $16.00 |
| | | Manager, Course | 09/13/2025 | | Adam Wallenfelsz | Hourly | | $25.00 |
| | | Manager, Course | 12/28/2025 | | Quinten Hansen | Hourly | | $25.00 |
| ■ | ■ | Manager, Delivery Inventory | 09/01/2015 | | Kaitlin Linderman | Salary | $43,000 | |
| | | Manager, Delivery Inventory | 05/23/2024 | | Kaitlin Linderman | Salary | $43,000 | |
| | | Manager, Delivery Inventory | 06/30/2024 | 08/02/2024 | Kaitlin Linderman | Hourly | | $28.50 |
| ■ | ■ | Manager, Delivery Inventory | 04/09/2024 | | Kaitlin Linderman | Salary | $43,000 | |
| | | Manager, Delivery Inventory | 06/30/2024 | 10/29/2024 | Dan Welch | Hourly | | $26.00 |
| ■ | ■ | Manager, Delivery Inventory | 02/26/2024 | | Kaitlin Linderman | Salary | $41,000 | |
| | | Manager, Delivery Inventory | 04/19/2024 | | Kaitlin Linderman | Salary | $41,000 | |
| | | Manager, Delivery Inventory | 06/30/2024 | | Kaitlin Linderman | Hourly | $28.50 | |
| | | Manager, Delivery Inventory | 12/29/2024 | | Kaitlin Linderman | Hourly | $28.50 | |
| | | Manager, Delivery Inventory | 01/11/2025 | 06/06/2025 | Catherine Kurowski | Hourly | $28.50 | |
| ■ | ■ | Lead, Festival | 07/01/2019 | | Emily Fiorini | Hourly | | $14.00 |
| | | Kids Lead, Festival Support | 10/29/2020 | | Emily Fiorini | Hourly | | $14.00 |
| | | Kids Lead, Festival Support | 03/12/2021 | | Emily Fiorini | Hourly | | $14.00 |
| | | Kids Lead, Festival Support | 04/15/2021 | | Emily Fiorini | Hourly | | $18.00 |
| | | Kids Lead, Festival Support | 01/27/2022 | | Emily Fiorini | Hourly | | $19.00 |
| | | Kids Lead, Festival Support | 05/02/2022 | | Emily Fiorini | Salary | $36,000 | |
| | | Kids Lead, Festival Support | 02/26/2023 | | Emily Fiorini | Salary | $38,000 | |
| | | Manager, Festival | 05/23/2024 | | Emily Fiorini | Salary | $38,000 | |
| | | Manager, Festival | 05/30/2024 | 02/28/2025 | Emily Fiorini | Salary | $45,000 | |
| ■ | ■ | Lead, Festival | 03/13/2023 | | Emily Fiorini | Salary | $36,000 | |
| | | Manager, Festival | 05/23/2024 | | Emily Fiorini | Salary | $36,000 | |
| | | Manager, Festival | 06/30/2024 | 03/08/2025 | Emily Fiorini | Salary | $45,000 | |
| ■ | ■ | Manager, Festival | 06/14/2021 | | Emily Fiorini | Salary | $40,000 | |
| | | Manager, Festival | 03/15/2024 | | Emily Fiorini | Salary | $44,000 | |
| | | Manager, Festival | 04/25/2024 | | Emily Fiorini | Salary | $40,000 | |
| | | Manager, Festival | 05/01/2024 | 04/08/2025 | Emily Fiorini | Salary | $45,000 | |
| ■ | ■ | Associate Account Manager | 11/19/2024 | | Kirsten Timmer | Salary | $53,000 | |
| | | Manager, Festival | 04/06/2025 | 06/27/2025 | Emily Fiorini | Salary | $45,000 | |
| ■ | ■ | Manager, Festival | 04/13/2025 | 10/29/2025 | Emily Fiorini | Salary | $45,000 | |
| ■ | ■ | Manager, Festival | 01/15/2025 | | Nicolas Bertrand | Salary | $46,200 | |
| | | Manager, Festival | 01/16/2025 | | Nicolas Bertrand | Salary | $46,200 | |
| | | Manager, Festival | 01/01/2026 | | Liam Pearson | Salary | $46,200 | |
| ■ | ■ | Lead, Branding | 01/29/2024 | | Jansen Flood | Salary | $36,000 | |
| | | Lead, Branding | 03/24/2024 | | Jansen Flood | Salary | $36,000 | |
| | | Lead, Branding | 06/30/2024 | | Jansen Flood | Hourly | | $24.00 |
| | | Lead, Festival | 12/27/2024 | | Troy Spencer | Hourly | | $24.00 |
| | | Lead, Festival | 12/29/2024 | | Troy Spencer | Hourly | | $24.50 |
| | | Manager, Festival | 02/16/2026 | | Richi Rodriguez | Salary | $42,000 | |
| ■ | ■ | Lead, Kids | 07/24/2023 | | Jansen Flood | Salary | $38,000 | |
| | | Lead, Kids | 03/10/2024 | | Jansen Flood | Salary | $38,000 | |
| | | Lead, Kids | 06/30/2024 | | Jansen Flood | Hourly | | $25.00 |
| | | Lead, Kids | 12/27/2024 | | Kip Krieger | Hourly | | $25.50 |
| | | Manager, Festival | 07/14/2025 | | Emily Fiorini | Salary | $45,000 | |
| | | Manager, Festival | 02/02/2026 | | Quinten Hansen | Salary | $45,000 | |
| ■ | ■ | Manager, Festival | 08/02/2021 | | Emily Fiorini | Salary | $38,000 | |
| | | Manager, Festival | 01/30/2023 | | Emily Fiorini | Salary | $40,000 | |

D. 003972

| | | Title | Date | Date2 | Name | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|
| | | Manager, Festival | 03/15/2024 | | Emily Fiorini | Salary | $44,000 | |
| | | Manager, Festival | 04/25/2024 | | Emily Fiorini | Salary | $45,000 | |
| | | Manager, Festival | 03/23/2025 | | Emily Fiorini | Salary | $51,000 | |
| | | Manager, Festival | 02/02/2026 | | Joseph Haas | Salary | $51,000 | |
| ▮ | ▮ | Lead, Festival | 03/21/2022 | | Emily Fiorini | Salary | $37,440 | |
| | | Lead, Festival | 04/10/2023 | | Emily Fiorini | Salary | $37,440 | |
| | | Lead, Festival | 07/02/2023 | | Emily Fiorini | Salary | $38,000 | |
| | | Lead, Festival | 03/15/2024 | | Emily Fiorini | Salary | $40,000 | |
| | | Lead, Festival | 05/23/2024 | | Jill Lebiedzinski | Salary | $40,000 | |
| | | Lead, Festival | 06/30/2024 | | Emily Fiorini | Hourly | | $26.00 |
| | | Lead, Festival | 12/27/2024 | | Michael Toler | Hourly | | $26.00 |
| | | Manager, Festival | 11/30/2025 | | Emily Fiorini | Salary | $45,000 | |
| | | Manager, Festival | 02/02/2026 | | Jill Lebiedzinski | Salary | $45,000 | |
| ▮ | ▮ | Manager, Festival | 05/27/2021 | | Emily Fiorini | Salary | $36,000 | |
| | | Manager, Festival | 01/30/2023 | | Emily Fiorini | Salary | $40,000 | |
| | | Manager, Festival | 03/15/2024 | | Emily Fiorini | Salary | $44,000 | |
| | | Manager, Festival | 04/25/2024 | | Emily Fiorini | Salary | $45,000 | |
| | | Manager, Festival | 03/23/2025 | | Emily Fiorini | Salary | $52,000 | |
| | | Manager, Festival | 02/02/2026 | | Troy Spencer | Salary | $52,000 | |
| ▮ | ▮ | Manager, Festival | 05/13/2021 | | Emily Fiorini | Salary | $36,000 | |
| | | Manager, Festival | 01/17/2022 | | Emily Fiorini | Salary | $38,000 | |
| | | Manager, Festival | 02/26/2023 | | Emily Fiorini | Salary | $40,000 | |
| | | Manager, Festival | 03/15/2024 | | Emily Fiorini | Salary | $44,000 | |
| | | Manager, Festival | 04/25/2024 | | Emily Fiorini | Salary | $45,000 | |
| | | Manager, Festival | 03/23/2025 | | Emily Fiorini | Salary | $51,000 | |
| | | Manager, Festival | 04/06/2025 | | Emily Fiorini | Salary | $55,000 | |
| | | Manager, Festival | 02/02/2026 | | Tom Brown | Salary | $55,000 | |
| ▮ | ▮ | Manager, Festival | 01/15/2019 | | Emily Fiorini | Salary | $37,000 | |
| | | Manager, Festival | 03/13/2020 | | Emily Fiorini | Salary | $37,000 | |
| | | Manager, Festival | 05/23/2024 | | Emily Fiorini | Salary | $51,800 | |
| | | Manager, Festival | 01/26/2025 | | Emily Fiorini | Salary | $45,760 | |
| | | Manager, Festival | 02/02/2026 | | Tyler Spencer | Salary | $45,760 | |
| ▮ | ▮ | Manager, Festival | 08/29/2025 | | Emily Fiorini | Salary | $45,006 | |
| | | Manager, Festival | 09/01/2025 | | Emily Fiorini | Salary | $45,000 | |
| | | Manager, Festival | 02/03/2026 | | Leah Thomas | Salary | $45,000 | |
| ▮ | ▮ | Manager, Logistics | 09/15/2018 | | Mike Nantel | Salary | | |
| | | Manager, Logistics | 03/13/2020 | | Mike Nantel | Salary | $40,000 | |
| | | Manager, Logistics | 03/05/2021 | | Mike Nantel | Hourly | | $16.50 |
| | | Manager, Logistics | 03/15/2021 | | Mike Nantel | Salary | $40,000 | |
| | | Manager, Logistics | 07/05/2021 | | Mike Nantel | Salary | $44,000 | |
| | | Manager, Logistics | 07/11/2022 | | Mike Nantel | Salary | $56,000 | |
| | | Manager, Logistics | 05/23/2024 | 08/13/2024 | Mike Nantel | Salary | $58,240 | |
| ▮ | ▮ | Leader, Build Crew | 09/13/2022 | | Matthew Barber | Hourly | | |
| | | Staff, Festival Event | 01/05/2023 | | Dan Welch | Salary | $36,000 | |
| | | Manager, Delivery Inventory | 05/23/2024 | | Kaitlin Linderman | Salary | $41,000 | |
| | | Manager, Delivery Inventory | 06/30/2024 | | Catherine Kurowski | Hourly | | $27.00 |
| | | Manager, Logistics | 06/01/2025 | | Catherine Kurowski | Salary | $50,000 | |
| ▮ | ▮ | Manager, Delivery Inventory | 08/29/2022 | | Kaitlin Linderman | Salary | $41,000 | |
| | | Manager, Delivery Inventory | 06/30/2024 | | Catherine Kurowski | Hourly | | $15.00 |
| | | Manager, Delivery Inventory | 12/29/2024 | | Catherine Kurowski | Hourly | | $27.00 |
| | | Manager, Logistics | 06/01/2025 | | Catherine Kurowski | Salary | $50,000 | |
| ▮ | ▮ | Lead, Collateral | 04/21/2024 | | Ashley Buckeye | Salary | $36,000 | |
| | | Lead, Collateral | 06/30/2024 | | Ashley Buckeye | Hourly | | $24.00 |

D. 003973

| | | Position | Date | End Date | Date | Name | Type | Salary | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | Lead, Collateral | 09/25/2024 | | | Emily Fiorini | Hourly | | $24.00 |
| | | Lead, Branding | 12/27/2024 | | | Jacob Lensing | Hourly | | $24.00 |
| | | Manager, Delivery Inventory | 12/29/2024 | | | Catherine Kurowski | Hourly | | $26.50 |
| | | Manager, Logistics | 06/01/2025 | | | Catherine Kurowski | Hourly | $47,000 | |
| ▮ | ▮ | Manager, Staff Support | 01/08/2024 | | | Kaitlin Linderman | Salary | $40,000 | |
| | | Manager, Staff Support | 06/30/2024 | | | Kaitlin Linderman | Hourly | | $26.00 |
| | | Manager, Staff Support | 08/14/2024 | 12/31/2024 | | Evert Sers | Hourly | | $26.00 |
| ▮ | ▮ | Manager, Staff Support | 09/04/2021 | | | Kaitlin Linderman | Salary | $40,000 | |
| | | Manager, Staff Support | 06/30/2024 | | | Kaitlin Linderman | Hourly | | $27.50 |
| | | Manager, Staff Support | 08/14/2024 | | | Catherine Kurowski | Hourly | | $27.50 |
| | | Manager, Staff Support | 12/29/2024 | 05/03/2025 | | Catherine Kurowski | Hourly | | $28.00 |
| ▮ | ▮ | Manager, Staff Support | 05/08/2023 | | | Kaitlin Linderman | Salary | $40,000.00 | |
| | | Manager, Staff Support | 06/30/2024 | | | Kaitlin Linderman | Hourly | | $27.00 |
| | | Manager, Staff Support | 08/14/2024 | | | Catherine Kurowski | Hourly | | $27.00 |
| | | Manager, Staff Support | 12/29/2024 | 08/26/2025 | | Catherine Kurowski | Hourly | | $27.50 |
| ▮ | ▮ | Manager, Staff Support | 08/14/2023 | | | Kaitlin Linderman | Salary | $40,000 | |
| | | Manager, Staff Support | 06/30/2024 | | | Kaitlin Linderman | Hourly | | $26.50 |
| | | Manager, Staff Support | 12/29/2024 | 01/31/2026 | | Catherine Kuroski | Hourly | | $27.00 |
| ▮ | ▮ | Manager, Base Camp | 05/03/2022 | | | Dan Welch | Salary | $42,000 | |
| | | Manager, Base Camp | 05/23/2024 | | | Dan Welch | Salary | $42,000 | |
| | | Manager, Base Camp | 06/30/2024 | | | Dan Welch | Hourly | | $27.50 |
| | | Specialist, Procurement | 07/23/2024 | 02/22/2025 | | Peter Cohen | Salary | $53,000 | |
| ▮ | ▮ | Manager, Operations | 02/21/2022 | | | Kaitlin Heck | Salary | $65,000 | |
| | | Specialist, Procurement | 05/13/2024 | | | Peter Cohen | Salary | $65,000 | |
| | | Specialist, Procurement | 12/27/2024 | 05/02/2025 | | Dan Welch | Salary | $65,000 | |
| ▮ | ▮ | Specialist, Procurement | 05/16/2018 | | | Jason Hayden | Hourly | | |
| | | Specialist, Procurement | 03/05/2021 | | | Jason Hayden | Hourly | | $15.00 |
| | | Specialist, Procurement | 11/08/2021 | | | Jason Hayden | Salary | $55,000 | |
| | | Specialist, Procurement | 05/21/2024 | | | Peter Cohen | Salary | $57,200 | |
| | | Specialist, Procurement | 01/11/2025 | 05/12/2025 | | Dan Welch | Salary | $57,200 | |
| ▮ | ▮ | Manager, Delivery Inventory | 02/01/2022 | | | Kaitlin Linderman | Salary | $57,000 | |
| | | Coordinator, Partnership Event | 01/05/2023 | | | Lauren Bonam | Salary | $57,000 | |
| | | Coordinator, Partnership Event | 04/19/2024 | | | Lauren Bonam | Salary | $57,000 | |
| | | Manager, Delivery Inventory | 05/21/2024 | | | Lauren Bonam | Salary | $57,000 | |
| | | Specialist, Procurement | 08/11/2024 | | | Peter Cohen | Salary | $57,000 | |
| | | Specialist, Procurement | 12/12/2024 | | | Lauren Bonam | Salary | $57,000 | |
| | | Specialist, Procurement | 12/27/2024 | | | Kelly Williamson | Salary | $57,000 | |
| | | Specialist, Procurement | 02/02/2026 | | | Brendan Quinn | Salary | $57,000 | |
| ▮ | ▮ | Specialist, Procurement | 04/01/2014 | | | Jason Hayden | Salary | $65,000 | |
| | | Specialist, Procurement | 04/05/2021 | | | Jason Hayden | Salary | $60,000 | |
| | | Specialist, Procurement | 05/23/2024 | | | Peter Cohen | Salary | $62,400 | |
| | | Specialist, Procurement | 06/30/2024 | | | Peter Cohen | Hourly | $57,200 | |
| | | Specialist, Procurement | 08/11/2024 | | | Peter Cohen | Salary | $57,000 | |
| | | Specialist, Procurement | 02/02/2026 | | | Catherine Kurowski | Salary | $62,400 | |
| ▮ | ▮ | Support, Festival | 04/01/2025 | | | Quinten Hansen | Hourly | | $18.00 |
| | | | 08/10/2025 | 10/01/2125 | | Quinten Hansen | Hourly | | $21.00 |
| ▮ | ▮ | Staff, Festival Event | 01/09/2024 | | | Jansen Flood | Hourly | | $15.00 |
| | | Staff, Festival Event | 01/11/2025 | | | Emily Fiorini | Hourly | | $15.00 |
| | | Support, Festival | 01/12/2026 | | | Jacob Lensing | Hourly | | $21.00 |
| ▮ | ▮ | Staff, Festival Event | 01/09/2024 | 06/06/2024 | | Jansen Flood | Hourly | | $15.00 |
| | | Support, Festival | | | 10/06/2025 | Joshua Jones | Hourly | | $18.00 |
| ▮ | ▮ | Support, Festival | 03/23/2025 | | | Jacob Lensing | Hourly | | $18.00 |

D. 003974

| | | Category | Start Date | End Date | Name | Type | Rate |
|---|---|---|---|---|---|---|---|
| | | Support, Festival | 07/10/2025 | | Jacob Lensing | Hourly | $21.00 |
| ▉ | ▉ | Support, Festival | 03/24/2025 | | Troy Spencer | Hourly | $18.00 |
| | | Support, Festival | 08/25/2025 | | Troy Spencer | Hourly | $21.00 |
| ▉ | ▉ | Support, Festival | 03/24/2025 | | Michael Toler | Hourly | $18.00 |
| | | Support, Festival | 09/25/2025 | | Michael Toler | Hourly | $21.00 |
| | | Support, Festival | 12/22/2025 | | Kip Krieger | Hourly | $21.00 |
| ▉ | ▉ | Staff, Festival Event | 07/15/2017 | | Jansen Flood | Hourly | $14.00 |
| | | Staff, Festival Event | 06/30/2024 | | Jansen Flood | Hourly | $18.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $21.50 |
| | | Staff, Festival Event | 01/11/2025 | 3/21/2025 | Emily Fiorini | Hourly | $21.50 |
| ▉ | ▉ | Staff, Festival Event | 11/14/2019 | | Jansen Flood | Hourly | $14.00 |
| | | Staff, Festival Event | 01/11/2025 | 7/11/2025 | Emily Fiorini | Hourly | $14.00 |
| ▉ | ▉ | Staff, Festival Event | 03/18/2021 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $15.50 |
| | | Staff, Festival Event | 01/11/2025 | | Emily Fiorini | Hourly | $15.50 |
| ▉ | ▉ | Staff, Festival Event | 04/22/2021 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $15.50 |
| | | Staff, Festival Event | 01/11/2025 | | Emily Fiorini | Hourly | $15.50 |
| ▉ | ▉ | Staff, Festival Event | 09/22/2021 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $15.50 |
| | | Staff, Festival Event | 01/11/2025 | 5/2/2025 | Emily Fiorini | Hourly | $15.50 |
| ▉ | ▉ | Staff, Festival Event | 10/24/2022 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $15.50 |
| | | Staff, Festival Event | 01/11/2025 | 1/11/2025 | Jansen Flood | Hourly | $15.50 |
| ▉ | ▉ | Staff, Festival Event | 03/27/2023 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $15.50 |
| | | Staff, Festival Event | 01/11/2025 | | Emily Fiorini | Hourly | $15.50 |
| ▉ | ▉ | Staff, Festival Event | 03/27/2023 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 06/30/2024 | 12/13/2024 | Jansen Flood | Hourly | $15.00 |
| ▉ | ▉ | Staff, Festival Event | 03/27/2023 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 06/30/2024 | 12/13/2024 | Jansen Flood | Hourly | $15.00 |
| ▉ | ▉ | Staff, Festival Event | 04/24/2023 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $15.50 |
| | | Staff, Festival Event | 01/11/2025 | | Emily Fiorini | Hourly | $15.50 |
| ▉ | ▉ | Staff, Festival Event | 06/04/2023 | | Jansen Flood | Hourly | $20.00 |
| | | Staff, Festival Event | 06/30/2024 | 12/13/2024 | Jansen Flood | Hourly | $20.00 |
| ▉ | ▉ | Staff, Festival Event | 07/10/2023 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $15.50 |
| | | Staff, Festival Event | 01/11/2025 | 1/11/2025 | Jansen Flood | Hourly | $15.50 |
| ▉ | ▉ | Staff, Festival Event | 01/29/2024 | | Jansen Flood | Hourly | $15.00 |
| | | Staff, Festival Event | 06/30/2024 | 12/13/2024 | Jansen Flood | Hourly | $15.00 |
| ▉ | ▉ | Staff, Festival Event | 01/29/2024 | | Jansen Flood | Hourly | $16.00 |
| | | Staff, Festival Event | 12/29/2024 | | Jansen Flood | Hourly | $16.50 |
| | | Staff, Festival Event | 01/11/2025 | | Emily Fiorini | Hourly | $16.50 |
| | | Support, Course | 04/20/2025 | | Jill Lebiedzinski | Hourly | $20.00 |

D. 003975

# EXHIBIT "C"

| Last Name | First Name | Description | Hire Date | Role | Termination Date | Rehire Date | Description | Name | Description | Pay Type Code | Annual Salary | Base Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Branding Lead | 04/24/2023 | | 02/07/2024 | | Race Operations | Emily Fiorini | Remote \| US | Salary | 36000.12 | |
| | | Branding Lead | 08/02/2021 | | 03/20/2024 | | Race Operations | Emily Fiorini | Remote \| US | Salary | 36000.12 | |
| | | Build Crew | 03/15/2022 | | 04/12/2022 | | Race Operations | Alden Ransom | Remote \| US | Salary | 36000.12 | |
| | | Build Crew | 03/15/2022 | | 05/07/2022 | | Race Operations | Alden Ransom | Remote \| US | Salary | 36000.12 | |
| | | Build Crew | 03/01/2022 | | 05/10/2022 | | Race Operations | Alden Ransom | Remote \| US | Salary | 36000.12 | |
| | | Build Crew | 05/17/2022 | | 06/02/2022 | | Race Operations | Alden Ransom | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 09/19/2022 | | 01/28/2023 | | Race Operations | Alden Ransom | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 05/31/2022 | | 03/03/2023 | | Race Operations | Alden Ransom | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 03/29/2022 | | 07/09/2023 | | Race Operations | Alden Ransom | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 05/02/2021 | | 03/24/2023 | | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 09/13/2022 | | 06/26/2023 | | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 05/17/2022 | | 08/22/2023 | | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 03/15/2022 | | 01/18/2023 | | Race Operations | Whit Bissell | Remote \| US | Salary | 38000.04 | |
| | | Build Crew | 01/12/2022 | | 04/28/2023 | | Race Operations | Whit Bissell | Remote \| US | Salary | 36000.12 | |
| | | Build Crew | 08/30/2022 | | 05/04/2023 | | Race Operations | Whit Bissell | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Laborer | 03/07/2022 | | 02/27/2023 | | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 16 |
| | | Build Crew - Laborer | 01/30/2023 | | 03/06/2023 | | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 17 |
| | | Build Crew - Laborer | 04/17/2023 | | 05/17/2023 | | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 18 |
| | | Build Crew - Laborer | 05/08/2023 | | 07/05/2023 | | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 16 |
| | | Build Crew - Laborer | 09/07/2023 | | 09/11/2023 | | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 17 |
| | | Build Crew - Laborer | 04/24/2023 | | 11/27/2023 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Laborer | 03/31/2024 | | 05/20/2024 | | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 18 |
| | | Build Crew - Leader | 10/04/2021 | | 01/27/2023 | | Race Operations | Matthew Barber | Remote \| US | Salary | 36000.12 | 17.31 |
| | | Build Crew - Leader | 10/18/2021 | | 04/14/2023 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Leader | 11/07/2022 | | 08/06/2023 | | Race Operations | Matthew Barber | Remote \| US | Salary | 36000.12 | |
| | | Build Crew - Leader | 02/01/2019 | | 01/18/2024 | | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 18 |
| | | Build Crew - Leader | 09/13/2021 | | 02/20/2024 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Leader | 04/11/2022 | | 02/20/2024 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Leader | 08/15/2021 | | 03/20/2024 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Leader | 03/13/2023 | | 03/22/2024 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Leader | 07/26/2022 | | 03/23/2024 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| | | Build Crew - Leader | 08/30/2021 | | 04/15/2024 | | Race Operations | Matthew Barber | Remote \| US | Salary | 37960 | |
| | | Build Crew - Leader | 02/27/2023 | | 04/20/2024 | | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |

**D. 000015**

| Position | Start Date | End Date | Department | Name | Location | Type | Salary | Hourly |
|---|---|---|---|---|---|---|---|---|
| Build Crew - Leader | 04/05/2021 | 05/04/2024 | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| Build Crew - Leader | 09/20/2021 | 05/04/2024 | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| Build Crew - Leader | 09/13/2021 | 05/19/2024 | Race Operations | Matthew Barber | Remote \| US | Salary | 39000 | |
| Build Crew - Leader | 03/13/2023 | 06/01/2024 | Race Operations | Matthew Barber | Remote \| US | Salary | 38000.04 | |
| Build Crew (TOUGH | 01/12/2022 | 05/24/2022 | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 36000.12 | |
| Build Crew (TOUGH | 03/02/2022 | 06/20/2022 | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 36000.12 | |
| Build Crew (TOUGH | 05/31/2022 | 06/27/2022 | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 38000.04 | |
| Build Crew (TOUGH | 08/16/2022 | 09/15/2022 | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 38000.04 | |
| Build Crew (TOUGH | 07/15/2021 | 10/18/2022 | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 38000.04 | |
| Build Crew (TOUGH | 08/16/2022 | 10/31/2022 | Race Operations | SAMANTHA RUSS | Remote \| US | Salary | 36000.12 | |
| Build Crew (TOUGH | 03/29/2022 | 07/02/2022 | Race Operations | Whit Bissell | Remote \| US | Salary | 36000.12 | |
| Build Crew (TOUGH | 06/23/2022 | 07/16/2022 | Race Operations | Whit Bissell | Remote \| US | Salary | 38000.04 | |
| Build Crew (TOUGH | 03/22/2022 | 08/16/2022 | Race Operations | Whit Bissell | Remote \| US | Salary | 38000.04 | |
| Build Crew (TOUGH | 09/22/2021 | 09/28/2022 | Race Operations | Whit Bissell | Remote \| US | Salary | 38000.04 | |
| Build Crew (TOUGH | 10/19/2022 | 10/24/2022 | Race Operations | Whit Bissell | Remote \| US | Salary | 36000.12 | |
| Construction Crew Laborer | 03/01/2019 | 07/14/2022 | Race Operations | Matthew Barber | Remote \| US | Hourly | 0 | 18 |
| Crew Leader | 03/01/2019 | 04/11/2022 | Race Operations | Matthew Barber | Remote \| US | Salary | 36000.12 | |
| Crew Leader | 08/01/2021 | 09/01/2022 | Race Operations | Matthew Barber | Remote \| US | Salary | 36000.12 | 17.31 |
| Excavator | 05/24/2021 | 04/14/2023 | Race Operations | Whit Bissell | Remote \| US | Salary | 47999.9 | |
| Festival Event Staff | 04/30/2021 | 02/21/2023 | Race Operations | Aron Hagberg | Remote \| US | Salary | 38000.04 | |
| Festival Event Staff | 02/01/2022 | 09/15/2022 | Race Operations | DALTON SIMMONS | Remote \| US | Salary | 36000.12 | |
| Festival Event Staff | 03/15/2022 | 01/17/2023 | Race Operations | DALTON SIMMONS | Remote \| US | Salary | 38000.04 | |
| Festival Event Staff | 04/01/2022 | 08/18/2022 | Race Operations | Emily Fiorini | Remote \| US | Hourly | 0 | 13 |
| Festival Event Staff | 06/20/2021 | 10/07/2022 | Race Operations | Emily Fiorini | Remote \| US | Hourly | 0 | 13 |
| Festival Event Staff | 02/27/2023 | 11/25/2023 | Race Operations | GARRETT OGUICH | Remote \| US | Salary | 38000.04 | |
| Festival Event Staff | 06/20/2022 | 01/01/2023 | Race Operations | Jansen Flood | Remote \| US | Hourly | 0 | 13 |
| Festival Event Staff | 02/27/2023 | 06/30/2023 | Race Operations | Jansen Flood | Remote \| US | Hourly | 0 | 15.7 |
| Festival Event Staff | 07/24/2023 | 08/17/2023 | Race Operations | Jansen Flood | Remote \| US | Hourly | 0 | 15 |
| Festival Event Staff | 05/31/2019 | 01/05/2024 | Race Operations | Jansen Flood | Remote \| US | Hourly | 0 | 15 |
| Festival Event Staff | 09/27/2021 | 01/05/2024 | Race Operations | Jansen Flood | Remote \| US | Hourly | 0 | 15 |
| Festival Event Staff | 10/10/2022 | 01/24/2024 | Race Operations | Jansen Flood | Remote \| US | Hourly | 0 | 16 |
| Festival Lead | 02/04/2022 | 07/05/2022 | Race Operations | Emily Fiorini | Remote \| US | Salary | 38000.04 | |
| Festival Lead | 06/14/2021 | 04/06/2022 | Race Operations | Ian Toof | Remote \| US | Salary | 38000.04 | |
| Festival Manager | 05/31/2021 | 09/30/2022 | Race Operations | Emily Fiorini | Remote \| US | Salary | 39999.96 | |

D. 000016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Festival Manager | 05/09/2019 | 05/28/2024 | Race Operations | Emily Fiorini | Remote \| US | Salary | 45000.02 |
| Festival Manager | 01/19/2022 | 06/01/2024 | Race Operations | Emily Fiorini | Remote \| US | Salary | 45000.02 |
| Kids Lead, Festival Support | 02/23/2022 | 10/10/2022 | Race Operations | JUSTIN ROSS | Remote \| US | Salary | 38000.04 |

**D. 000017**

# EXHIBIT "D"

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------

DAYANNAH WOODY-STOKES, *on behalf of*   :
*herself and all others similarly situated*   : Case No.: 25-cv-00267-GBW

                                       :

                    Plaintiff,   :

                                       :

        v.   :

                                       :

SPARTAN RACE, INC., *et al.*   :

                                       :

                    Defendants.   :

------------------------------------------------------------------

**<u>DECLARATION OF DAYANNAH WOODY-STOKES</u>**

      I, Dayannah Woody-Stokes, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am the Named Plaintiff in the above-captioned lawsuit.

2.     I submit this declaration in support of Plaintiff's motion for conditional certification pursuant to 29 U.S.C. § 216(b).

3.     I am prepared to act as a class representative in this action.

4.     I began my employment with Defendants Spartan Race, Inc. and OCR US Holdings, LLC d/b/a Tough Mudder ("Defendants") on or around July 10, 2023 in the position of Festival Event Staff.

5.     In or around January 2024, my job title was changed to Branding Lead, but my job duties remained the same.

6.     As Festival Event Staff/Branding Lead, I was paid on a salary basis of $36,000.00 per year prior to July 1, 2024 and did not receive overtime compensation for the hours I worked over forty (40) in a workweek.

Doc ID: b2920c68b7a40e809a5cdc8749ef67ae983ab091

7. On or around July 1, 2024, Defendants notified me that I was being reclassified as an hourly, non-exempt employee, and would be eligible to receive overtime compensation.

8. At this time, I received an email from Giles Chater, Defendants' Chief Operating Officer, a true and correct copy of which is attached hereto as Exhibit "D-1," explaining that Spartan had reviewed my position as well as others and determined that "certain roles do not meet the requirements to be classified as exempt" under the FLSA. See Exhibit D-1.

9. Shortly thereafter, I received an email from People Ops re "Pay Calculator," a true and correct copy of which is attached hereto as Exhibit "D-2," in which I was informed that and other reclassified employees would be entitled to travel time pay for inbound and outbound days, although this would be "capped at a maximum of 8 hours." See Exhibit D-2.

10. Following my reclassification as hourly/non-exempt, I began receiving an hourly rate of $24.50 and overtime compensation for some, although not all, of the overtime hours I worked.

11. My job duties as Branding Lead remained the same despite the aforementioned switch from salary/overtime exempt to hourly/overtime non-exempt.

12. In or around August/September 2024, I transitioned to the role of Kids Lead, which was not formalized on paper until on or around December 27, 2024.

13. My starting rate as Kids Lead was $25.00 per hour.

14. On or around May 4, 2025, I transitioned to the role of Base Camp Manager, in which position I remained employed to this date.

15. My starting rate as Base Camp Manager was $28.00 per hour.

16. As Festival Event Staff/Branding Lead, Kids Lead, and Base Camp Manager, I typically worked/work between 10-15 hours or more per day each race cycle, with my workday

2

Doc ID: b2920c68b7a40e809a5cdc8749ef67ae983ab091

usually beginning around 7-8 am and ending around 5-6 pm during non-race "onsite" days, and beginning around 4 am and continuing until 6-7 pm during race days.

17. Each race cycle lasts approximately two (2) weeks, including travel days.

18. Since July 1, 2024, I have traveled to numerous events for Defendants.

19. As Festival Event Staff/Branding Lead, Kids Lead, and Base Camp Manager, I was/am typically required to travel to the location of Defendants' race events the day before my first scheduled "on-site" day, and to travel back home (or to another event, if required), the day after my last scheduled "on-site" day.

20. Nearly all the race locations Defendants required me to travel to were located far away from my home community of Upper Darby, PA.

21. Accordingly, I was frequently forced to spent an entire day, often exceeding 10-12 hours traveling per travel day to and from Defendants' events.

22. Despite this, I did not receive any additional compensation (apart from a per diem allowance and certain travel reimbursement) for the time I spent traveling prior to July 1, 2024.

23. Even after July 1, 2024, when I and other Festival Event Staff/Branding Leads began receiving hourly pay for some of our travel time, Defendants initially did not pay us for the hours we traveled per day travel beyond the first 8 hours, which was subsequently increased to 10 hours in or around January 2025.

24. Because I was generally scheduled to work well in excess of forty (40) hours per week during each race cycle, the additional time I spent traveling on travel days beyond the maximum amount Defendants would pay us would have constituted overtime hours.

25. Despite my job titles including the words "Lead" and Manager," I did not and do not have the authority to hire, fire, discipline, or recommend other employees of Defendants for hiring, firing, or other personnel status changes.

3

Doc ID: b2920c68b7a40e809a5cdc8749ef67ae983ab091

26.    Rather, my primary job duties as Branding Lead, Kids Lead, and Base Camp Manager and centered on the construction, deconstruction, and operation of Defendants' tents and physical racing infrastructure, as well as the loading and unloading of materials.

27.    In this way, my job duties were similar to those of Defendants' Build Crew employees, all of which – based on my personal observations of their work – entailed the setting up, breaking down, and operation of Defendants' obstacle courses and other physical infrastructure as a core component of their duties.

Dated:    04 / 30 / 2026

_____
Dayannah Woody-Stokes

4

Doc ID: b2920c68b7a40e809a5cdc8749ef67ae983ab091

# EXHIBIT "D-1"

From: **Dayannah Woody** <dayannah.woody@spartan.com>
Date: Tue, Jul 2, 2024, 11:28 PM
Subject: Fwd: Important FLSA Update: Change in Employment Classification
To: <dayannahs.perspective@gmail.com>

---------- Forwarded message ---------
From: **Giles Chater** <giles.chater@spartan.com>
Date: Mon, Jul 1, 2024, 8:24 PM
Subject: Important FLSA Update: Change in Employment Classification
To: PeopleOps <peopleops@spartan.com>
Cc: Jeffrey Connor <jeffreyc@spartan.com>, Daniel Mcdonald <dan.mcdonald@spartan.com>, Laura Goodwin <laurag@spartan.com>, Ian Toof <iant@spartan.com>, Dan Welch <danw@spartan.com>, Emily Fiorini <Emilyf@spartan.com>, Matt Barber <mattb@spartan.com>, Ashley Buckeye <ashleyb@spartan.com>, Scott Brazina <scott.brazina@spartan.com>, Kaitlin Linderman <kaitlin.linderman@spartan.com>, Craig Drummond <craigd@spartan.com>, Aja Varney <ajav@spartan.com>

Team,

As part of our commitment to ensuring compliance with federal labor regulations and maintaining transparency within our organization, we are writing to inform you about an important update regarding your employment classification.

**What is Changing?**

Effective July 1, 2024, the Department of Labor made updates to the Fair Labor Standards Act (FLSA), increasing the minimum salary threshold for roles to be considered exempt. Following careful review, Spartan believes certain roles do not meet the requirements to be classified as exempt. Therefore, these positions will be reclassified as non-exempt, backdating to June 30th, 2024.

**What Does This Mean for You?**

- **Employment Status**: Your status will change from *salaried exempt* to *hourly non-exempt*. Specific details regarding your new pay structure will be provided in a follow-up email from People Ops within the next two business days.

- **Overtime Eligibility**: As a non-exempt employee, you will now be eligible for overtime pay at a rate of 1.5 times** your regular hourly rate. This means you will receive overtime pay for any hours worked over 40 hours** in any given work week. Spartan's work week is Sunday through Saturday. (**Where State guidance differs from Federal guidance, the greater will apply).
- **Timekeeping**: You will be required to accurately record all hours worked using Paylocity. In the next few days, two Paylocity training sessions will be assigned to you, which will provide detailed instructions on how to punch in and punch out via Mobile and Desktop.
  - It won't be possible to start punching in/out until the People Ops team has updated each individual rate within Paylocity. We aim to have this in place by July 3rd.
  - We are backdating these changes so they take effect from Sunday, June 30th to tie in with standard biweekly payment cycles.
  - We will automatically pay all affected employees 8hrs for Sunday June 30th, in lieu of the final salaried day.
  - From July 1st until the system is updated (aspirationally on July 3rd), please work with your line manager to manually keep track of hours worked. These hours will retrospectively be added to Paylocity.

## Impact on Benefits

1. **Paid Time Off (PTO)**: For the remainder of 2024, affected employees will be eligible for 60 hours PTO (pro rata), plus holidays and the Winter Break. From 2025, PTO will be calculated based on the average hours worked in the previous year.
2. **Health and Welfare Benefits**: These changes may impact benefits eligibility.
   a. Spartan will operate a Stability Period of 6 months, running from July 1st through December 31st 2024. During this stability period, your healthcare will remain unaffected, even if your hours worked drop below any minimum required to be considered full-time.
   b. We know that benefits are a critical component for most of the team. It is our firm intent to continue to provide the same level of cover to the team, despite these changes, and we're working diligently to achieve that outcome.
3. **Bonuses and Incentives**: We will review the criteria for any bonuses or incentive programs you are eligible for and ensure that they are adjusted according to your new classification.
4. **Professional Development and Training**: You will be compensated for any time spent in mandatory training(s) or professional development activities.

## Why is This Happening?

The change in your classification is a direct response to our review following the newly updated FLSA regulations. Our goal is to ensure that Spartan Race Inc. remains fully compliant with Federal laws while continuing to value and support our dedicated team.

## Hourly Rates

We are taking this opportunity to build a compelling offering that is attractive, incentivizes commitment, and rewards loyalty. This includes:

- Making it easier for individuals to move between roles on-site and to work additional cycles where appropriate.
- Uncapped annual earnings, tied to hours worked.
- Setting hourly rates above national averages.
- Increasing the hourly rate per season worked, rewarding and incentivizing tenure (this will be backdated for up to 5 years when establishing initial individual rates)

## Which Roles are affected?

This is an organization-wide change affecting a number of roles across multiple departments.

## Next Steps
1. **Training**: You will be sent two training sessions to familiarize yourself with the timekeeping system and to address any questions you may have about the new classification and overtime procedures.

2. **Rate Details:** The People team will communicate updated rates with each of you individually and update Paylocity accordingly.
3. **Role Meetings**: The People team will schedule meetings to discuss these changes, chat through any questions you might have and provide resources and support during this transition.

We know these changes will raise a number of questions, which we're committed to working through with all those affected. If you have any immediate questions please fill out this form. We will answer questions asked in an open FAQ document so that all can benefit from the answers.

I ask for your patience as we work together to find the best path forward following this Federal Update.

All the best,

Giles

--
**Giles Chater**
Chief Operating Officer
(GMT +1)

Spartan | Tough Mudder | La Ruta | Deka | Patagonia Run

This message is confidential and contains information which may be legally privileged and protected from disclosure.  It is intended for the stated addressee(s) only. Access to this email by unintended or unauthorized persons is prohibited. If the reader of this message is not the stated addressee, or an employee or agent responsible for delivering this message to the stated addressee(s), you are hereby notified that any disclosure or copying of the contents of this e-mail or any action taken (or not taken) in reliance on it is unauthorized and unlawful. If you are not the addressee, please inform the sender immediately and delete the message from your computer.

# EXHIBIT "D-2"



8:35

## Pay Calculator  Inbox

**People Ops** 5:02 PM
to me, People

Dear Dayannah,

With the DOL update coming into effect on July 1st, we moved as quickly as we were able to bring changes in the best interest of both our team and the business. We set out to build an updated structure that rewarded the team, incentivized retention and protected critical benefits. We believe we have achieved this and hope you can see that reflected in the attached pay forecasts.

This rapid effort has not been without missteps however, particularly with our communication, for which I apologize. The initial communications (email, FAQ's, meeting) were based on our initial model - what we believed was the best way to package this for the team. We've been hearing from multiple stakeholders as we've built this out, including feedback and questions from those directly affected, and as a result have settled on a better way to package this together.

**Increased Hourly Rates**
The hourly rates we shared with you were adjusted up from the original plan, to ensure that you reached the desired total pay outcome without needing to rely on

desired total pay outcome without needing to rely on accrued PTO or company holidays. This will provide a more favorable outcome for yourselves, because of how the higher hourly rates scale with hours worked and overtime.

**Simplified Policies**

Increasing the rates as we did, allowed us to keep consistent policies between new and existing hourly team members, reduce complexity and remove additional admin from yourselves and your managers.

For the avoidance of doubt, we will not be offering you any PTO or Holiday Pay, as initially communicated, and have instead integrated that value directly into your hourly rates.

We will continue to offer paid travel, in accordance with our existing (Hourly) Travel Policy, which includes paid travel days for inbound and outbound travel, capped at a maximum of 8 hours. We will not be offering paid travel to and from site.

**Medical Benefits**

Health Care benefits remain unchanged - everyone currently eligible remains eligible for the remainder of 2024. Anyone who averaged more than 20 hours worked per week through 2024 will be eligible for 2025.

**Pay Forecast**

We have forecasted how these changes impact you in the attached document. These forecasts are based on your existing schedule and average hours worked. They do not include meetings, which will be added on top of these calculations based on actual attendance.

The bottom line - those who continue to work with us into

The bottom line - those who continue to work with us into the future should be better off as a result of this reimagining.

**Follow Up**
We understand that there may continue to be questions during this transition period.
- Updated FAQs can be found via this link. These have been materially simplified.
- There is an optional drop-in session with Giles, which you're welcome to join if you have further questions
    - Wednesday, July 24 · 1:00 – 2:00pm EST
    - **Google Meet joining info**
    - Video call link: https://meet.google.com/nrr-bfxh-szv
    - Or dial: (US) +1 803-999-3553 PIN: 206 981 824#
    - More phone numbers: https://tel.meet/nrr-bfxh-szv?pin=6819927423352
- If you have any questions about your specific situation or the pay calculator/ forecasts, please contact the People Operations team directly.

I want to thank you again for your patience and understanding as we've navigated these rapid changes together.

All the best
Giles

--
Best regards,
**People Ops** / People Operations
*Spartan Race, Inc. 7004 Tavistock Lakes Blvd, Orlando FL 32827*

# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------

DAYANNAH WOODY-STOKES, *on behalf of* :
*herself and all others similarly situated*  : Case No.: 25-cv-00267-GBW
                                             :
                        Plaintiff,           :
                                             :
            v.                               :
                                             :
SPARTAN RACE, INC., *et al.*                 :
                                             :
                        Defendants.          :

------------------------------------------------------------------

### DECLARATION OF JESSE WAYLN MCKAY

I, Jesse Wayln McKay, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an Opt-In Plaintiff in the above-captioned lawsuit.

2.      I submit this declaration in support of Plaintiff's motion for conditional certification pursuant to 29 U.S.C. § 216(b).

3.      I am prepared to act as a class representative in this action, should that become necessary.

4.      I began my employment with Defendants Spartan Race, Inc. and OCR US Holdings, LLC d/b/a Tough Mudder ("Defendants") on or around July 5, 2022 in the position of Build Crew Leader.

5.      As Build Crew Leader, I was paid on a salary basis of $38,000 per year prior to July 1, 2024 and did not receive overtime compensation for the hours I worked over forty (40) in a workweek.

6.      On or around July 1, 2024, Defendants notified me that I was being reclassified as an hourly, non-exempt employee, and would be eligible to receive overtime compensation.

Doc ID: 47f51312139b6847101065bde29c963f37f59ef0

7.    Thereafter, I began receiving an hourly rate of $25.00 and overtime compensation for some, although not all, of the overtime hours I worked.

8.    My job duties as Build Crew Leader remained the same despite the aforementioned switch from salary/overtime exempt to hourly/overtime non-exempt.

9.    On or around December 13, 2024, I stopped working for Defendants.

10.    On July 20, 2025, Defendants rehired me in the position of Kids Lead.

11.    My starting rate as Kids Lead was $18.00 per hour, which was later increased to $21.00 per hour on September 22, 2025.

12.    As Build Crew Leader, I typically worked between 10-12 hours or more per day each race cycle, with my workday usually beginning around 7-8 am and ending around 5-7 pm.

13.    As Kids Lead, I typically work between 10-15 hours or more per day each race cycle, with my workday usually beginning around 7-8 am and ending around 5-6 pm during non-race "onsite" days, and beginning around 4 am and continuing until 6-7 pm during race days.

14.    Each race cycle lasts approximately two (2) weeks, including travel days.

15.    Since July 1, 2024, I have traveled to numerous events for Defendants.

16.    As both Build Crew Leader and Kids Lead, I was typically required to travel to the location of Defendants' race events the day before my first scheduled "on-site" day, and to travel back home (or to another event, if required), the day after my last scheduled "on-site" day.

17.    Nearly all the race locations Defendants required me to travel to were located far away from my home community of Troy, Missouri.

18.    Accordingly, I was frequently forced to spent an entire day, often exceeding 10-12 hours traveling per travel day to and from Defendants' events.

19.    Despite this, I did not receive any additional compensation (apart from a per diem allowance and certain travel reimbursement) for the time I spent traveling prior to July 1, 2024.

2

Doc ID: 47f51312139b6847101065bde29c963f37f59ef0

20.     Even after July 1, 2024, when I and other Build Crew Leaders began receiving hourly pay for some of our travel time, Defendants initially did not pay us for the hours we traveled per day travel beyond the first 8 hours, which was subsequently increased to 10 hours in or around January 2025.

21.     Because I was generally scheduled to work well in excess of forty (40) hours per week during each race cycle, the additional time I spent traveling on travel days beyond the maximum amount Defendants would pay us would have constituted overtime hours.

22.     Despite my job titles including the words "Leader" and "Lead," I did not and do not have the authority to hire, fire, discipline, or recommend other employees of Defendants for hiring, firing, or other personnel status changes.

23.     Rather, my primary job duties as Build Crew Leader and Kids Lead centered on the construction, deconstruction, and operation of Defendants' obstacle courses.

24.     In this way, my job duties were similar to those of Defendants' Excavators, Festival Event Staff, Festival Leads, Branding and Sponsorships Leads, and Base Camp Managers, all of which – based on my personal observations of their work – entailed the setting up, breaking down, and operation of Defendants' obstacle courses, event tents, and other physical infrastructure as a core component of their duties.

Dated:    04 / 28 / 2026    _____

_____
Jesse Wayln McKay

3

Doc ID: 47f51312139b6847101065bde29c963f37f59ef0

# EXHIBIT "F"



# 2024 US EMPLOYEE HANDBOOK

*Last Updated: January 31st, 2024*

| | |
|---|---|
| INTRODUCTION | 2 |
| TERMS OF EMPLOYMENT | 3 |
| EMPLOYEE BENEFITS | 8 |
| TEAM FUN AND OFF-SITES | 10 |
| TIME OFF POLICY | 11 |
| TRAVEL & EXPENSE POLICY | 20 |
| PERFORMANCE & ASSESSMENTS | 21 |
| REFERRAL PROGRAM | 23 |
| EMPLOYMENT VERIFICATION | 24 |
| SPARTAN RACE, INC. TECHNOLOGY | 25 |
| SPARTAN RACE, INC. PROPERTY | 26 |
| STANDARDS OF CONDUCT | 27 |
| VEHICLE SAFETY | 28 |
| ON-SITE SAFETY | 30 |
| EQUAL OPPORTUNITY AND NO HARASSMENT | 31 |
| CONSENSUAL ROMANTIC RELATIONSHIPS | 35 |
| DRUG AND ALCOHOL USE | 36 |
| VIOLENCE FREE WORKPLACE | 38 |
| OBLIGATION TO REPORT AND NO RETALIATION | 39 |
| ANTI-BRIBERY & RELATED PARTY TRANSACTIONS | 40 |
| RESIGNATION & TERMINATION | 42 |
| BACKGROUND CHECK POLICY | 44 |
| CLOSING NOTES | 46 |

*2024 Employee Handbook*

 SPARTAN

---

## INTRODUCTION

Welcome to the US Employee Handbook, your guide to Spartan Race Inc policies regarding benefits, compensation, time off, safety, and general conduct within the company. This Handbook caters to employees of Spartan Race Inc. and its subsidiaries operating in the US and Canada.

Discover the fantastic benefits available to you as a Spartan Race Inc. employee and access a convenient repository of our company policies. Clarity on acceptable and unacceptable behavior is crucial, and our policies are designed to eliminate any confusion.

As Spartan Race, Inc. is a dynamic environment, the policies, practices, and benefits outlined here may undergo changes. The policies in this US Employee Handbook do not establish a contract or contractual obligations between Spartan Race Inc. and its US and Canadian subsidiaries and employees. These provisions take precedence over existing policies and practices, unless stated otherwise, and any amendments require written approval from the CEO, the Director of Human Resources, or their designated representative. Spartan Race, Inc. retains the right to revise, modify, or add to the provisions of this Handbook as needed, with notifications of changes provided whenever possible. No verbal statements can alter the provisions herein.

We trust you'll find this Handbook informative. Please read it thoroughly and acknowledge your review through Paylocity. If you have any comments, questions, or suggestions, reach out to the Human Resources Team.

Remember, the foundation of our shared expectations rests on our values—integrity, teamwork, growth, adaptability, and fulfillment. These values are the essence of our culture, shaping interactions with colleagues, business partners, and event participants. They guide your decisions at work and represent the behavioral expectations for all Spartan Race employees.

---

*2024 Employee Handbook*



---

## TERMS OF EMPLOYMENT

*This section provides an overview of the different employee classifications at Spartan Race, including full-time, part-time, and contract roles. It covers details such as payday, payment methods, working hours, remote work, and other relevant administrative policies.*

1. **Employment At Will**

   "At will" employment means that unless otherwise specified in an employment agreement, you can leave your employment with Spartan Race at any time for any reason.  Your job status does not guarantee employment for any specific length of time. Similarly, Spartan Race can end your employment with or without cause and with or without advance notice at any time.  Unless otherwise specified in writing, all employees are employees at will. Neither this handbook nor any other verbal or written communication by a management representative is, nor should it be considered to be, an agreement, contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation nor does it confer any contractual rights whatsoever. Your employment at wills tauts with Spartan Race may be altered only with written authorization by management and/or the CEO.

2. **Immigration Law Compliance**

   Every offer of employment and each employee's continued employment at Spartan Race Inc. is contingent on verification of the right to work in the United States.  Prior to your first day of work you will be asked to provide documents verifying your right to work and to sign an I-9 verification form required by federal law, to be submitted through Paylocity.  If you become ineligible to work in the United States at any time during your employment at Spartan Race, you must notify the Human Resources Team immediately.

3. **Working Hours and Overtime**

   **Schedules:** All full time employees (see the definition below) are expected to work at least 30 hours per week, at a schedule to be mutually agreed upon with their manager. There is enormous value to in-person/virtual collaboration and real-time discussion, which is why employees maintain regular core work hours based on Eastern Standard Time. However, Spartan Race never wants to become an "hours" culture – instead we want to focus on setting 'stretch' objectives so they can be evaluated on their accomplishments, not the clock. As such, your individual work schedule should be discussed and agreed upon between you and your line manager, using sound discretion and professional judgment.

   **Employee Categories:** Spartan Race employees generally fall into the following categories: full time employees, full time crew, part time employees, or seasonal/intern employees.

   a. **Full-Time Employees:**  Full-time employees are those normally scheduled to work and who do work a schedule of at least 30 hours per week.  Full time employees are eligible for Spartan Race, Inc. health benefits on their date of hire and eligible for 401k benefits after 90 days. Full time employees are classified as exempt or non-exempt depending on their role.

   b. **Full-Time Event Crew:** Full-time event crew are roles that are assigned to perform work primarily at events. Crew members are scheduled to work event days,  generally in on-site cycles averaging 12-16 days, and may have certain administrative

---



responsibilities in between events.  Employees working days in excess of the standard number of event days may be eligible for additional compensation. This additional compensation will be paid after the conclusion of a calendar year in the normal bonus payment cycle, but will not be deducted from the bonus figure the crew member is otherwise eligible to receive that year. (\*\*All event-based roles with a position level of Manager or above do not qualify for the aforementioned utilization bonuses, and will be expected to fulfill site-based duties as directed by Department leadership.)

Correspondence about the aforementioned utilization bonus will be distributed to eligible staff before the beginning of the event season.

Full-time crew members are eligible for Spartan Race, Inc. health benefits on their date of hire.  Full-time crew are classified as exempt.

c.   **Part-Time Employees:** Part-time employees are those who are normally scheduled to work less than thirty (30) hours per week.  Part-time employees are classified as non-exempt. Part-time employees are not eligible for Spartan Race, Inc. benefits.

d.   **Seasonal Employees / Interns:**  Seasonal employees and Interns are those employed for short-term assignments with a specified end date that are not considered regular employees.   Short-term assignments will generally last less than one year.   An employee will not change from temporary status to regular full-time or part-time status because the employee's assignment is extended.  An employee's status will change only if the employee is advised of such a change, in writing, by the Human Resources Team.  Seasonal employees may be exempt or non-exempt depending on their role. Seasonal employees are not eligible for Spartan Race, Inc. benefits .

**Employee Classifications:** According to Federal Law, all employees must be classified as either exempt or non-exempt.

e.   **Exempt Employees:** Exempt employees are classified as such if their job duties are exempt from overtime provisions of federal and state wage and hour laws.  Exempt employees are not eligible for overtime pay.  Their salaries are predetermined and paid on a bi-weekly basis.

f.   **Non-Exempt Employees:**  Non-exempt employees receive overtime pay in accordance with the overtime provisions of this Handbook and the law.  Their salaries are calculated on an hourly basis.

g.   **Timekeeping Requirements and Overtime Approval:**  All non-exempt employees must keep a record of hours worked using time cards in Paylocity.  Non-exempt employees must receive permission from their line managers to work overtime. Overtime is calculated on a weekly basis (Sunday-Saturday) for any hours physically worked over forty (40).  Sick time and vacation time does not count towards the calculation of overtime pay.

# EXHIBIT "G"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAYANNAH WOODY-STOKES,    :
on behalf of herself and all others   :
similarly situated,       :    C.A. No.  1:25-cv-00267-GBW
           :
     Plaintiff,     :
v.           :    JURY TRIAL DEMANDED
           :
SPARTAN RACE, INC,     :
           :
     and      :
           :
OCR US HOLDINGS, LLC d/b/a   :
TOUGH MUDDER      :
           :
     Defendants.    :

### DEFENDANTS, SPARTAN RACE, INC. and OCR US HOLDINGS, LLC d/b/a TOUGH MUDDER'S RESPONSES TO  PLAINTIFF'S FIRST SET OF PHASE 1 DISCOVERY INTERROGATORIES

Defendants SPARTAN RACE, INC. and OCR US HOLDINGS, LLC d/b/a TOUGH MUDDER. ("Defendants") makes the following General Objections ("General Objections") to Plaintiffs' First Set of Phase 1 Discovery Interrogatories Directed to Defendants (each a "Discovery Request" and, collectively, the "Discovery Requests"). These General Objections apply to and form a part of the response to each and every Discovery Request to the extent applicable and are set forth herein to avoid the duplication and repetition of restating them for each response.

Defendants object to each and every Discovery Request to the extent that it seeks to impose an obligation or burden on it beyond that required by Federal Rules of Civil Procedure 26 and 33. Defendants will respond to each and every Discovery Request to the extent required by applicable rules.

Defendants object to each and every Discovery Request to the extent that it seek information protected from disclosure by the attorney-client privilege, the work product doctrine or any other applicable privilege or protection from discovery.

Defendants object to each and every Discovery Request to the extent that it seek information or documents already in Plaintiffs' possession or information that is equally available to Plaintiffs. In addition, Defendants object to each and every Discovery Request where the response to the Discovery Request is a matter of public record and/or may be derived from or ascertained from pleadings already filed in this matter.

Defendants object to each and every Discovery Request to the extent that it seek information that is not within the personal knowledge of it or that may be outside the time period relevant to the subject matter of the instant lawsuit.

Defendants object to each and every Discovery Request to the extent that it is overly broad, unduly burdensome and/or seek information or documents neither relevant nor reasonably calculated to lead to the discovery of relevant, admissible evidence.

Defendants object to each and every Discovery Request to the extent that it is duplicative, unreasonably cumulative and/or oppressive and to the extent that each and every Discovery Request will require any unnecessary expense.

Defendants object to each and every Discovery Request to the extent that it is vague and/or ambiguous.

Defendants object to each and every Discovery Request to the extent that discovery is ongoing in this matter and it may not yet be in possession of all information necessary to answer and/or respond in full to the Discovery Request. In this event, Defendants reserve the right to supplement its response at the appropriate time.

Defendants' response or objection to each and every Discovery Request should not be taken as an admission that it accepts or admits any "facts" set forth or assumed by that Discovery Request. Defendants' assertion that it will produce documents in response to a particular Discovery Request is not to be construed as an admission that any document exists within any requested category or categories, but solely as an assertion that Defendants will produce, consistent with the objections raised herein or hereafter and any obligation under any rule or order, any responsive documents or information within their possession, custody or control, should any such documents be located.

## <u>RESERVATION OF RIGHTS</u>

All responses to these Discovery Requests are made without in any way waiving or intending to waive, but on the contrary, intending to preserve and preserving:

- All questions as to relevance, materiality, privilege and admissibility for any purpose in any subsequent proceeding or the trial of this or any other action;

- The right to object on any grounds to the use of any information requested, or the subject matter thereof, in any subsequent proceeding or the trial of this or any other action;

- The right to object on any grounds at any time to a demand for further answers and/or responses to these Discovery Requests or other discovery proceedings involving or relating to the subject matter of a particular Discovery Request and objections set forth herein; and

- The right at any time to revise, correct, supplement, clarify and/or amend the answers, responses and objections set forth herein.

Defendants incorporate the General Objections and Reservation of Rights set forth above into each of the following responses as though the same were set forth at length therein.

### INTERROGATORIES

**INTERROGATORY NO. 1**: Please identify by name, position(s) held and corresponding start and end dates for said position(s), dates of employment with Defendants, department, region, assigned supervisor(s), and rate(s) and method(s) of pay (e.g. hourly rate, salary, etc.) all individuals currently or formerly employed by Defendants as Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator during the Relevant Time Period.

**<u>ANSWER:</u>** Defendants object to this Interrogatory as overly broad and unduly burdensome to the extent it seeks detailed personal information for all current and former employees across various job titles over a multi-year period without appropriate protective safeguards.

Subject to and without waiving these objections, Defendants refer Plaintiff to the Production of Documents for a comprehensive spreadsheet identifying individuals who held the positions of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator during the Relevant Time Period. Defendants further state that while core job functions remained consistent, specific job titles and role nomenclature were periodically updated to reflect evolving operational needs, and the gradual merging of Spartan Race event business with the Tough Mudder event business (which was purchased in an asset sale completed in February 2020).

**INTERROGATORY NO. 2:** Please identify the person(s) — including, inter alia, Defendants' own employees, outside vendors, consultants, law firms, or lawyers, who were involved in Defendants' decision to classify the position of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator as overtime-exempt, including by reviewing the position for purposes of making or approving an initial classification decision, or conducting or approving any subsequent review of said classification decision. For each person you identify, briefly describe his or her role in the decision-making or review process, and identify all documents authored by or on behalf of such persons regarding such decision.

**ANSWER:** Defendants object to this Interrogatory to the extent it seeks information protected by the attorney-client privilege or the work-product doctrine, specifically regarding legal advice obtained for wage-and-hour classification decisions.

Subject to and without waiving these objections, Defendants state that no current employees were involved in the material review and decision process, however, upon information and belief, that the former employees involved in the decision-making process, include but not limited to: Michelle Perry, Mike Morris, Deanna Sheridan, Laura Goodwin, and Dan Yotive.

**INTERROGATORY NO. 3**: Please describe in detail the method by which Putative
Class Members (including those employed in the positions of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator) were compensated during the Relevant Time Period. In your answer, please state: (a) whether Putative Class Members were paid on an hourly, salary, fee, piece rate, or per day basis during the Relevant Time Period; (b) whether this method of compensation remained the same throughout the Relevant Time Period or whether it changed at any point during

the same, and, if so, when the change(s) occurred; and (c) whether this/these method(s) methods of compensation were ever explained to Putative Class Members by Defendants and, if so, when and by whom.

**ANSWER:** Prior to July 1, 2024, individuals in the identified roles were compensated on a salary basis. Effective July 1, 2024, Defendants transitioned certain roles to an hourly compensation model.

This compensation structure was communicated to employees by hiring managers or Human Resources personnel at the time of hire. Regarding the July 1, 2024 transition, employees were notified through written communications and individual discussions with management.

**INTERROGATORY NO. 4:** Identify by name, last known address, and last known telephone number, position, dates of employment or business affiliation with Defendants, and current job status/business affiliation with Defendants all persons with knowledge of the facts and circumstances alleged in Plaintiffs Complaint and/or Defendants' Answer thereto.

**ANSWER:** Defendants object to this Interrogatory as overly broad and unduly burdensome to the extent it requires the identification of every person with any conceivable knowledge of the facts alleged.

Subject to and without waiving these objections, Defendants identify any and all persons named in the responses to these Interrogatories as individuals possessing relevant knowledge.

**INTERROGATORY NO. 5:** Identify all persons answering or providing any information used to respond to Plaintiff's Interrogatories and/or Plaintiff's First Request for Production of Documents, describe the source of such person's knowledge, and specify which Interrogatories and/or Requests for Production such person answered or assisted in answering.

**ANSWER:** Samuel Ratner, in his capacity as General Counsel, assisted in coordinating and providing the information used to respond to Plaintiff's Interrogatories and Requests for Production.

**INTERROGATORY NO. 6:** Identify and describe in detail the method(s), procedure(s), and/or system(s), if any, Defendants utilized during the Relevant Time Period, to track and maintain records of the hours worked by Putative Class

Members, including, but not limited to time spent traveling for Defendants. In your answer, please identify: (a) the date(s) on which each such method, procedure, and/or system was first implemented and, if applicable, any subsequent dates on which it was phased out/terminated and/or re-implemented following prior cessation; (b) identify any time records resulting from the use of any such method, procedure, and/or system which Defendants kept and/or maintained for Plaintiff and all Opt-In Plaintiffs.

**ANSWER:** Subject to and without waiving these objections, Defendants refer Plaintiff to the produced documents regarding company policies for travel time compensation and expense reimbursement; including but not limited to, Travel & Expense policies effective for each year of the Relevant Time Period.

**INTERROGATORY NO. 7:** Please describe in detail the job duties of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator, and any other positions you identify in your Answer to Interrogatory No. 15 below, during the Relevant Time Period, identifying in your Answer any job description(s) utilized by Defendants during the Relevant Time Period either internally or for the purpose of employee recruitment, and/or which Defendants provided to or made available to its employees.

**ANSWER:** Defendants object to this Interrogatory to the extent it seeks exhaustive narrative descriptions that are duplicative of corporate documents. Subject to and without waiving these objections, Defendants refer Plaintiff to the Production of Documents for official job descriptions and related materials.

**INTERROGATORY NO. 8:** Please identify the exemption(s) from overtime for which you contend Plaintiff and Putative Class Members (including those employed in the positions of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator) qualify/qualified during the Relevant Time Period, and describe the factual basis for your contention.

**ANSWER:** Defendants object to this Interrogatory on the grounds that it seeks legal conclusions and premature expert analysis

**INTERROGATORY NO. 9:** Identify and describe the ownership, business, and/or operating relationship(s) between Spartan Race, Inc. and OCR US Holdings, LLC d/b/a Tough Mudder and state which entity, or entities, employed Plaintiff and Putative Class Members during the Relevant Time Period. In your Answer, please identify and describe any contracts, agreements, correspondence, memoranda,

and/or bylaws which memorialize, constitute, or otherwise express said relationship(s).

**ANSWER:**  OCR US Holdings, LLC is a wholly owned subsidiary of Spartan Race, Inc., which serves as the Sole Member and 100% owner of the LLC (pursuant to the entity's Limited Liability Company Agreement). While OCR US Holdings, LLC operated certain Tough Mudder events within the United States for a period of time, Spartan Race, Inc. remained the employer of record for all U.S. employees at all relevant times.

**INTERROGATORY NO. 10**: Please identify and describe in detail Defendants' policy and practice during the Relevant Time Period with respect to paying Putative Class Members (including those employed in the positions of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator) for time spent traveling for work and reimbursing for travel expenses, including, but not limited to Defendants' compensation, expense reimbursement, and/or per diem pay policies.

**ANSWER:**  Defendants object to this Interrogatory to the extent it seeks a narrative response where written policies are the best evidence of their contents. Subject to and without waiving these objections, Defendants refer Plaintiff to the produced policies regarding travel time compensation and expense reimbursement.

**INTERROGATORY NO. 11:** Describe the factual basis for your denial, in paragraph 56 of your Answer to Plaintiff's Complaint that "in the position of Festival Event Staff and/or Branding Leads, Plaintiff and Class Plaintiffs do not have any managerial responsibilities, nor do Plaintiff and Class Plaintiffs have any employees reporting to them to whom they regularly give direction."

**ANSWER:**  Defendants deny the allegation that all identified employees performed identical duties in a manner that can be generalized. Whether an employee exercised managerial duties or directed the work of others is a fact-specific inquiry that must be determined on a case-by-case basis

**INTERROGATORY NO. 12:** Describe the factual basis for your denial, in paragraph 57 of your Answer to Plaintiff's Complaint that "Plaintiff and Class Plaintiffs do not have the authority to hire or fire other employes, nor do they make any suggestions or recommendations regarding hiring or employee status changes to which Defendants give significant weight."

**ANSWER:** Defendants deny the allegation that all employees in the identified groups possessed the same authority regarding personnel decisions. The authority to hire, fire, or make recommendations regarding employment status varied by individual and role and must be evaluated on a case-by-case basis.

**INTERROGATORY NO. 13**: Describe the factual basis for your Fourth Affirmative Defense that "Defendants have at all times relevant to the Complaint made good faith efforts to comply with its obligations under federal, state, and local laws involving wage and hour requirements."

**ANSWER:** Defendants state that they acted in good faith in connection with its compensation practices in that same were designed to be equitable and to provide financial stability to a workforce that operates within a unique, highly seasonal business model.

Prior to July 1, 2024, Defendants compensated the identified staff on a salary basis. This structure ensured that employees received a consistent paycheck every two weeks, regardless of whether they were actively working an event, traveling, or not working at all during the off-season. This model was intended to benefit employees by providing regular income during long periods without events, even when their actual hours worked were limited. This salaried approach allowed Defendants to maintain a dedicated, year-round workforce while ensuring employees did not suffer from the inconsistent, random paychecks that would naturally result from a strictly seasonal event schedule.

Effective July 1, 2024, Defendants transitioned the relevant roles to an hourly compensation model with formal time-tracking (clock-in/clock-out) procedures.

These administrative adjustments, alongside the transition to hourly pay, demonstrate Defendants' ongoing commitment to fair compensation and proactive compliance with evolving regulatory interpretations

**INTERROGATORY NO. 14**: Identify all individuals employed by Defendant(s), by job titles/positions, to whom Giles Chater sent, or caused to be sent, an email substantively in the form attached as Exhibit "A" regarding "Important FLSA Update: Change in Employment Classification," including, but not limited to all such individual who were blind copied on said email.

**ANSWER:  To: or Cc:**

Jeffrey Connor, Daniel Mcdonald, Laura Goodwin, Ian Toof, Dan Welch, Emily Fiorini, Matt Barber, Ashley Buckeye, Scott Brazina, Kaitlin Linderman, Craig Drummond, Aja Varney

**BCC:**
Benjamin Mills, Chris Matcke, Daniel Escorza, Joseph Haas, Jacob Eckert, Jaxon Allard, Nate Lawlor, Dayannah Woody, Henry White, Jason Sadler, Jessica Fitzgerald, Krista Martin, Joseph Crouthamel, Sam Hoffman, Deric Smith, Connor Kriz, Brent Blondun, Timothy O'Brien, Josue Mijares, Anthony D'Anna, Daniel Perkins, Jesse McKay, Timothy Bishop, Maria Hart, Cal McConachie, Sven Sager, Rhett Spinks, Kian Oshea, Steve Mcdonald, Brandon Bundens, Lewis Farrara, Josiah Beasley, Alec Swager, Jonathan Heath, Emerson Reed, Barron Brissette, Jordan Bowser, Mike Campea, Brian Millner, Cassandra Smith, Duff Paules, Loraine Budron, Cameron Noonan, Caleb Rounds, Dax Detzer, Chadwick Ray, Richi Rodriguez, Daniel Willett, Catherine Kurowski, Shannon Bowers-Smith, Joshua Bowman, Conner Cooper, Heather Aaron, Nick Berry, Carter Spearmint, Carris Hoke, Michael Cooper, Jesse Stallings, Michael Weldon, Daniel Rodriguez, Asher Chia, Collin Stewart, Austin Moore, Jackson Flood, Margaret Berume, Dan Beck, Joshua Jones, Pat DuBray, Josh Dubray, Kayleigh Barnes, Trevon Ferguson, Jeffrey Blackerby, Shara Sholar, Conrad Neely, Antonio McMath, Ruth Rothman, Jason Vess, Diana Haas, Cole Abbott

**INTERROGATORY NO. 15:** Identify all positions and job titles which fall within the category of "Full-Time Event Crew" described in subsection 3 ("Working Hours and Overtime") of the "Terms of Employment" section of the Spartan 2024 US Employee Handbook, Last Updated: January 31', 2024, a true and correct copy of which has been attached hereto as Exhibit "B" for reference.

**ANSWER:**
- Kid's Lead
- Festival Lead
- Festival Manager
- Delivery Inventory Manager
- Collateral Lead
- Branding Lead
- Staff Support Manager
- Base Camp Manager
- Build Crew Leader
- Excavator

- Foreman
- Construction Manager
- Course Lead
- Course Manager
- Parking Manager
- Security Manager
- Volunteer Coordinator

**INTERROGATORY NO. 16:** Identify all Spartan Race/Tough Mudder events run by Defendants during the Relevant Time Period including, for each: (a) name of event; (b) location (i.e. city, state, and venue); (c) date(s) the event took place; (d) date(s) Defendants' employees were scheduled to be on site to set up, run, and break down the event; and (e) and the number of individuals employed as Festival Support Staff, Branding Lead, Build Crew, and any other position you identify in your Answer to Interrogatory No. 15 (including number of individuals in each position) who were scheduled to provide assistance with the event in question.

**ANSWER:** Defendants object to this Interrogatory as unduly burdensome. Subject to and without waiving this objection, Defendants refer Plaintiff to the Event Travel Grids and Schedules included in the Production of Documents.

**INTERROGATORY NO. 17:** Describe the factual basis for your Eleventh Affirmative Defense in your Answer to Plaintiff's Complaint that "The Complaint fails to state facts sufficient to state a claim for a Collective or Class Action."

**ANSWER:** Defendants object to this Interrogatory as seeking legal conclusions and premature merits determinations. Defendants state that class or collective treatment is inappropriate because individualized issues regarding job duties, hours worked, and compensation predominate over any common questions. Defendants reserve the right to further support this defense through subsequent briefing and expert testimony

**MARSHALL DENNEHEY, P.C.**

/s/ *Keri L. Morris-Johnston*
Keri L. Morris-Johnston (#4656)
1 Righter Parkway, Suite 301
Wilmington, DE 19803
Telephone: (302) 552-4372
Facsimile:  (302) 552-4340

klmorris@mdwcg.com
*Attorney for Defendants*

LEGAL/174086635.1

# EXHIBIT "H"

**MARSHALL DENNEHEY**

1 Righter Parkway, Suite 301, Wilmington, DE 19803
(302) 552-4300  Fax (302) 552-4340

Direct Dial:  (302) 552-4372
Email:  klmorris@mdwcg.com

March 23, 2026

VIA EMAIL ( mkramer@phillyemploymentlawyer.com)

Mary Kramer, Esquire
Murphy Law Group, LLC
1628 John F. Kennedy Boulevard
Eight Penn Center, Suite 2000
Philadelphia, PA  19103

> RE:   Woody-Stokes, Dayannah v. Spartan Race, Inc. and OCR US Holdings, LLC d/b/a Tough Mudder
>
> | | |
> |---|---|
> | Claim No.: | LBA14327 |
> | Insured: | Spartan Race, Inc. and OCR US Holdings, LLC d/b/a Tough Mudder |
> | Civil Action No.: | 1:25-cv-00267-GBW |
> | Our File No.: | 41216. 00124 |

Dear Mary:

Please accept this correspondence as the response to your notice of alleged discovery deficiencies.

**INTERROGATORY NO. 1**: Please identify by name, position(s) held and corresponding start and end dates for said position(s), dates of employment with Defendants, department, region, assigned supervisor(s), and rate(s) and method(s) of pay (e.g. hourly rate, salary, etc.) all individuals currently or formerly employed by Defendants as Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator during the Relevant Time Period.

**ANSWER:**    Attached are three spreadsheets (and versions converted to PDF) relative to supplementing Interrogatory No. 1:

- Employees 7/1/2024 through Today (Contact Information) see Bates Numbers **D.003976-D.003977**

- Employees 7/1/2024 through Today (Pay Information) see Bates Numbers **D.003962-D.003975**

- Employees Terminated 3/6/2022 to 6/14/2024 -  see Bates Numbers **D.003961**

**INTERROGATORY NO. 2:** Please identify the person(s) — including, inter alia,

Mary Kramer, Esquire
March 23, 2026
Page 2

_____

Defendants' own employees, outside vendors, consultants, law firms, or lawyers, who were involved in Defendants' decision to classify the position of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator as overtime-exempt, including by reviewing the position for purposes of making or approving an initial classification decision, or conducting or approving any subsequent review of said classification decision. For each person you identify, briefly describe his or her role in the decision-making or review process, and identify all documents authored by or on behalf of such persons regarding such decision.

**ANSWER:**

- Michelle Perry (former VP of Human Resources)
- Mike Morris (former VP of Production)
- Deanna Sheridan (former General Counsel)
- Laura Goodwin (former Sr. Director of Teams)
- Dan Yotive (former Sr. Director of Race Operations)

**INTERROGATORY NO. 4:** Identify by name, last known address, and last known telephone number, position, dates of employment or business affiliation with Defendants, and current job status/business affiliation with Defendants all persons with knowledge of the facts and circumstances alleged in Plaintiffs Complaint and/or Defendants' Answer thereto.

**ANSWER:** In addition to the below list of current and former employees - Persons of Knowledge would include all of the Employees identified in supplemental document production.

- Giles Chater (Chief Operating Officer)
- Jeffrey Connor (President)
- Daniel Mcdonald (Chief of Staff)
- Laura Goodwin (former VP of Production)
- Ian Toof (VP of Production)
- Dan Welch (Director of Build Logistics & Operations)
- Emily Fiorini (former Festival Direcor)
- Matt Barber (former of Senior Manager, Build Operation)
- Ashley Buckeye (Manager, Procurement)
- Kaitlin Linderman (former Logistics Manager)
- Craig Drummond (former Operations Manager)
- Aja Varney (Sr. Director, Participant Services)
- Samuel Ratner (General Counsel)
- Michelle Perry (former VP of Human Resources)
- Mike Morris (former VP of Production)
- Deanna Sheridan (former General Counsel)
- Laura Goodwin (former Sr. Director of Teams)
- Dan Yotive (former Sr. Director of Race Operations)

Mary Kramer, Esquire
March 23, 2026
Page 3

---

**INTERROGATORY NO. 6:** Identify and describe in detail the method(s), procedure(s), and/or system(s), if any, Defendants utilized during the Relevant Time Period, to track and maintain records of the hours worked by Putative Class Members, including, but not limited to time spent traveling for Defendants. In your answer, please identify: (a) the date(s) on which each such method, procedure, and/or system was first implemented and, if applicable, any subsequent dates on which it was phased out/terminated and/or re-implemented following prior cessation; (b) identify any time records resulting from the use of any such method, procedure, and/or system which Defendants kept and/or maintained for Plaintiff and all Opt-In Plaintiffs.

**ANSWER:** See summary of timekeeping below. Also see Bates Numbers **D. 000982 - D. 001022** for details

- **Timekeeping Systems and Implementation**
  Beginning on **July 1, 2024**, Defendants standardized the use of the Paylocity Mobile App for all clock-in and clock-out procedures for onsite Event Crew members.

- **Timekeeping Methods (Employee Workflow)**
  Onsite employees are instructed to record their time using the following procedures via the Paylocity Mobile App:
  - **Clocking In:** Employees must log into the app and select "Clock In + Transfer" for all initial punches.
  - **Cost Center and Job Selection:** For every punch, employees are required to select the specific event they are working at from the "Jobs" section of the app. This ensures that time is accurately allocated to a specific event (e.g., "081024NJ New Jersey" or "072024UT Utah Trifecta").
  - **California Residents:** Non-California residents working an event within California are specifically required to manually adjust the "State" section to "CA - California" to ensure compliance with local labor requirements.
  - **Meal Periods:** Employees must clock out for a minimum of **30 minutes** for lunch breaks.
  - **End of Shift:** Employees must log into the app and select "Clock Out" at the conclusion of their work day.

**Maintenance of Records**

The Paylocity system generates several types of verified records for the Named Plaintiff and each Opt-In Plaintiff, including:

1. **Punch Activity Reports:** A chronological audit trail of every "Clock In," "Clock Out," and "Transfer" event, including time stamps and assigned job codes.
2. **Pay Stubs (Earnings Statements):** Detailed bi-weekly summaries reflecting total hours worked, rates of pay, and gross earnings.
3. **Timesheets:** Aggregated weekly and bi-weekly summaries used by managers to approve hours before payroll processing

**INTERROGATORY NO. 7:** Please describe in detail the job duties of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator, and any other positions you identify in your Answer to Interrogatory No. 15 below, during the Relevant Time Period, identifying in your Answer any job description(s)

Mary Kramer, Esquire
March 23, 2026
Page 4

_____

utilized by Defendants during the Relevant Time Period either internally or for the purpose of employee recruitment, and/or which Defendants provided to or made available to its employees.

**ANSWER:** See summary Job Descriptions below. Also see Bates Numbers **D. 000719 - D. 000791**

- **Logistics Manager**: This role is responsible for the comprehensive oversight of transportation, warehousing, and asset movement between events. Key duties include consulting with other departments to coordinate operational efficiencies, managing third-party logistics (3PL) relationships to ensure cost-effective shipping, and tracking the lifecycle and maintenance of the trailer fleet. The manager also documents all shipping requests, coordinates the purchase of new assets, and monitors legal requirements like license plate renewals and DOT inspections.

- **Collateral Lead**: This position focuses on the management and distribution of all event collateral to ensure a positive racer experience. Primary responsibilities include counting inventory, securing items against weather, and supervising the distribution of materials on race day. Post-race, the lead is responsible for accurate inventory reporting, packing materials, and updating digital records.

- **Construction Manager Lead**: This leadership role involves planning and reconciling all construction-related resources, including labor, equipment, and materials, for event production. The lead identifies logistics needs based on event designs, sources and negotiates with local vendors for excavation and water solutions, and manages the project budget. Additionally, they oversee the training of other managers, ensure obstacles meet safety and building code standards, and maintain the daily build schedule and task list.

- **Festival Lead**: This role serves as an assistant to the Festival Manager, supervising the setup, organization, and distribution of all festival-related materials. Duties include marking out the festival design (such as tents and fence lines), transporting zone supplies using machinery, and managing volunteers to ensure efficient completion of the layout. The lead also oversees the teardown process, ensuring equipment is cleaned, packed into crates, and reloaded into trailers according to a load plan.

- **Base Camp Manager**: This position manages the central operational hub for an event, handling all shipping, receiving, and equipment maintenance. Responsibilities include unloading trucks, fulfilling service requests for the build crew, and keeping the base camp workshop stocked with essential tools. The manager also tracks merchandise distribution, maintains machinery functionality, and coordinates outgoing LTL shipments with the procurement department.

- **Branding and Sponsorship Lead**: This individual is primarily responsible for executing the festival design through the installation of all race and sponsor-specific branding. They work closely with the sponsorship team to ensure activations are executed according to standard procedures and manage support staff during the setup and teardown of branded zones. The lead also maintains a detailed inventory of all branding assets and manages the loading of these items into the festival trailer.

- **Build Foreman**: Reporting to the Build Director, this role oversees multiple crews in the construction and execution of the obstacle course. The foreman allocates labor and equipment to ensure the job is finished on schedule, trains staff on the safe use of construction tools, and maintains quality control for all structures. They are also responsible for the inventory and loading of items from base camp into trailers for the next event.

- **Course Manager/Marker**: This specialist is responsible for hanging course markings and ensuring the race path adheres to safety and design guidelines. Working with minimal oversight, they mark the course using tape and directional arrows, leveraging terrain to enhance the racer experience. They also manage

Mary Kramer, Esquire
March 23, 2026
Page 5

_____

course operations personnel, such as pre-runners and sweepers, and proactively address any course issues that arise on race day.

- **Delivery and Inventory Manager (DIM)**: The DIM manages the tracking of goods and services onsite to increase productivity and reduce waste. Core duties include maintaining the onsite storage structure, tracking all event deliveries for discrepancies, and managing the Event Delivery Document (EDD). They also log serial numbers for heavy equipment, trend product usage for future planning, and coordinate post-event shipments with procurement.
- **Festival Manager**: This leadership position oversees the on-site planning and management of all festival resources and logistics. The manager ensures festival designs follow company standards, develops processes for smooth execution, and serves as the primary point of contact for festival staff. They also work with the Race Director to secure local labor and assist the Volunteer Coordinator in managing race-day support teams.
- **Kids Race Lead**: This lead is responsible for the successful execution of the Spartan Kids event, ensuring it is built within budget and meets safety standards. Duties include securing permits, designing the course, and providing onsite leadership during the build and race cycles. They also manage the setup and teardown of the Kids zone, including branding and stenciling, and coordinate volunteer allocation on race day.
- **Parking Manager**: Based out of headquarters but working onsite during events, this manager plans and executes the complete parking and traffic plan. They recruit and hire parking staff, secure permits for road closures, and manage the placement of directional signage and rented items like portable toilets and light towers. The manager also coordinates with local police for traffic control and oversees the remediation of environmental damage to the parking areas.
- **Branding Manager**: This role focuses on the organization and distribution of all festival and course-related branding materials, such as blades, banners, and photo walls. Key tasks include unloading the branding contents of the festival trailer, preparing on-course branding before obstacles are deployed, and creating zone-specific fence lines. At the conclusion of the event, the manager cleans, organizes, and inventories all branding assets for the next race.
- **Lead, Festival (Alternate Format)**: This role functions at the forefront of overseeing the setup, management, and breakdown of festival areas. Responsibilities include gathering inventory for tents, coordinating the layout of activations and fence lines with the Race Director, and supervising the assembly of all Spartan-owned tents. On race day, the lead manages volunteer switchovers, checks power sources, and directs volunteers to areas of need.
- **Leader, Build Crew**: As the backbone of event construction, this crew leader turns blueprints into reality by assembling epic obstacles. They work alongside local labor and volunteers, providing guidance and education on the assembly process while operating heavy machinery to load or unload trailers. The leader is tasked with solving problems on the fly to keep projects on schedule and ensuring all obstacles meet strict Spartan specifications.
- **Lead, Branding (Alternate Format)**: This role oversees the distribution of festival branding, such as barrier jackets and banners, while ensuring strict adherence to build timelines. The lead reviews sponsorship documentation to ensure the correct number of branded items are allocated to specific areas and operates machinery to move product around the venue. They also take a lead role in training volunteers to assist with the deployment and teardown of branded zones.
- **Excavator**: Reporting to the Construction Manager, this specialist operates heavy machinery for excavation, grading, and earth-moving activities. Duties include preparing event course sites according to design plans, performing routine maintenance and inspections on equipment, and assisting with site

Mary Kramer, Esquire
March 23, 2026
Page 6

_____

cleanup. They work closely with construction crews and contractors to ensure efficient site preparation and address unexpected terrain challenges during the project.

- **Staff, Festival Event**: These staff members support the smooth operation of festival areas by assisting with the setup and teardown of equipment, signage, and branding. They provide information and customer service to participants, monitor areas for safety compliance, and support activities like games and sponsor activations. Additionally, they assist with registration, maintain the cleanliness of the venue, and collaborate with security teams to respond to incidents.

**INTERROGATORY NO. 8:** Please identify the exemption(s) from overtime for which you contend Plaintiff and Putative Class Members (including those employed in the positions of Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator) qualify/qualified during the Relevant Time Period, and describe the factual basis for your contention.

**ANSWER:**    Exemption not applicable

**INTERROGATORY NO. 16:** Identify all Spartan Race/Tough Mudder events run by Defendants during the Relevant Time Period including, for each: (a) name of event; (b) location (i.e. city, state, and venue); (c) date(s) the event took place; (d) date(s) Defendants' employees were scheduled to be on site to set up, run, and break down the event; and (e) and the number of individuals employed as Festival Support Staff, Branding Lead, Build Crew, and any other position you identify in your Answer to Interrogatory No. 15 (including number of individuals in each position) who were scheduled to provide assistance with the event in question.

**ANSWER:**    See Bates Stamped production **D. 000018 - D. 000718**

**REQUEST NO. 1:** Payroll and time records, preferably in MS Excel format, reflecting the daily and weekly hours worked by Plaintiff and all Opt-In Plaintiffs (including, but not limited to Caleb McConachie, Chadwick Ray, Jesse Wayln McKay, Kian O'Shea, and Yancarlo Torres).

**RESPONSE:** See produced Supplemental Document Production Bate Stamped **D.001126 – D.003977** for records for the Plaintiff and each of the "Opt-In Plaintiffs"

**REQUEST NO. 2:** Copies of all pay stubs provided to Plaintiff and all Opt-In Plaintiffs (including, but not limited to Caleb McConachie, Chadwick Ray, Jesse Wayln McKay, Kian O'Shea, and Yancarlo Torres) during the Relevant Time Period.

**RESPONSE:** See produced Supplemental Document Production Bate Stamped **D.001126 – D.003977** for records for the Plaintiff and each of the "Opt-In Plaintiffs"

Mary Kramer, Esquire
March 23, 2026
Page 7

_____

**REQUEST NO. 3:** Copies of all work schedules/event assignments for Plaintiff and all Opt-In Plaintiffs (including, but not limited to Caleb McConachie, Chadwick Ray, Jesse Wayln McKay, Kian O'Shea, and Yancarlo Torres) during the Relevant Time Period.

- See Bate Stamped production **D.000018 - D.000718**

- See produced Supplemental Document Production Bate Stamped **D.001126 – D.003977** for Time Records for Plaintiff and Opt-In Plaintiffs

**REQUEST NO. 11:** Any and all documents, including, but not limited to, state and/or federal statutes, regulations, agency opinions, or case law which Defendants consulted, prior to the initiation of this lawsuit, in determining the eligibility of its Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator, or any other position you identify in your Answers to Plaintiff's Interrogatory Nos. 14 and/or 15, for overtime compensation under the FLSA or any other state or local law governing the payment of overtime compensation.

- No records to produce

**REQUEST NO. 12**: Any and all documents received from a party not involved in this lawsuit, including documents received via the use of a subpoena.

- No records have been subpoenaed or gathered from third-parties

**REQUEST NO. 17:** All records, including but not limited to payroll and time records, preferably in native and/or MS Excel format, reflecting the daily and weekly hours worked by and/or paid to a statistically randomized sample of twenty-five percent (25%) of Defendants' Festival Event Staff, Branding Lead, Build Crew, Festival Crew, and Excavator, or any other position you identify in your Answers to Plaintiff's Interrogatory Nos. 14 and/or 15, apart from Plaintiff, during the Relevant Time Period.

Request 17 – - records for a random 25% sample of staff – since Defendant does not have data from before July 1, 2024, the sample is of employees with the company as of July 1, 2024 - (no employees terminated prior to that date).

If you have any questions, please let me know.

Very truly yours,

Keri L. Morris-Johnston

:klm

Mary Kramer, Esquire
March 23, 2026
Page 8

———————————————————————

cc:     Sam Ratner, Defendant

# EXHIBIT "I"

# The 2024 Spartan Race Schedule: Dates, Details, Venues, and More

BY KELSEY WYNN ·



**PRESENTED BY SPARTAN TRAINING®**

*There's no better time than right now to pick your date and commit to something hard. The 2024 Spartan race schedule is PACKED with epic events, making it easy to <u>find your race</u>, start your training, and plan your Trifecta journey.*

The past few years have brought rapid and progressive changes to the sport of obstacle course racing. From old rivals Tough Mudder and Spartan becoming one House of Hard to OCR becoming primed for the Olympics, Age Groupers and Elites now committing to one fast-and-furious course, harder obstacles, and more, the year 2024 will be bringing even more exciting, challenging events to the world stage.

Here's everything you need to know – plus how to register – for every U.S. race on the 2024 Spartan race schedule.

Related: **Every Trifecta Weekend on the 2024 Spartan Race Schedule**

# The 2024 Spartan Race Schedule

### January 27-28

**2024 SoCal Spartan Trifecta Event Weekend** – Sprint, Super, Beast, Kids

### February 17-18

**2024 Arizona Spartan Event Weekend** – Sprint, Super, Kids, **10K Trail**

### February 24-25

**2024 Jacksonville Spartan Event Weekend** – Sprint, Super, Kids, **10K Trail**

**2024 Dodger Stadium Spartan Stadion Weekend** – Stadion 5K, Kids

### March 9-10

**2024 Houston Spartan Trifecta Weekend** – Sprint, Super, Beast, Kids

### March 16-17

**2024 Atlanta Spartan Trifecta Weekend** – Sprint, Super, Beast, Kids, **10K Trail**

**2024 Las Vegas Spartan Event Weekend** – Sprint, Super, Kids

### March 30-31

**2024 San Jose Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**April 6-7**

**2024 Charlotte Spartan Event Weekend** – Sprint, Super, Kids, 4-Hour Hurricane Heat

**April 13-14**

**2024 San Diego Spartan Event Weekend** – Sprint, Super, Kids

**April 19-21**

**2024 Palm Beaches Spartan Event Weekend** – Sprint, Kids, 4- and 12-Hour Hurricane Heats

**April 27-28**

**2024 Tri-State New Jersey Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**May 4-5**

**2024 Fayetteville Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**May 17-19**

**Austin Spartan Event Weekend** – Sprint, Super, Kids, 4-Hour Hurricane Heats, **10K Trail**

**Raymond James Spartan Stadion Weekend** – Stadion 5K, Kids

**2024 Big Bear Spartan Trifecta Weekend** – Sprint, Super, Kids, 4- and 12-Hour Hurricane Heats, **10K Trail**

**June 1-2**

**2024 Montana Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**2024 Monterey Spartan Event Weekend** – Sprint, Super, Kids, 10K/21K/50K Trail

**June 8-9**

**2024 Cincinnati Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**2024 Tri-State New York Event Weekend** – Sprint, Super, Kids

**June 15-16**

**2024 Colorado Springs Spartan Trifecta Event Weekend** – Sprint, Super, Beast, Ultra, Kids

**June 22**

**2024 Citi Field Spartan Stadion Weekend** – Stadion 5K, Kids

**July 13-14**

**2024 Poconos Spartan Event Weekend** – Sprint, Super, Kids, 10K Trail

**2024 Michigan Spartan Event Weekend** – Sprint, Super, Kids

**July 20-21**

**2024 Utah Spartan Trifecta Weekend** – Sprint, Super, Beast, Kids, 10K Trail

**August 3-4**

**2024 Asheville Spartan Event Weekend** – Sprint, Super, Kids

**August 10-11**

## 2024 Tri-State New Jersey Spartan Super 10K And Sprint 5K Weekend – Sprint, Super, Kids

### August 17-18

## 2024 New England Spartan Event Weekend – Sprint, Super, Kids, 4-Hour Hurricane Heat

## 2024 Hawaii Spartan Trifecta Event Weekend – Sprint, Super, Beast, Ultra, Kids

### August 24-25

## 2024 West Virginia Spartan Trifecta Weekend – Sprint, Super, Beast, Kids, 10K/21K Trail

## 2024 Temecula Spartan Event Weekend – Sprint, Super, Kids

### September 14-15

## 2024 Washington D.C. Spartan Event Weekend – Sprint, Super, Kids

## 2024 Vermont Spartan Event Weekend – Sprint, Beast, Ultra, Kids

## 2024 Seattle Spartan Trifecta Weekend – Sprint, Super, Beast, Kids

### September 21-22

## 2024 Orange County Stadium Spartan Stadion Weekend – Stadion 5K, Kids

### October 5-6

## 2024 Nashville Spartan Event Weekend – Sprint, Super, Kids, 4-Hour Hurricane Heat

### October 19-20

## 2024 Dallas Spartan Trifecta Weekend – Sprint, Super, Beast, Ultra, Kids

**November 2-3**

## 2024 Central California Spartan Trifecta Weekend – Sprint, Super, Beast, Ultra, Kids, 10K/21K/50K Trail

**November 9-10**

## 2024 Boston Stadium Spartan Stadion Weekend – Stadion 5K, Kids

**November 16-17**

## 2024 South Carolina Spartan Event Weekend – Sprint, Super, Beast, Ultra, Kids

## 2024 NorCal Spartan Event Weekend – Sprint, Super, Kids

**November 23-24**

## 2024 Phoenix Spartan Trifecta Weekend – Sprint, Super, Beast, Kids

**December 7-8**

## 2024 Central Florida Spartan Trifecta Weekend – Sprint, Super, Beast, Kids



2024 SCHEDULE   FIND YOUR RACE   RACE



TOUGH MUDDER    SPARTAN TRAIL    DEKA    EXTREME ENDURANCE    OCRWC    LA RUTA    M20    HIGHLAND

RACE    PASSES    TRAIN    SHOP    **FIND A RACE**

**Buy More**
Purchase your event and a friends, and

SPORT · 4 MIN READ

# The 2025 Spartan Race Schedule: Dates, Details, Venues, and More

 BY THE SPARTAN EDITORS

Case 1:25-cv-00267-GBW    Document 38-1    Filed 05/01/26    Page 77 of 146 PageID #: 217

There's no better time than right now to pick your date and commit to something hard. The 2025 Spartan race schedule is PACKED with epic events, making it easy to find your race, start your training, and plan your Trifecta journey.

The past few years have brought rapid and progressive changes to the sport of obstacle course racing. Not only are start lines absolutely packed to pre-pandemic levels for the first time in a long time, but old rivals Tough Mudder and Spartan are still rocking as one House of Hard, harder obstacles are consistently being refined, and the year 2025 will be bringing even more exciting, challenging events to the world stage.

Here's everything you need to know – plus how to register – for every U.S. race on the 2025 Spartan race schedule. This page will be updated as registration opens for more events later in the year, so keep this article on hand!

## The 2025 Spartan Race Schedule

**January 25-26, 2025**

[2025 SoCal Spartan Trifecta Event Weekend](#) – **Sprint, Super, Beast, Kids**

February 15-16, 2025

## [2025 Arizona Spartan Event Weekend](#) – Sprint, Super, Kids, [Trail 10K](#)

March 1-2, 2025

## [2025 Jacksonville Spartan Event Weekend](#) – Sprint, Super, Kids, [Trail 10K and 21K](#)

March 8-9, 2025

## [2025 Houston Spartan Trifecta Weekend](#) – Sprint, Super, Beast, Kids

March 15-16, 2025

## [2025 Atlanta Spartan Trifecta Weekend](#) – Sprint, Super, Beast, Kids, [Trail 10K](#)

**2025 Las Vegas Spartan Event Weekend** – Sprint, Super, Kids

March 29-30, 2025

**2025 Palm Beaches Spartan Weekend** – Sprint, Kids, HH

April 5-6, 2025

**2025 San Jose Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**2025 Los Angeles Stadion Spartan Weekend** – Stadion, Kids

**2025 Charlotte Spartan Event Weekend** – Sprint, Super, Kids

April 12-13, 2025

**2025 San Diego Spartan Event Weekend** – Sprint, Super, Kids

April 26-27, 2025

## 2025 Tri-State New Jersey Spartan Trifecta Weekend – Sprint, Super, Beast, Ultra, Kids

May 3-4, 2025

## 2025 Fayetteville Spartan Trifecta Weekend – Sprint, Super, Beast, Ultra, Kids

## 2025 Seattle North Spartan Event Weekend – Sprint, Super Kids

May 10, 2025

## 2025 Raymond James Spartan Stadion Weekend – Stadion, Kids

May 17-18, 2025

## 2025 Austin Spartan Event Weekend – Sprint, Super, Kids

Case 1:25-cv-00267-GBW    Document 38-1    Filed 05/01/26    Page 81 of 146 PageID #:
221

**2025 Big Bear Spartan Trifecta Weekend** – Sprint, Super, Beast, Kids

**2025 Ohio Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

May 31-June 1, 2025

**2025 Monterey Spartan Event Weekend** – Sprint, Super, Kids, **Trail 10K and 21K**

**2025 Colorado Springs Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

June 7-8, 2025

**2025 Tri-State New York Event Weekend** – Sprint, Super, Kids

**2025 Cincinnati Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

June 21-22, 2025

## [2025 Montana Trifecta Weekend](#) – Sprint, Super, Beast, Ultra, Kids

July 4-6, 2025

## [2025 Morzine Ultra World Championship Weekend](#) – Sprint, Super, Beast, Ultra, Kids, HH

July 12-13, 2025

## [2025 Poconos Spartan Event Weekend](#) – Sprint, Super, Kids, [Trail 10K](#)

## [2025 Utah Spartan Trifecta Weekend](#) – Sprint, Super, Beast, Kids

July 19-20, 2025

## [2025 Michigan Spartan Event Weekend](#) – Sprint, Super, Kids

August 2-3, 2025

**2025 Asheville Spartan Event Weekend** – Sprint, Super, Kids

August 9-10, 2025

**2025 Boise Spartan Trifecta Weekend** – Sprint, Super, Beast, Kids, HH

August 16-17, 2025

**2025 Hawaii Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**2025 New England Spartan Event Weekend** – Sprint, Super, Kids

September 5-7, 2025

**2025 West Virginia Spartan Trifecta Weekend** – Sprint, Super, Beast, Kids

Case 1:25-cv-00267-GBW    Document 38-1    Filed 05/01/26    Page 84 of 146 PageID #: 224

September 13-14, 2025

**2025 Vermont Spartan Event Weekend** – Sprint, Beast, Ultra, Kids

**2025 Seattle Spartan Pan American Championship/Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

September 20-21, 2025

**2025 Midwest Spartan Event Weekend** – Sprint, Super, Beast, Kids

**2025 Orange County Spartan Stadion Weekend** – Stadion, Kids

September 26-27, 2025

**2025 Temecula Spartan Event Weekend** – Sprint, Super, Kids, HH

October 4-5, 2025

Case 1:25-cv-00267-GBW     Document 38-1     Filed 05/01/26     Page 85 of 146 PageID #: 225

**2025 Nashville Spartan Event Weekend** – Sprint, Super, Kids, HH

**2025 Mammoth Super World Championship Event Weekend** – Sprint, Super, Beast, Kids

October 18-19, 2025

**2025 Dallas Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

**2025 Tri-State New York Spartan Event Weekend** – Sprint, Super, Kids

October 25-26, 2025

**2025 Virginia Spartan Event Weekend** – Sprint, Super, Kids

November 8-9, 2025

**2025 Fenway Spartan Stadion Weekend** – Stadion, Kids

Case 1:25-cv-00267-GBW       Document 38-1    Filed 05/01/26    Page 86 of 146 PageID #:
226

**2025 Orlando Spartan Event Weekend** – Sprint, Kids

**2025 SLO CAL Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

November 15-16, 2025

**2025 Carolinas Spartan Trifecta Weekend** – Sprint, Super, Beast, Ultra, Kids

November 22-23, 2025

**2025 Phoenix Spartan Event Weekend** – Sprint, Super, Beast, Kids

**2025 San Antonio Spartan Event Weekend** – Sprint, Super, Kids

December 13-14, 2025

**2025 Central Florida Spartan Event Weekend** – Sprint, Super, Beast, Kids

## SHARE THIS ARTICLE



RACE    RACECATION



**The Spartan Editors** We're building a better world by empowering people to eat, think, and live like a Spartan. Join us.

# RELATED STORIES

SPORT • 4 MIN READ

# The 2026 Spartan Race Schedule: Dates, Details, Venues, and More

 BY THE SPARTAN EDITORS





The 2026 Spartan Race schedule is stacked with epic venues, rugged terrain, and the toughest challenges yet — making it easier than ever to choose your race, train with purpose, and conquor your fitness goals.

Case 1:25-cv-00267-GBW Document 38-1 Filed 05/01/26 Page 89 of 146 PageID #: 229

Spartan continues to evolve, pushing the boundaries of what obstacle course racing can be. With upgraded obstacles, high-impact endurance formats, and race weekends designed to test both body and mind, the 2026 season is built to ignite your competitive fire — whether you're aiming for your first Sprint or your tenth Ultra.

From iconic mountain courses to fast and flat destinations, this year's calendar delivers something for every level of athlete.



*Spartan Racer leaping over the Fire Jump at Houston OCR venue*

Below is everything you need to know — and how to register — for every U.S. race on the 2026 Spartan Race schedule. New events will be added throughout the year, so check back often and start planning your season of hard.

## The 2026 Spartan Race Schedule

**Jan 16 - 17, 2026**

**2026 Vermont Spartan Winter 24 Hour Hurricane Heat** – HH24

**Jan 24 - 25, 2026**

**2026 SoCal Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast, Kids 1-3K

**Feb 14 - 15, 2026**

**2026 Arizona Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**Feb 21, 2026**

**LA Stadion Spartan Event Weekend** – Stadion 5K

**Feb 28 - Mar 01, 2026**

**2026 Jacksonville Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**Mar 14 - 15 2026**

**2026 NYC Stadion Spartan Event Weekend** – Stadion 5K

**2026 Atlanta Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast, Kids 1-3K

**2026 Houston Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**Mar 28 - 29, 2026**

**2026 Palm Beaches Spartan Event Weekend** – Sprint 5K, HH12, HH4, Kids 1-3K

**Apr 04 - 05, 2026**

**2026 Charlotte Spartan Event Weekend** – Sprint 5K, Super 10K, HH12, HH4, Kids 1-3K

**2026 San Jose Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**Apr 18 - 19, 2026**

**2026 San Diego Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**Apr 25 - 26, 2026**

**2026 Tri-State New Jersey Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**May 02 - 03, 2026**

**2026 Tampa Bay Stadion** – 5K

**2026 Fayetteville Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**2026 Seattle North Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**May 09 - 10, 2026**

**2026 Montana Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**May 16 - 17, 2026**

**2026 Cleveland Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**2026 Austin Spartan Event Weekend** – Sprint 5K, Super 10K, HH12, HH4, Kids 1-3K

**2026 Big Bear Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

## Stay Connected with <span style="color:red">one Click</span>

Get important race updates, weekly workouts, exclusive discounts & more.

Enter your email

**SUBSCRIBE**

**May 30 - 31, 2026**

**2026 Colorado Springs Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**2026 Monterey Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**Jun 06 - 07, 2026**

**2026 Cincinnati Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**2026 Tri-State New York Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**Jun 27 - 28, 2026**

**2026 New England Spartan Race** – Sprint 5K, Super 10K, Kids 1-3K, HH4

**Jul 11 - 12, 2026**

**2026 Poconos Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**2026 Utah Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**Jul 18 - 19, 2026**

**2026 Michigan Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K



**August 1 - 2, 2026**

Case 1:25-cv-00267-GBW Document 38-1 Filed 05/01/26 Page 94 of 146 PageID #: 234

**2026 Asheville Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**August 8 - 9, 2026**

**2026 Boise Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**August 15 - 16, 2026**

**2026 Hawaii Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**August 29 - 30, 2026**

**2026 NorCal Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**2026 West Virginia Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**2026 Philly Stadion** – Stadion 5K, Kids 1-3K

**September 12, 2026**

**2026 Los Angeles Angel Stadion Weekend**– Stadion 5K, Kids 1-3K

**September 19 - 20, 2026**

**2026 Vermont Spartan Event Weekend** – Sprint 5K, Beast 21K, Ultra 50K, Kids 1-3K

**2026 Seattle Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**September 26 - 27, 2026**

**2026 Midwest Spartan Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**2026 Temecula Spartan Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**October 3 - 4, 2026**

**2026 Las Vegas Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**2026 Nashville Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K, HH4

**October 10, 2026**

**2026 Orlando Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K, HH4

**October 17 - 18, 2026**

**2026 Dallas Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**October 24 - 25, 2026**

**2026 Virginia Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**October 31 - Nov 1, 2026**

**2026 Central California Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**2026 Tri-State New York Event Weekend** – Sprint 5K, Super 10K, Kids 1-3K

**November 7 - 8, 2026**

**2026 Boston Fenway Stadion Weekend** – Stadion 5K, Kids 1-3K

**November 21 - 22, 2026**

**2026 Phoenix Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**2026 San Antonio Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

**2026 Carolinas Trifecta Weekend** – Sprint 5K, Super 10K, Beast 21K, Ultra 50K, Kids 1-3K

**December 18 - 19, 2026**

**2026 Central Florida Event Weekend** – Sprint 5K, Super 10K, Beast 21K, Kids 1-3K

2026 San Diego Stadion – Event Details TBD

# EXHIBIT "J"

# Travel Grid - 112225TXSR SAN ANTONIO

| Event Specific Info | |
|---|---|
| Race Code | 112225TXSR |
| Race CUS | CUS1978-7 |
| Race Name | SAN ANTONIO |
| Venue Name / Address | Sandy Oaks Ranch<br>1480 I-35<br>Devine, TX 78016 |
| Product / Brand | OCR |
| Longest Race Type | Super |
| Event / Race Start Date | 11/22/2025 |
| Event / Race End Date | 11/23/2025 |
| # of event days | 2 |
| Travel Grid LOCK DATE | 8/29/2025 |
| Travel Release Date | 10/6/2025 |
| Travel Booking Deadline | 10/22/2025 |
| First Full Load-In Day Onsite | 11/14/2025 |
| Last Full Load-Out Day Onsite | 11/25/2025 |
| Site Visit to happen / already happened? | false |
| Airport | SAT |

| Per Diem / Mileage / Flight Assumptions | |
|---|---|
| IRS Mileage Rate | $0.7 |
| Breakfast Per Diem | |
| Dinner Per Diem | $20 |
| Travel Day Per Diem | $35 |
| In Market Stay Per Diem | $35 |

D. 000202

| Travel Grid | | | | | | | |
|---|---|---|---|---|---|---|---|
| Position | Arrival Date | First Day Onsite | Last Day Onsite | Departure Date | Total Days Onsite | Race Days Onsite | Build Week Days Onsite |
| Race Operations - Branding Lead | 11/12/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/12/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/12/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/12/25 | 11/15/25 | 11/17/25 | 11/17/25 | 3 | | 3 |
| Race Operations - Crew Leader | 11/12/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/14/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/14/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/14/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/14/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Crew Leader | 11/14/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |
| Race Operations - Festival Lead | 11/12/25 | 11/14/25 | 11/25/25 | 11/26/25 | 12 | 2 | 10 |
| Race Operations - Festival Manager | 11/13/25 | 11/14/25 | 11/25/25 | 11/26/25 | 12 | 2 | 10 |
| Race Operations - Festival Support | 11/16/25 | 11/17/25 | 11/25/25 | 11/26/25 | 9 | 2 | 7 |
| Race Operations - Kids Lead / Festival Support | 11/12/25 | 11/15/25 | 11/25/25 | 11/26/25 | 11 | 2 | 9 |

D. 000203

# EXHIBIT "K"



**Pay Calculator** Inbox

**People Ops** 5:02 PM
to me, People

Dear Dayannah,

With the DOL update coming into effect on July 1st, we moved as quickly as we were able to bring changes in the best interest of both our team and the business. We set out to build an updated structure that rewarded the team, incentivized retention and protected critical benefits. We believe we have achieved this and hope you can see that reflected in the attached pay forecasts.

This rapid effort has not been without missteps however, particularly with our communication, for which I apologize. The initial communications (email, FAQ's, meeting) were based on our initial model - what we believed was the best way to package this for the team. We've been hearing from multiple stakeholders as we've built this out, including feedback and questions from those directly affected, and as a result have settled on a better way to package this together.

**Increased Hourly Rates**
The hourly rates we shared with you were adjusted up from the original plan, to ensure that you reached the desired total pay outcome without needing to rely on

desired total pay outcome without needing to rely on accrued PTO or company holidays. This will provide a more favorable outcome for yourselves, because of how the higher hourly rates scale with hours worked and overtime.

**Simplified Policies**
Increasing the rates as we did, allowed us to keep consistent policies between new and existing hourly team members, reduce complexity and remove additional admin from yourselves and your managers.

For the avoidance of doubt, we will not be offering you any PTO or Holiday Pay, as initially communicated, and have instead integrated that value directly into your hourly rates.

We will continue to offer paid travel, in accordance with our existing (Hourly) Travel Policy, which includes paid travel days for inbound and outbound travel, capped at a maximum of 8 hours. We will not be offering paid travel to and from site.

**Medical Benefits**
Health Care benefits remain unchanged - everyone currently eligible remains eligible for the remainder of 2024. Anyone who averaged more than 20 hours worked per week through 2024 will be eligible for 2025.

**Pay Forecast**
We have forecasted how these changes impact you in the attached document. These forecasts are based on your existing schedule and average hours worked. They do not include meetings, which will be added on top of these calculations based on actual attendance.

The bottom line - those who continue to work with us into



The bottom line - those who continue to work with us into the future should be better off as a result of this reimagining.

**Follow Up**
We understand that there may continue to be questions during this transition period.
- Updated FAQs can be found via this link. These have been materially simplified.
- There is an optional drop-in session with Giles, which you're welcome to join if you have further questions
    - Wednesday, July 24 · 1:00 – 2:00pm EST
    - **Google Meet joining info**
    - Video call link: https://meet.google.com/nrr-bfxh-szv
    - Or dial: (US) +1 803-999-3553 PIN: 206 981 824#
    - More phone numbers: https://tel.meet/nrr-bfxh-szv?pin=6819927423352
- If you have any questions about your specific situation or the pay calculator/ forecasts, please contact the People Operations team directly.

I want to thank you again for your patience and understanding as we've navigated these rapid changes together.

All the best
Giles

--

Best regards,
**People Ops** / People Operations
*Spartan Race, Inc. 7004 Tavistock Lakes Blvd, Orlando FL 32827*

# EXHIBIT "L"

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



This Spartan Race, Inc. Travel and Entertainment Policy (this "Policy") is intended to apply to all business travel and entertainment expenses.  Employees will be reimbursed for all **approved** business-related travel and entertainment expenses.

When traveling on company business, employees must follow this Policy when choosing vendors.  It is impossible to anticipate every situation encountered by a business traveler, so this policy is intended to outline our requirements and guidelines, but good business judgment is also important.

Travel and entertainment expenses ("travel expenses") include several different expense types, including mileage for use of a personal automobile, rental cars, hotels, flights, meals, tolls, and tips. The Policy provides guidelines for all of these types of expenses.  Spartan has also invested in a preferred booking service, currently, Navan ( a "Preferred Booking Service"), to assist in managing travel expenses. <u>**A Preferred Booking Service must be used in order for an employee to be reimbursed for any travel expenses incurred unless Departmental VP approval is given to make a reservation outside of the preferred booking service.**</u>

All reimbursement requests must be submitted within 60 days of the transaction. Reimbursement requests outside of this window will not be eligible for payment.  Credit card bills and debit card statements are **not** acceptable forms of expense documentation.  **Actual receipts are required. Additionally, for any meal-related expenses REGARDLESS OF DOLLAR AMOUNT, a detailed receipt showing the items purchased is required.**  This information is **required** by the IRS to support business expense deductions as well as the accurate filing of sales taxes. <u>**Reimbursement requests submitted without a matching receipt will not be processed.**</u>

Expenses

1.    <u>**Race-Related Travel**</u>

- Any employees who are not members of the Production team or filling a standard, budgeted "on-site position" must have their department VP approval before being added to Staff Planning. The Travel team will still book this travel.
- The VP of Production must approve all staff working all races and should strive to optimize the number of staff attending as well as ensure staff travel together where possible to minimize travel costs.
- Travel grids are confirmed at 9 weeks out from the event (T-9); all travel requests should be submitted and have appropriate approvals prior to this date.
- Employees will generally only be permitted to fly to and from the airport nearest their home of record.  If an employee needs to travel to or from another location, their eligible costs will be based on equivalent flights from such airport. Employees who choose to travel from a different airport may be responsible for covering any additional costs.
- Event/Race-related travel will be booked for employees by the Travel team.
- Airfare and hotel are finalized by the Travel Team at least 28 days prior to the date of travel.

D. 000947

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



- Staff traveling **5 days or less** are not eligible for reimbursement on a checked bag. Exceptions include: transiting event-related items, inventory, or cold-weather events may be made at the discretion of the Event Producer/Race Director.
- Employees may choose to drive to an event if the driving distance is less than a 10-hour drive each way.
  - Reimbursement Criteria
    - Mileage is reimbursed based on the current rate set by the local government tax organization and capped at 600 miles (980 kilometers) each way. The reimbursed amount will be the lesser of the following:
      - The total mileage reimbursement.
      - The budgeted cost of the flight plus $100 for baggage fees (if applicable - traveling 5 days or more).
  - Required Documentation
    - Employees opting to drive must:
      - Complete the Drive vs. Fly form prior to travel.
      - Include the approved amount PDF with their expense reimbursement submission.
      - *Tolls incurred during the drive are eligible for reimbursement and will be processed separately from the approved mileage or flight comparison amount
  - Flight Cancellation Policy: if a flight has already been booked and the employee decides to drive instead:
    - Mileage reimbursement will only be provided if the flight is:
      - Fully refundable.
      - Funds are returned directly to Spartan Race (not as an account credit).
    - Employees must coordinate with the Travel Manager to determine if a refund is possible and if mileage reimbursement can be approved.


- **\*\*Employees in positions classified as NONEXEMPT (overtime eligible**) under the Fair Labor Standards Act may be eligible for compensation for the time they spend traveling. The compensation an employee receives depends on the kind of travel and whether the travel time takes place within normal work hours. Employees are responsible for accurately tracking, calculating, and reporting travel time on their time sheets in accordance with this policy. "Travel time" is defined according to the type of travel involved:
  - **Travel to/from an event cycle [Home Airport To Event Hotel | Event Hotel to Home Airport]:**
    - Travel that keeps an employee away from home overnight is travel away from home. Paid travel time should follow the below criteria and is limited to a maximum of ten (10) hours per travel day.
      - ***Travel TO*** the assignment will begin at 90 minutes prior to flight departure time and ends upon departure from the event airport*.
      - ***Travel FROM*** the assignment will begin 90 minutes prior to flight departure (OR arrival to the airport if carpooling dictates an earlier-than-usual arrival)* and end upon arrival at the home airport.

2

D. 000948

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



- ○ *In both cases, the driver of the rental car is eligible to include driving time as part of their travel day hours.
  - ○ **Travel time as the driver or passenger of an automobile [Driving from Home to Event Hotel]:**
    - ■ All pre-approved travel time spent driving an automobile or as a passenger to get to or from an event cycle is treated as work hours, regardless of whether the travel takes place within normal work hours or outside normal work hours. Mileage Reimbursement will only apply to the driver.
  - ○ **Travel during on-site work day:**
    - ■ Initial travel to, and final travel from, the job site is not considered "work time" unless you are the Driver. If not the Driver of the vehicle, clock-in time starts upon arrival at the job site each day and concludes when you leave the job site at the end of the day. Drivers of rented vehicles may begin/end their clock-in upon departure from and return to the event hotel. Time spent by an employee traveling as part of his or her regular job duties during the work day (such as running errands) is work time and will be paid as such.
  - ○ **Travel for a one-day assignment in another city [From Home to Other Location]:**
    - ■ An employee who regularly works at a fixed location and is given a special one-day assignment in another city and returns home the same day will be paid for the time spent traveling to and from the other city, except for the time the employee would normally spend commuting to and from the regular work site.

2. <u>**Air Travel**</u>

- All employees will be booked on economy/coach as the standard class of airline travel; business class and First class travel are not allowed.
- Employees are solely responsible for payment for upgrades or non-business-related change fees; employees will be invoiced directly for any fees incurred that are not covered by Spartan.
- Flights will be booked as per travel release emails and generally in the preferred booking service no fewer than four weeks prior to the intended travel date.
- Any other business travel must be booked a minimum of 4 weeks in advance and require Department Head & President/ Sr VP, Global Operations (depending on department) approval before booking.
- Transport services for an employee traveling to/from their origin airport for a race are capped at the rates below:
  - ○ Basic-level car ride services (Uber/Lyft/Taxi) are reimbursable for trips directly to and from an employee's home airport up to a maximum of $130 per event, including any tips. Upgraded ride-share service levels will only be reimbursed with prior written manager approval (must be submitted with expense receipt). Tipping is capped at 20% of the fare.
  - ○ Alternatively, employees may choose to drive a personal vehicle to the airport. Mileage will be reimbursed up to $130 roundtrip as per the rate determined by the local government.
  - ○ Airport parking for those who drive a personal vehicle will be reimbursed up to $15/day.
  - ○ Bag fees (if eligible - traveing more than 5 days) will be reimbursed for ONE standard bag - overweight fees will not be reimbursed. Bags should be pre-purchased prior to arriving at the airport.

3

**D. 000949**

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



- Employees who elect to travel outside of the stated travel window will not be eligible for reimbursement of car ride costs in order to arrive at the site separate from their designated rental car.


- Travelers will be booked the "Lowest Logical Airfare" by the Travel team based on the parameter of the most affordable reasonable flight that arrives within the time window directed for arrival.
- Any exceptions to the parameters above must have the approval of the employee's Department Head.
    - Airline selection will be based on the best value for Spartan, not the potential frequent flier rewards or status for the traveler.
    - Airline club memberships are not reimbursable.
    - TSA Precheck or Global Access fees are not reimbursable.
    - Spartan will not be responsible for paying for airline travel for personal companions.
    - Travel booked for Spartan business guests must have written pre-approval in advance by the CFO or COO.
    - Spartan will not reimburse for business travel insurance.
    - Flight changes for personal reasons must be paid for by the employee; Spartan will not cover change fees unless there is a business purpose for the change.

Flight Cancellations

In the event an Employee's flight is canceled by the airline due to weather, mechanical, or technical issues, the employee should immediately contact an airline representative either at a gate or check-in counter at the airport or via their Customer Service phone number. The airline will have first visibility of their alternative flights and the current status of those flights. It is the airline's responsibility to get an employee where they need to be. The airline will attempt to book a traveler on the next available flight, but that usually means being placed on the standby list along with everyone else who was on the canceled flight.

The airline may move a traveler to a flight on a partner airline. If the employee cannot fly out that day, the airline may provide a voucher for overnight accommodations. They may also offer full refunds or credit vouchers.

The employee should contact the Preferred Booking Service that was used to book the ticket. Neither the Preferred Booking Service nor the airline should ask an employee to pay any rebooking fees.

Please reach out to your event leadership and Travel Manager to confirm the new flight details and ensure relevant carpools are updated.

If the cancellation results in the Employee having to stay overnight at the airport (either in a layover city or event city), they should first check to see if the airline is providing free accommodations. This information can be obtained by checking in at the airline desk or calling the airline's customer service number. If they are not:
- During normal business hours (8am-6pm EST):

4

D. 000950

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



- ○ If still close to the event site, employees should check in with event leadership as they may be able to provide accommodations at the event hotel.
  - ○ If not near the event site (ie. at a layover or the airport is 2-3 hours from the event hotel), reach out to the Travel Manager but still notify the event leadership.
- Outside of normal business hours (before 8am or after 6pm EST):
  - ○ Reach out to the event leadership and Travel Manager - if no response is provided, a hotel may be booked directly with a rate not to exceed $200. Employee should use their best judgment - if there are cheaper options slightly farther away from the airport, consider the cost of Ubering/taxiing as well.
- The rooming policy still applies in this instance - if more than one employee is on the same flight, it is expected that they would share a room as is standard (if the same gender or married).
- ITEMS TO COLLECT FOR SUCCESSFUL REIMBURSEMENT:
  - ○ Proof of flight cancellation
  - ○ Hotel Receipt
  - ○ Email to event leadership & Travel Manager informing of the situation and total costs, and approval response from event leadership (can be given the next day)

Missed Flights

Employees should check the weather the day before a scheduled departure date and adjust accordingly for any potential weather-related delays. In most cases, weather that will cause delays in travel to the airport will also cause delays with flights at the airport. Every effort should be made to arrive at the airport well before the scheduled boarding time.

If weather or road conditions, including accidents, detours, and/or mechanical issues, significantly delay arrival at the airport and contribute to missing a flight, employees should contact the airline to secure a seat on the next available flight. Please also contact the Travel Manager for assistance finding a viable option.

In the event an employee has missed their booked flight, the employee should:
- Call the preferred booking service's customer service line to reschedule your flight for the same day and reach out to the Travel Manager to expedite the approval process.
  - ○ **For missed flights due to controllable reasons such as oversleeping, leaving too late, or getting lost on the way to the airport, employees may be responsible for paying any fees associated with re-booking a flight or even the full cost of a replacement flight. Please plan ahead by being familiar with the airport layout (i.e., the terminal out of which the airline operates), rental car return location (i.e., is it at the airport or off-site? Is there a shuttle?), directions to the airport, who else will be riding in the vehicle (including phone numbers), etc. Become familiar with the check-in process, baggage check, and security procedures. For any missed flights due to the fault of the employee, please contact the Travel Manager during normal business hours to discuss potential options. The employee may be fully responsible for the cost of a new flight.
- For inbound flights to a race, please contact the event leadership and, if applicable, any other person who was assigned to the same rental vehicle to let them know about the delay. In some cases, it may be necessary to have the rental vehicle wait for the new arrival time. In other cases,

D. 000951

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



- another transportation option may be necessary, including reserving another car for a one-way rental. Costs associated with the revision of the transportation plan from the airport to the hotel will be evaluated on a case-by-case basis and may become partially or entirely the responsibility of the employee.
- For outbound flights from a race, if the reason for missing the flight was due to a delay/cancellation by the airline, please 1) contact an airline representative then 2) contact the Travel Manager to discuss flight options.
- ITEMS TO COLLECT FOR SUCCESSFUL REIMBURSEMENT (eligibility will be determined on a case-by-case basis):
  - Airline receipt for new flight (if you need to pay out of pocket)
  - Email to event leadership, Department Head, & Travel Manager informing them of the situation, total costs, and reason for missed flight

### 3.    <u>Ground Transportation</u>

- Any employee use of personal vehicles for event/race-related travel must be in compliance with the Standard Operating Procedure for event-related Travel as written above.
- Any employee use of personal vehicles for event-related travel must be approved by the Event Leadership team prior to travel..  Costs will be based on the standard per mile reimbursement as set by the IRS.  Total reimbursement must be less than or equal to the expense to fly. A PDF of the Fly vs Drive form must be submitted along with the expense report.
- Personal vehicles are not allowed to be used for business purposes at events (e.g. on the course, hauling construction equipment, building materials, etc). Personal vehicle travel shall be reimbursed at the current rate stated by the local government tax organization.  Parking and tolls should be itemized separately.  If two or more employees are traveling together, only one employee will be reimbursed for the travel expenses. Employees traveling together should, to the extent possible, share the same rental car to and from event/race venues.
  - If the employee chooses to use their personal vehicle as a daily vehicle to drive to and from the hotel to the event site they will not be reimbursed for mileage or gas for that travel.
  - If an employee lives close enough to the venue and does not need a hotel room, mileage will be reimbursed to/from the event site with approval from the Department Head.
- When renting a car, an economy-sized vehicle must be selected unless an SUV or van is required to perform your on-site role.
- The preferred booking services will be used for reservations wherever possible.
- Upgrading vehicles is not allowed if there is an additional charge.

### 4.    <u>Hotels/Accommodations</u>

<u>Rooming Policy</u>
- For all events/races, all hotel rooms will be double occupancy, same-sex.
- Employees may be required to provide a credit card for hotel security deposits.
- Hotel or resort fees that are part of the daily room rate may be submitted for reimbursement.
- Hotel rates in total may not exceed $200 per night.  Rooms outside of this rate will require written

6

D. 000952

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



approval by the Department Head.

Alternate Lodging Options
- Should employees have the opportunity to stay at home during an event/race, they may do so at their own discretion and with the approval of the Event/Race Director. Requests must be made no later than 30 days prior to the start of the hotel stay.
- Employees who find alternate lodging will not receive the cost of the hotel room in lieu.
- Employees who stay at home during an event/race and travel to the site each day may be eligible for reimbursement up to 100 miles round trip each work day.
- Employees who are booked into the hotel and give late notice of alternate arrangements may be subject to recoupment of hotel booking costs in the event the room cannot be canceled.
- Employees who find alternate lodging will still be expected to report to site on time each day.
- Contractors who opt out of the Spartan room block will not be eligible for hotel reimbursement.
- Spartan is not liable for any damage, wear and tear, or incidents involving the employee's personal vehicle if they choose to reside at home and commute to the event/race site.

## 5.  Meals and Incidentals

Race or Non-race Meals

- Employees traveling for an event/race are expected to take advantage of the available race meal plan whenever possible.
- For any Spartan Race Inc. event-related travel (including planning trips), employees will receive a per diem for meals based on their travel schedule.  Amounts are calculated differently depending on the type of day:
  - Travel Day: The day you spend getting to or from an event or going from one event to another; if you are traveling directly to another event, the travel day is applied to the latter event's per diem
  - On-Site Day: The day you spend on-site during the build of / breakdown of the event. In the event that any staff are required to work onsite past twelve hours on an On-Site Day, Spartan Race/Tough Mudder will provide dinner.
  - Event Day: The day(s) the event is taking place. All meals are provided.
- For a full breakdown of per diem, please refer to our Per Diem Process.
- If you choose to leave the company after a per diem has been paid and do not travel to the event, the amount remitted will be taken out of your final paycheck.

  **Non-Covered Meals**
  - When planned meals do not arrive, employees may procure lunches that would otherwise be provided outside the per diem with the approval of event leadership.
  - Reimbursements for these lunches will be subject to the per diem limits of $5 for breakfast, $10 for lunch, and $20 for dinner.

  **Other Non-event Business Travel**
  - Outside of planning trips, any other meal costs are subject to event leadership approval for

7

**D. 000953**

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



reimbursement.

**Dietary Restrictions**
- ○ In the event meals cannot cater to stated dietary restrictions, event leadership may procure meals for those employees and submit for reimbursement subject to the dollar limits above.

**\*Reimbursement requests submitted without a matching receipt will not be processed.\***

Internal Working Meals

- Other internal working meals, such as for meetings,  must have written authorization in advance from the relevant Department Head. Internal working meals are defined as meals that include ONLY Spartan employees, whether that is inside or outside of the office.  It is expected that each department will be reasonable in the frequency and cost of working meals.

Incidentals

- Incidental expenses include fees and tips for persons providing services, such as food servers. These are included in the $35 per day limit.

**6.      Business Entertainment**

- Business entertainment must have written pre-authorization by the CFO or COO.
- Allowable entertainment costs include: social activities, meals, beverages, lodging, transportation, gratuities, and tickets (movie, sporting events, theater, symphony, golf or tennis fees, etc.).
- All charges must have a business purpose in accordance with IRS guidelines.
    - ○ The IRS carefully scrutinizes "Entertainment" costs and it is important to have all necessary documentation in order. For all meals and entertainment, the following information should be noted on the expense report form:
        - ■ Name and affiliation of attendees;
        - ■ Business purpose; and
        - ■ Name, address or location, and type of entertainment if not evident from the receipt
- Employees included in the entertainment of business associates should be limited to those whose presence is necessary and appropriate. The purpose of entertaining business guests should be to
    - ○ contribute, maintain, or improve business relationships with the existing or prospective customers, agents, suppliers or vendors, or
    - ○ contribute generally to Spartan business development.
- Business entertainment expenses for events that are attended by multiple employees require the senior Spartan employee attending the meeting to pay for and submit the expense report for reimbursement for these expenses.
    - ○ Business entertainment must always include the presence of at least one Spartan representative.

8

D. 000954

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



- ○ Business entertainment, or any other expenses, must never include a cash payment to third parties (including current or prospective customers, suppliers, or vendors) to reimburse them for their expenses.
- When entertaining guests, all employees should conduct themselves in a professional manner and consume alcohol responsibly.
- Provided a charitable contribution is not associated with the purchase, the reimbursement request for properly approved and documented sporting and entertainment events and outings may be made through the travel & expense report submitted in accordance with Section 11 of this Policy.

## 7.   Reimbursable Expenses

- Miscellaneous reimbursable expenses include:
  - ○ Business telephone calls
  - ○ Travel-related Wi-Fi (Event Directors only)
  - ○ Charges for baggage handling (one standard size bag) for travel longer than 5 days - baggage should be purchased in advance of airport arrival
  - ○ Storage (with manager approval)
  - ○ Conference registration(s) or workshop fees
  - ○ All phone calls and data usage should be kept at a reasonable level while traveling
  - ○ Employees are expected to use hotel Wi-Fi before they incur personal data roaming charges

## 8.   Non-Reimbursable Expenses

- The following expenses are <u>not</u> reimbursable:
  - ○ Alcohol
  - ○ Expenses over 60 days old will only be reimbursed with VP approval
  - ○ Additional costs for transportation, meals, and lodging incurred when personal travel is combined with a business trip (such costs should be identified and the expense report adjusted accordingly);
  - ○ Annual fees, late fees, and finance charges related to personal credit cards
  - ○ Car rental costs over the approved vehicle model or level
  - ○ Non-approved cash gifts of any kind, including gift cards
  - ○ Childcare or pet care costs while entertaining or on a business trip
  - ○ Charitable contributions
  - ○ Clothing
  - ○ Commuting to and from work (includes event hotel to/from work-site, unless hourly employee driving rented vehicle)
  - ○ Non-approved computer, video, and photography equipment
  - ○ Personal entertainment or recreational activities
  - ○ Entertainment of spouse not on approved business
  - ○ Entertainment deemed not business appropriate, including, but not limited to, charges for gambling or adult entertainment establishments
  - ○ Fines for traffic violations, parking tickets, or related towing/storage charges

9

D. 000955

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*



---

- Non-approved gifts
- Hair care, spa, shoeshine, or similar services
- Laundry or valet expenses for business trips of fewer than five days in duration
- Loss of personal property (such as luggage, briefcases, computers, computer carrying cases, etc.), including items stolen from rental cars
- Maintenance or repair of personal property (e.g., home and grounds) while away
- Membership in social or athletic organizations
- Office equipment (including phones, fax machines, copiers, etc.)
- Other home furnishings (chairs, desks, lamps, fans, refrigerators, etc.)
- Non-approved parking or garage charges at the employee's regular place of business
- Pet care and boarding while on travel
- Physician support of any type
- Postage stamps or courier charges (except for company business)
- Shopping club memberships;
- Snacks or refreshments consumed during working hours, in the office, or while traveling (e.g., coffee, soda or candy)
- Tobacco products
- Unauthorized tips, entertainment, gifts, or donations.

## 9.    Personal Travel Insurance

Employees traveling on Spartan business, unless specifically excluded, are covered by the corporate business travel accident insurance.

## 10.    Gifts

Nothing of value, such as entertainment, gifts, cash, property, services, or facilities, should be given to others or accepted by an employee or any member of an employee's family or household from a customer, supplier, or other associate of the Spartan unless it meets the following criteria:

- It is consistent with customary business practices;
- It is not excessive in value (i.e., more than $25.00);
- It is not related to or given to influence any business decision;
- It does not violate legal or ethical standards;
- It is properly reported for tax purposes;
- Disclosure would not embarrass the individual receiving the gift or Spartan; and
- It complies with other applicable Spartan standards.

An employee or a member of an employee's family, even if it meets all of these criteria, should actively seek nothing of value, from a customer, supplier or other associate.

D. 000956

**Spartan North American (All Brands) Travel and Entertainment Policy**
*Department: Finance*
*Last Updated January 2025*

**SPARTAN**®

---

## 11.    Reimbursement Procedure

All employee requests for reimbursement of travel-related expenses must be submitted on a properly completed expense form via Paylocity; contractor expenses are submitted through the expense form. **The employee's department manager must review an employee's submitted report for accuracy, ensure all supporting documentation is complete, ensure timely submission, and sign/approve the expense form prior to submitting it to Accounting. Reimbursement requests submitted without a matching receipt will not be processed.** If a request for reimbursement is denied in full or in part, an appeal may be made to the CFO or COO, who will review the business rationale for the exception.

**If the employee is submitting an expense from outside the United States it is the employee's responsibility to figure out the exchange rate and submit the expense with the adjusted rate.**


_____                    _____

**Employee Signature**                                        **Date**

11

D. 000957

# EXHIBIT "M"

From: **Dayannah Woody** <dayannah.woody@spartan.com>
Date: Tue, Jul 2, 2024, 11:28 PM
Subject: Fwd: Important FLSA Update: Change in Employment Classification
To: <dayannahs.perspective@gmail.com>


---------- Forwarded message ---------
From: **Giles Chater** <giles.chater@spartan.com>
Date: Mon, Jul 1, 2024, 8:24 PM
Subject: Important FLSA Update: Change in Employment Classification
To: PeopleOps <peopleops@spartan.com>
Cc: Jeffrey Connor <jeffreyc@spartan.com>, Daniel Mcdonald <dan.mcdonald@spartan.com>, Laura Goodwin <laurag@spartan.com>, Ian Toof <iant@spartan.com>, Dan Welch <danw@spartan.com>, Emily Fiorini <Emilyf@spartan.com>, Matt Barber <mattb@spartan.com>, Ashley Buckeye <ashleyb@spartan.com>, Scott Brazina <scott.brazina@spartan.com>, Kaitlin Linderman <kaitlin.linderman@spartan.com>, Craig Drummond <craigd@spartan.com>, Aja Varney <ajav@spartan.com>


Team,

As part of our commitment to ensuring compliance with federal labor regulations and maintaining transparency within our organization, we are writing to inform you about an important update regarding your employment classification.

**What is Changing?**

Effective July 1, 2024, the Department of Labor made updates to the Fair Labor Standards Act (FLSA), increasing the minimum salary threshold for roles to be considered exempt. Following careful review, Spartan believes certain roles do not meet the requirements to be classified as exempt. Therefore, these positions will be reclassified as non-exempt, backdating to June 30th, 2024.

**What Does This Mean for You?**

- **Employment Status**: Your status will change from *salaried exempt* to *hourly non-exempt*. Specific details regarding your new pay structure will be provided in a follow-up email from People Ops within the next two business days.

- **Overtime Eligibility**: As a non-exempt employee, you will now be eligible for overtime pay at a rate of 1.5 times** your regular hourly rate. This means you will receive overtime pay for any hours worked over 40 hours** in any given work week. Spartan's work week is Sunday through Saturday. (**Where State guidance differs from Federal guidance, the greater will apply).
- **Timekeeping**: You will be required to accurately record all hours worked using Paylocity. In the next few days, two Paylocity training sessions will be assigned to you, which will provide detailed instructions on how to punch in and punch out via Mobile and Desktop.
  - It won't be possible to start punching in/out until the People Ops team has updated each individual rate within Paylocity. We aim to have this in place by July 3rd.
  - We are backdating these changes so they take effect from Sunday, June 30th to tie in with standard biweekly payment cycles.
  - We will automatically pay all affected employees 8hrs for Sunday June 30th, in lieu of the final salaried day.
  - From July 1st until the system is updated (aspirationally on July 3rd), please work with your line manager to manually keep track of hours worked. These hours will retrospectively be added to Paylocity.

**Impact on Benefits**

1. **Paid Time Off (PTO)**: For the remainder of 2024, affected employees will be eligible for 60 hours PTO (pro rata), plus holidays and the Winter Break. From 2025, PTO will be calculated based on the average hours worked in the previous year.
2. **Health and Welfare Benefits**: These changes may impact benefits eligibility.
   a. Spartan will operate a Stability Period of 6 months, running from July 1st through December 31st 2024. During this stability period, your healthcare will remain unaffected, even if your hours worked drop below any minimum required to be considered full-time.
   b. We know that benefits are a critical component for most of the team. It is our firm intent to continue to provide the same level of cover to the team, despite these changes, and we're working diligently to achieve that outcome.
3. **Bonuses and Incentives**: We will review the criteria for any bonuses or incentive programs you are eligible for and ensure that they are adjusted according to your new classification.
4. **Professional Development and Training**: You will be compensated for any time spent in mandatory training(s) or professional development activities.

**Why is This Happening?**

The change in your classification is a direct response to our review following the newly updated FLSA regulations. Our goal is to ensure that Spartan Race Inc. remains fully compliant with Federal laws while continuing to value and support our dedicated team.

**Hourly Rates**

We are taking this opportunity to build a compelling offering that is attractive, incentivizes commitment, and rewards loyalty. This includes:

- Making it easier for individuals to move between roles on-site and to work additional cycles where appropriate.
- Uncapped annual earnings, tied to hours worked.
- Setting hourly rates above national averages.
- Increasing the hourly rate per season worked, rewarding and incentivizing tenure (this will be backdated for up to 5 years when establishing initial individual rates)

**Which Roles are affected?**

This is an organization-wide change affecting a number of roles across multiple departments.

**Next Steps**
1. **Training**: You will be sent two training sessions to familiarize yourself with the timekeeping system and to address any questions you may have about the new classification and overtime procedures.

2. **Rate Details:** The People team will communicate updated rates with each of you individually and update Paylocity accordingly.
3. **Role Meetings**: The People team will schedule meetings to discuss these changes, chat through any questions you might have and provide resources and support during this transition.

We know these changes will raise a number of questions, which we're committed to working through with all those affected. If you have any immediate questions please fill out this form. We will answer questions asked in an open FAQ document so that all can benefit from the answers.

I ask for your patience as we work together to find the best path forward following this Federal Update.

All the best,

Giles

--
**Giles Chater**
Chief Operating Officer
(GMT +1)

Spartan | Tough Mudder | La Ruta | Deka | Patagonia Run

This message is confidential and contains information which may be legally privileged and protected from disclosure.  It is intended for the stated addressee(s) only. Access to this email by unintended or unauthorized persons is prohibited. If the reader of this message is not the stated addressee, or an employee or agent responsible for delivering this message to the stated addressee(s), you are hereby notified that any disclosure or copying of the contents of this e-mail or any action taken (or not taken) in reliance on it is unauthorized and unlawful. If you are not the addressee, please inform the sender immediately and delete the message from your computer.

# EXHIBIT "N"

# FLSA UPDATES - FAQs

This is a live document and is subject to change.
Last Updated: July 18th, 2024

**Why Change?**
Effective July 1, 2024, the Department of Labor made updates to the Fair Labor Standards Act (FLSA). Following careful review, Spartan believes certain roles are best classified as hourly non-exempt and has subsequently made adjustments that it believes to be in the best interest of both the team and the business.

**Hourly Rates**
Each individual currently affected has had their updated hourly rate shared with them via email and adjusted in Paylocity.

The new hourly rates were designed to ensure that total take-home pay is on par, or exceeds, what would previously have been earned.

**PTO**
The updated hourly rates were increased from the original plan, ensuring each individual reached the desired total pay outcome without needing to rely on accrued PTO or company holidays. This provides a more favorable outcome for the team, because of how the hourly rates scale with hours worked and overtime.

For the avoidance of doubt, we will not be offering PTO or Holiday Pay, as initially communicated, and have instead integrated that value directly into the higher hourly rates.

**How are health care benefits affected?**
Health Care benefits are unchanged - everyone currently eligible remains eligible for the remainder of 2024. If you averaged more than 20 hours worked per week during your time working with Spartan in 2024 you will be eligible for 2025.

**Hourly Travel Policy**
The Hourly - Travel policy can be found [here](here).

**Working Hours Policy**
The following are considered working hours for the purpose of clocking in/out
- Travel as set out in the travel policy; some key items:
  - Travel days are capped at a maximum of 8 hrs
  - Travel to and from the event site is not counted
- Hours worked onsite
  - Clocking in begins at the designated time as set by each event director/ construction manager.

D. 000794

- - Clocking out ends at the conclusion of the work day, as set by each event director/ construction manager.
- Mandatory meetings (such as the Town Halls) - based on your time actually in the call/ meeting.
- Any approved training required for your role.
- Any other tasks as requested by your line manager (i.e. admin based projects)

**General Pay Questions**
- Pay Periods, Paycheck dates can be found here
- Employees must submit Timesheets by the Sunday morning after the pay period ends so that they can be approved by Monday noon to be included accurately in the next pay cycle.
  - Ex. Pay Period is Sunday, July 14 - Saturday, July 27; time cards would be due on Sunday, July 28 for a pay date of Friday, August 2.
- Timecards submitted after the deadline will be paid out, once approved, in the next payment cycle.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Pay Period Start | | | | | | |
| | | | | | | Pay Period End |
| Time Cards Due | | | | | Pay Day | |

**Other Questions**

If you have further questions please reach out to your line manager and/or the People Ops team who will happily assist you.

D. 000795

# EXHIBIT "O"

# Lead, Festival

**ABOUT US**

A worldwide leader in endurance sports, Spartan is a high-growth, international organization that owns and operates mass-participation athletic events under the brands Spartan®, Tough Mudder®, Spartan Trail®, Hurricane Heat, and DEKA, and offers numerous related fitness, health, and nutrition services and products. We create transformational experiences, products, and content to help people, companies, and teams tear down boundaries and expand what they believe to be possible. Together with its many subsidiaries and licensees, Spartan combines large-scale global events with a vibrant digital content and community platform. With 250 events across more than 40 countries on six continents, Spartan is the world's leading extreme wellness and endurance brand.

**ABOUT THE GIG**

As a Festival Lead at Spartan Race, you'll be at the forefront of overseeing the setup, management, and breakdown of festival areas at our events. This hands-on role requires leadership, coordination, and problem-solving to ensure an efficient, high-energy event experience.

**DUTIES/RESPONSIBILITIES:**

- Unloading and organize the contents of the Festival Trailer within base camp
- Gather and verify inventory of tents from previous race and prepare for distribution
- Coordinate with Festival Manager and Race Director the layout of festival to ensure all activations, tents and fence lines fit within the specific guidelines and limitations of the venue
- Supervise and lead the assembly of all Spartan owned tents (20x20s, 10x20s, 10x10s)
- Transport (operate a skid) zone supplies as tents and zones are assembled
- Maintain a high tempo management style to ensure the productivity and efficiency among staff is optimal during build week and race day(s)
- Supervise the distribution of toilets and handle any questions as instructed by Festival Manager
- Manage volunteers and support staff in an efficient and deliberate manner through delegation of tasks.
- Create/oversee zone specific fence lines
- Have all materials necessary for support staff to set up zones and distributed from base camp to zones
- Be available to run supplies and volunteers to areas of need in festival, both build week, race day(s), and load out

D. 000750

- Be able to maneuver through festival on race day with an understanding of what needs to be done at varying times (volunteer switchover, staff breaks, checking power sources, directing volunteers to areas of need)
- Supervise and lead the taking down and storage of all Spartan owned tents
- Supervise the cleaning and packing of zone materials into zone specific crates
- Operate and load all festival materials back into the festival trailer after being provided a load plan by the Festival Manager

**REQUIREMENTS:**

- Have experience as a manager in a high pace environment
- Have experience operating machinery, or be willing to learn
- Be comfortable traveling 100 days or more during the year
- Be prepared and comfortable with working outside in all severe weather situations
- Be physically capable of working long hours 10+ days consecutively
- Be willing to learn the processes set in place, while maintaining an analytical and problem solving mindset to improve these procedures
- Must be able to manage high volumes of people with an efficient approach to accomplishing mission critical task

D. 000751

# SPARTAN RACE

**Position: Festival Lead**

**Location: On-site**

**Department: Festival**

Founded in 2010, Spartan Race is the global leader in the sport of obstacle racing. Spartan races cater to individuals looking to test their physical limits and change their frame of reference for what they can accomplish, from everyday people looking to get off the couch and lead a fitter lifestyle, to elite endurance athletes who seek the ultimate physical test.

Reporting to the Festival Manager and Festival Director, this role is an acting assistant Festival Manager position, who is responsible for the supervision of the organization and distribution of all festival related materials and resources (branding, crates, deliveries, support staff and volunteers). Working side-by-side with the Festival Manager, the Festival Lead plays a vital role in the planning, organization and supervision necessary to put together an event while maintaining our high brand standard.

**Main Duties and Responsibilities:**

- Unloading and organize the contents of the Festival Trailer within base camp.
- Gather and verify inventory of soft goods (finisher T's, kids T's, Volunteer T's, medals, etc.) from previous post race inventory.
- Mark out the design of festival with the Festival Manager (tents, fence lines, sponsorship activations, festival challenges, etc.).
- Coordinate with Festival Manager and Race Director the layout of festival to ensure all activations and tents fit within the specific guidelines and limitations of the venue.
- Transport (operate a skid) zone supplies as tents and areas are erected.
- Maintain a high tempo management style to ensure the productivity and efficiency among staff is moving towards the completion of the final product with forward insight.
- Supervise the rental tent company and handle any questions as instructed by Festival Manager.
- Manage volunteers and support staff in an efficient and deliberate manner through delegation of tasks.
- Create/oversee, zone specific fence lines
- Have all materials necessary for support staff to set up zones and dispersed from base camp to zones.
- Be available to run supplies, volunteers to areas of need in festival, both build week and race days.
- Supervise and lead the taking down and storage of the tents.
- Supervise the cleaning and packing of zone materials into zone specific crates.
- Operate and load all festival materials back into the festival trailer after being provided a load plan by the Festival Manager.
- This description reflects management's assignment of essential functions, it does not restrict other tasks that may be assigned.

**Qualifications:**

- Compliance and completion of all safety training.
- Have experience as a manager in a high pace environment.
- Have experience operating machinery, or be willing to learn.
- Be comfortable traveling 100 days or more during the year.
- Be prepared and comfortable with working outside in all severe weather situations.
- Be physically capable of working long hours 10+ days consecutively.
- Be willing to learn the processes set in place, while maintaining an analytical and problem solving mindset to improve these procedures.

 

D. 000731

- Must be able to manage high volumes of people with an efficient approach to accomplishing mission critical tasks.

**Qualities required of all Spartan team members:**

Spartan Race is a high-performance organization, and successful team members must therefore possess a strong work ethic and hands-on approach to business. We are innovative, create inventive solutions, and are exceptionally service minded. Team members at Spartan change lives, and have a passion for the organization. Paramount to our organization is the maturity to embrace ambiguity and ability to adapt according to the market and the continuing innovation of the organization.

- Ability to hold one-self accountable and an aptitude for prioritizing multiple projects
- Strong sense of teamwork with the ability to foster relationships
- Proactive, solutions-oriented; capability to identify efficiencies and decrease costs while maintaining a quality workplace environment and product
- Collegial approach to a business environment and cooperative work style
- Exceptional verbal and written communication skills

2

D. 000732

# Lead, Branding

**ABOUT US**

Welcome to Spartan Race! We redefine working hard, playing harder, and being part of the most exhilarating team in endurance sports. Our events, including Spartan®, Tough Mudder®, and DEKA, push individuals and teams beyond their limits. We also offer fitness, health, and nutrition services to transform lives. Join us in breaking boundaries and making the impossible possible.

**ABOUT THE GIG**

As a Branding Lead at Spartan Race, you'll be at the forefront of the organization and distribution of all festival related branding (blades, barrier jackets, banners). Working side-by-side with the Festival Lead and Collateral Lead, the Branding Lead plays a vital role in maintaining a high brand standard. Along with taking lead on branding disbursement they also play a key role in assisting the Festival lead and Festival Manager meet specific timelines to build the festival layout as well as running race day operations and tearing down the festival in a timely manner. Branding lead is also responsible for training and working alongside volunteers.

**DUTIES/RESPONSIBILITIES:**
- Attend at least 11 events per year up to 12 days at a time.
- Manage volunteers in setup, operation, and tear down of the festival area,
- Working with the festival team to ensure the festival is built and torn following a specific timeline.
- Work with the sponsorship team to make sure all branding is distributed to the correct areas and the right number are allocated.
- Looking over the sponsorship doc provided from the sponsorship team to go over all allocated branding. (blades, barrier jackets, banners)
- Operating machines to help load, unload, and move product/festival items.
- Coordinate with Festival Manager and Festival Lead the layout of the festival to ensure the placement of branding
- Manage volunteers and support staff in an efficient and deliberate manner through delegation of tasks
- Create zone specific fence lines and deploy zone specific branding with the festival team or volunteers

**REQUIREMENTS:**
- Able to spend long hours standing and walking.
- Able to lift at least 50 pounds.
- Adaptable to ever changing situations and weather conditions.

D. 000755

- Ability to make decisions in a potentially high stress environment.
- Customer Service skills.
- Have experience operating machinery, or be willing to learn
- Be comfortable traveling 115 days or more during the year

D. 000756



**Position:** Branding and Sponsorship Lead

**Location:** Remote/On-Site

**Department:** Festival

Founded in 2010, Spartan Race is the global leader in the sport of obstacle racing. Spartan races cater to individuals looking to test their physical limits and change their frame of reference for what they can accomplish, from everyday people looking to get off the couch and lead a fitter lifestyle, to elite endurance athletes who seek the ultimate physical test.

Reporting to the Festival Manager, the **Branding and Sponsorship Lead** is primarily responsible for executing all Spartan Race and sponsor branding and will assist with on-site activation.

**Major Duties and Responsibilities:**

- Coordinating with Festival Operations Staff to ensure festival design is executed on-site according to Standard Operating Procedures and design goals.
- Coordinating with Sponsorship Team to ensure that all Sponsor Activation and branding is executed according to Standard Operating Procedures.
- Working with Festival Lead to transport, set up, and tear down all festival zones, tents and branding.
- Managing support staff and volunteers during set up, teardown, and on Race Day.
- Responsible for maintaining and inventorying all Spartan Race and Sponsor branding.
- Responsible for the loading and unloading of Festival Trailer.
- Working as assistant Volunteer Coordinator on Race Days.
- Frequently communicates with Spartan Race employees and volunteers and therefore must be able to provide direction and exchange accurate information.
- This description reflects management's assignment of essential functions, it does not restrict other tasks that may be assigned.

**Qualifications:**

- Compliance and completion of all safety training.
- To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skills, and abilities required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
- Ability to speak effectively before groups of volunteers, contractors, and employees (read and speak conversational English).
- Willingness and ability to travel 11+ days at a time with approximately 100% travel.
- Frequently works 10-15+ hour days in outdoor, adverse conditions for extended periods of time.
- Demonstrate full range of movement including but not limited to lifting, standing, bending, reaching, twisting, and crawling.
- Occasionally lifts, pushes, pulls, and moves equipment and material weighing up to 100 pounds.
- Regularly required to stand, walk, use hands and fingers to handle or feel objects, tools, or controls.
- Must be able to meet deadlines with severe time constraints.
- Have experience working in a high pace, customer-focused environment
- Have experience operating machinery, or be willing to learn.
- Be willing to learn the processes set in place, while maintaining an analytical and problem solving mindset to improve these procedures.

D. 000735

**Qualities required of all Spartan team members:**

Spartan Race is a high-performance organization, and successful team members must therefore possess a strong work ethic and hands-on approach to business. We are innovative, create inventive solutions, and are exceptionally service minded. Team members at Spartan change lives, and have a passion for the organization. Paramount to our organization is the maturity to embrace ambiguity and ability to adapt according to the market and the continuing innovation of the organization.

- Ability to hold one-self accountable and an aptitude for prioritizing multiple projects
- Strong sense of teamwork with the ability to foster relationships
- Proactive, solutions-oriented; capability to identify efficiencies and decrease costs while maintaining a quality workplace environment and product
- Collegial approach to a business environment and cooperative work style
- Exceptional verbal and written communication skills

2

**D. 000736**



**Position: Base Camp Manager**

**Location: Remote/On-Site**

**Department: Production**

Founded in 2010, Spartan Race is the global leader in the sport of obstacle racing. Spartan races cater to individuals looking to test their physical limits and change their frame of reference for what they can accomplish, from everyday people looking to get off the couch and lead a fitter lifestyle, to elite endurance athletes who seek the ultimate physical test.

Reporting to The Vice President of Production, the **Base Camp Manager** is mainly responsible for leading and assisting in a variety of Spartan Race organization duties, including shipping and receiving, unloading and loading trucks, fulfilling maintenance and orders, and keeping base camp workshop stocked with essential and operational equipment.

**Main Duties and Responsibilities:**

- Coordinate inbound & outbound travel with the Base Camp Director
- Receive & QC trucks and unload materials
- Stack obstacle packages ready for deployment
- Stock base camp with tools and prepare obstacle construction packages
- Ensure machinery is serviced and functional
- Check in merchandise and confirm order, match orders, and track distribution to team (whiteboard & google doc.)
- Fulfill build crew service requests
- Manage transfer of materials while inventorying from trailer and base-camp to build and festival team
- Submit work orders and requests for materials, tools, and other stock items
- Coordinate outgoing LTL shipments with SR Procurement department
- Record amounts of materials or items received in load and populate inventory documents
- Perform facilities & equipment maintenance
- Sort material according to shipment, type, and department while identify damage, loss, or surplus of goods and materials. Then report this to BD in nightly reports
- Maintain records of all activities and processes pertaining to basecamp & trailers
- Delegate duties in conjunction with on-site foreman as necessary (Cleaning vehicles/basecamp upkeep/trash/vehicle maintenance/ etc.)
- Oversee preparing radios and PPE for inbound staff. Reconcile radios and maintain log and carry out tasks assigned by the Build Director.
- Frequently communicates with Spartan Race employees and volunteers and therefore must be able to provide direction and exchange accurate information.
- This description reflects management's assignment of essential functions, it does not restrict other tasks that may be assigned.

**Qualifications:**

- Compliance and completion of all safety training.
- To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skills, and abilities required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
- Willingness and ability to travel 11+ days at a time with approximately 100% travel.
- Frequently works 10-15+ hour days in outdoor, adverse conditions for extended periods of time.

 

D. 000733

- Demonstrate full range of movement including but not limited to lifting, standing, bending, reaching, twisting, and crawling.
- Occasionally lifts, pushes, pulls, and moves equipment and material weighing up to 100 pounds.
- Regularly required to stand, walk, use hands and fingers to handle or feel objects, tools, or controls.
- Be able to arrive 2 weeks prior to the event and depart 3 days after - first-in/last out.
- Possess excellent mechanical skills
- Have experience as a dock or warehouse supervisor with shipping and receiving department experience
- Work efficiently in a fast paced every changing environment
- Must be able to meet deadlines with severe time constraints.
- Have a proven attention to detail yet the ability to manage from a high level and often change from one task to another of a different nature.
- Have excellent problem solving skills

**Qualities required of all Spartan team members:**

Spartan Race is a high-performance organization, and successful team members must therefore possess a strong work ethic and hands-on approach to business. We are innovative, create inventive solutions, and are exceptionally service minded. Team members at Spartan change lives, and have a passion for the organization. Paramount to our organization is the maturity to embrace ambiguity and ability to adapt according to the market and the continuing innovation of the organization.

- Ability to hold one-self accountable and an aptitude for prioritizing multiple projects
- Strong sense of teamwork with the ability to foster relationships
- Proactive, solutions-oriented; capability to identify efficiencies and decrease costs while maintaining a quality workplace environment and product
- Collegial approach to a business environment and cooperative work style
- Exceptional verbal and written communication skills

2

D. 000734

# SPARTAN RACE

**Position**: Kids Race Lead
**Location**: Remote/On-Site
**Department**: Product

Founded in 2010, Spartan Race is the global leader in the sport of obstacle racing. Spartan races cater to individuals looking to test their physical limits and change their frame of reference for what they can accomplish, from everyday people looking to get off the couch and lead a fitter lifestyle, to elite endurance athletes who seek the ultimate physical test.

A Spartan Kids Lead will execute a successful Spartan Kids event.  A successful event can be defined as one that exceeds the customer (racers and spectators) expectations, is produced within budget, adheres to the Spartan Race standards, and has zero safety incidents during the build and load-out cycles.  The Kids Lead, among many other things, will work to secure all necessary permits, may design the course, communicate with the venue, provide onsite leadership and management and work with the build director, purchasing, and User Experience team to lead the production of a Spartan Kids Race.

**Major Duties and Responsibilities:**

- Reports directly to Kids Director.
- Assist with design and implementation of courses assigned.
- Responsible for setting up travel in a timely manner and assuring that rentals are picked up and returned on time.
- Maintains effective and respectable communication with Kids Director and all parties involved in race planning and implementation.
- Festival, build, audio, security, medical etc.
- Set up and tear down of Kids zone, to include course marking, branding and stenciling.
- May occasionally help with construction of course. Will tear down and stack as much course as possible.
- Race day duties of running the Kids event and allocation of volunteers.
- Maintain accurate post-race inventories and follow up reports.
- While onsite, reports to Adult Race Director
- Assist other departments in reaching end goal of large production as time allows.
- Uphold professional standards at all times.
- This description reflects management's assignment of essential functions, it does not restrict other tasks that may be assigned.

**Qualifications:**

- Compliance and completion of all safety training.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Ability to speak effectively before groups of volunteers, contractors, and employees (read and speak conversational English).
- Willingness and ability to travel 11+ days at a time with approximately 100% travel.
- Frequently works 10-15+ hour days in outdoor, adverse conditions for extended periods of time.
- Demonstrate full range of movement including but not limited to lifting, standing, bending, reaching, twisting, and crawling.
- Occasionally lifts, pushes, pulls, and moves equipment and material weighing up to 100 pounds.
- Regularly required to stand, walk, use hands and fingers to handle or feel objects, tools, or controls.
- Thrive in a fast paced high stimulus environment and be able to multitask.
- Ability to meet deadlines with severe time constraints.
- Have a desire to bring fast viable solutions to the entire production staff that support.
- You can operate independently and be a self-starter.



D. 000744

- Proven leadership ability
- Analytical and methodical problem solver
- Successfully pass a background verification

**Qualities required of all Spartan team members:**

Spartan Race is a high-performance organization, and successful team members must therefore possess a strong work ethic and hands-on approach to business. We are innovative, create inventive solutions, and are exceptionally service minded. Team members at Spartan change lives, and have a passion for the organization. Paramount to our organization is the maturity to embrace ambiguity and ability to adapt according to the market and the continuing innovation of the organization.

- Ability to hold one-self accountable and an aptitude for prioritizing multiple projects
- Strong sense of teamwork with the ability to foster relationships
- Proactive, solutions-oriented; capability to identify efficiencies and decrease costs while maintaining a quality workplace environment and product
- Collegial approach to a business environment and cooperative work style
- Exceptional verbal and written communication skills

**D. 000745**

# Leader, Build Crew

**ABOUT US**

We are Spartan Race. Our events—Spartan®, Tough Mudder®, DEKA, and Spartan Trail—are built on one powerful idea: to **Change 100 Million Lives**. We believe that by creating grueling challenges and transformational experiences, we help people conquer obstacles, both on the course and in their daily lives. We are a high-growth, international organization that works hard, plays harder, and redefines what it means to be part of a team. Join us in making a real impact on a global scale.

**ABOUT THE GIG**

This isn't your typical 9-to-5 job. The Spartan Build Crew is the backbone of every Spartan, Tough Mudder, and DEKA event. We're the team of hands-on, hard-working builders who bring our courses to life, creating the legendary obstacles our racers conquer every single weekend. If you're a builder, a problem-solver, a road warrior, or a former service member who thrives on physical challenges and teamwork, this is your gig.

**The Mission: What You'll Do**

- **Build the Battlefield:** Construct or assemble epic obstacles according to Spartan's strict standards. You'll be the one turning blueprints into reality and bringing the course to life.
- **Be a Team Player:** Work alongside Spartan staff, local labor, and volunteers. You'll also provide support for volunteers, giving them guidance, education, and any assistance they need.
- **Travel the Country:** Your office is the open road. You'll travel constantly, hitting new locations every week to prepare for events. If you're looking for an adventure, you've found it.
- **Operate Heavy Machinery:** Get hands-on with heavy equipment to load/unload trailers and assemble obstacles.
- **Conquer the Elements:** This job is for those who are built to last. You'll work long, fast-paced days outdoors, tackling any weather conditions Mother Nature throws at you.
- **Problem-Solve on the Fly:** From load-in to load-out, you'll be the one to proactively address and solve any issues that arise, keeping the project on schedule and ensuring a flawless event.

**Is This You?**

- You have a minimum of three years of experience in the construction industry —we're looking for hands-on experience building things like houses, decks, or scaffolding.
- You're a road warrior who is ready for a life of travel (approximately 180 days/yr of travel, typically 11+ days at a time).

D. 000752

- You are physically fit and capable of lifting, pushing, or pulling up to 100 pounds and performing a full range of physical movements in a challenging environment.
- You're a problem-solver who can think on your feet and work under pressure to meet tight deadlines.
- You possess a valid driver's license with a clean driving record.
- Experience with heavy equipment operation is a plus, but not required.

**DUTIES/RESPONSIBILITIES:**

- Periodically assist the Construction Manager with on-site leadership responsibilities.
- Possess a strong understanding of onsite operations, processes, and efficiencies.
- Ensure compliance to safety protocols.
- Stay up to date and relay new directives or changes to processes.
- Assist the Construction Manager with the inspection process and race day operations.
- Oversee a team of Spartan staff, local labor, and volunteers in order to construct or assemble obstacles according to Spartan specifications.
- Instruct inexperienced team members concerning the assembly process.
- Ensure crew completes tasks efficiently and effectively.
- Assist in the load-in/load-out phases of event production.
- Load/unload trailers using heavy equipment
- Operate basic heavy equipment in the process of obstacle construction.
- Proactively address issues as they arise in order to complete assignments within preset time frames.
- Work in poor weather and a fast-paced, challenging environment.
- Instruct volunteers concerning proper enforcement of obstacle rules.
- Provide support for crew leaders and volunteers in the form of education, food, and any assistance necessary.
- Proactively address and solve problems as they arise.
- Serve as a positive representative of Spartan Race, Inc.

*The above responsibilities reflect management's assignment of essential functions; it does not prescribe or restrict the tasks that may be assigned.*

**REQUIREMENTS:**

- Communicate and speak effectively before groups of volunteers, contractors, or employees.
- Minimum three (3) years of experience in the construction industry.

D. 000753

- Ability to add, subtract, multiply, and divide in all units of measurement using whole numbers, common fractions, and decimals.
- Hands-on experience building houses, decks, cabinetry, working with trusses or scaffolding, etc..
- Experience overseeing and managing crews.
- Basic computer skills (i.e., Excel, Google Docs, email, etc.).
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Ability to speak effectively before groups of volunteers, contractors, and employees (read and speak conversational English).
- Willingness and ability to travel 11+ days at a time with approximately 180 days of travel.
- Frequently works 10-15+ hour days outdoors in adverse conditions for extended periods of time.
- Demonstrate a full range of movement, including but not limited to lifting, standing, bending, reaching, twisting, and crawling.
- Occasionally lifts, pushes, pulls, and moves equipment and material weighing up to 100 pounds.
- Regularly required to stand, walk, use hands and fingers to handle or feel objects, tools, or controls.
- Must be able to meet deadlines with severe time constraints.
- Possess a valid driver's license without restrictions; clean driving record.
- Experience operating heavy equipment is preferred but not mandatory.
- Occasionally climb ladders and work off elevated surfaces, as well as climb up onto and down from equipment.
- Ability to hold oneself accountable and an aptitude for prioritizing multiple projects
- Strong sense of teamwork with the ability to foster relationships.
- Proactive, solutions-oriented; capability to identify efficiencies and decrease costs while maintaining a quality workplace environment and product.
- Collegial approach to a business environment and cooperative work style.
- Exceptional verbal and written communication skills.

D. 000754

# Excavator

**ABOUT US**

Welcome to Spartan Race! We redefine working hard, playing harder, and being part of the most exhilarating team in endurance sports. Our events, including Spartan®, Tough Mudder®, and DEKA, push individuals and teams beyond their limits. We also offer fitness, health, and nutrition services to transform lives. Join us in breaking boundaries and making the impossible possible.

**ABOUT THE GIG**

As an Excavator at Spartan Race, you'll be at the forefront in Reporting to the Construction Manager and operating heavy machinery and equipment for excavation and construction projects related to event courses and infrastructure within the Spartan Race Inc. portfolio. Being a skilled and safety-conscious operator with experience in excavation, grading, and earth-moving activities, you will play a critical role in ensuring the successful execution of construction projects that contribute to exceptional event experiences.

**DUTIES/RESPONSIBILITIES:**

- **Equipment Operation**: Operate excavators and other heavy machinery for excavation, grading, and earth-moving activities on event course construction sites.
- **Safety Compliance**: Adhere to safety protocols, procedures, and regulations to ensure a safe working environment for the excavator team and other personnel.
- **Site Preparation**: Prepare event course sites by excavating, grading, and shaping terrain according to design plans and specifications.
- **Team Collaboration**: Work closely with construction crews, contractors, and project managers to ensure coordinated and efficient construction activities.
- **Maintenance and Inspection**: Perform routine maintenance and inspections on excavators and equipment to ensure proper functionality and prevent breakdowns.
- **Project Support**: Assist in other construction activities, such as material handling, equipment setup, and site cleanup, as needed.
- **Problem Solving**: Address on-site challenges, changes, and unexpected issues during construction projects, making timely decisions to ensure project success.

**REQUIREMENTS:**

- High school diploma or equivalent required. Relevant certifications in heavy equipment operation are preferred.

D. 000757

- Minimum of 3-5 years of experience in operating excavators and heavy machinery for construction and earth-moving activities.
- Proficiency in excavator operation techniques, safety protocols, and equipment maintenance.
- Strong understanding of construction methods, materials, and site preparation processes.
- Excellent communication and interpersonal skills, with the ability to collaborate effectively with construction teams and project managers.
- Skilled operator with the ability to operate excavators and heavy machinery accurately and efficiently.
- Safety-conscious approach to adhere to safety protocols and regulations at all times.
- Detail-oriented mindset to ensure precise excavation and grading according to design plans.
- Collaborative attitude to work closely with construction teams, contractors, and project managers.
- Problem-solving skills to address on-site challenges, changes, and unexpected issues.
- Results-driven attitude with a focus on delivering safe and successful construction projects.

D. 000758

# Staff, Festival Event

**ABOUT US**

Welcome to Spartan Race! We redefine working hard, playing harder, and being part of the most exhilarating team in endurance sports. Our events, including Spartan®, Tough Mudder®, and DEKA, push individuals and teams beyond their limits. We also offer fitness, health, and nutrition services to transform lives. Join us in breaking boundaries and making the impossible possible.

**ABOUT THE GIG**

Festival Event Staff play a vital role in ensuring the smooth and enjoyable experience of participants and spectators at Spartan Race events. This position requires individuals who are passionate about creating memorable event experiences, dedicated to upholding safety and operational standards, and skilled in providing excellent customer service. The Festival Event Staff contribute to the success and vibrancy of Spartan Race events by executing their responsibilities with enthusiasm and attention to detail.

**DUTIES/RESPONSIBILITIES:**

- Assist with the setup and teardown of festival areas, including signage, branding, and equipment.
- Provide information and assistance to participants and spectators, addressing inquiries and offering guidance.
- Monitor event areas to ensure safety and compliance with event policies and procedures.
- Support the coordination of festival activities, including games, sponsor activations, and entertainment.
- Distribute event materials, merchandise, and promotional items as directed.
- Assist with participant registration and check-in processes as needed.
- Collaborate with event management and security teams to respond to incidents and emergencies.
- Maintain cleanliness and organization of festival areas throughout the event.
- Promote a positive and welcoming atmosphere for all event attendees.
- Contribute to the execution of event logistics and operational tasks as assigned.
- Attend pre-event meetings and training sessions to prepare for event roles and responsibilities.

**REQUIREMENTS:**

- High school diploma or equivalent; additional training or certifications in event management or customer service is a plus.
- Previous experience in event support, customer service, or a related field is preferred.
- Excellent communication and interpersonal skills.
- Strong attention to detail and ability to follow event guidelines and procedures.

**D. 000759**

- Ability to work in a fast-paced and dynamic event environment.
- Enthusiastic and customer-focused attitude.
- Physical stamina and the ability to lift and carry event materials and equipment as required.
- Willingness to work flexible hours, including weekends and holidays, as event schedules dictate.

**Abilities**

- Provide excellent customer service and assistance to event attendees.
- Collaborate effectively with event management, security, and operational teams.
- Adapt to changing event conditions and respond to incidents and emergencies as needed.
- Maintain a positive and welcoming atmosphere for participants and spectators.
- Ensure cleanliness and organization in festival areas during events.
- Execute event logistics and operational tasks with attention to detail and efficiency.
- Follow event guidelines and procedures to uphold safety and operational standards.
- Attend pre-event meetings and training sessions to prepare for event roles and responsibilities.

D. 000760

# EXHIBIT "P"



**Jacobs & Crumplar**, P.A.

**Attorneys at Law**
www.jcdelaw.com

10 Corporate Circle, Suite 301
New Castle, DE 19720
(302) 656-5445
(302) 656-5875 (fax)

28412 DuPont Blvd., Suite 104
Millsboro, DE 19966
(302) 934-1234
(302) 934-5143 (fax)

January 9, 2026

**<u>Via CM/ECF Only</u>**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

**Re:     *Woody-Stokes v. Spartan Race, Inc.,* et al.**
        **D. Del. Case No.: 25-cv-00267-GBW**

Dear Judge Williams,

        This office represents the Plaintiff, Dayannah Woody-Stokes ("Plaintiff") and the five (5) individuals who have already joined this putative collective action lawsuit as Opt-In Plaintiffs.  I am submitting this letter pursuant to the Court's January 6, 2026 Order [D.I. 29] requiring any party seeking relief to outline the issues in dispute, its position on those issues, and supporting authority for its position(s).  As of the submission of this letter, Defendants have not served their Rule 26(a)(1) Initial Disclosures, which were due by September 22, 2025, or their responses to Plaintiff's First Phase 1 Discovery Requests for Production of Documents or Plaintiff's First Set of Phase 1 Discovery Interrogatories Directed to Defendants, which were due by November 14, 2025.

**Nature of the Dispute**

        The relief sought by Plaintiff is straightforward.  As detailed in Plaintiff's letter on January 5, 2026, Defendants are in default of their discovery obligations in this matter.  Those obligations, which Defendants have yet to meet and for which their counsel has not even offered an estimated timeframe for response, are as follows:

1.  Defendants' Initial Disclosures, due by September 22, 2025 per the Court's September 17, 2025 Scheduling Order, have yet to be served.

2.  Defendants' Responses to Plaintiff's First Phase 1 Discovery Requests for Production of Documents Directed to Defendants, served on Defendants on October 15, 2025 and thus due by November 14, 2025, have yet to be served.

3. Defendants' Answers to Plaintiff's First Set of Phase 1 Discovery Interrogatories Directed to Defendants, served on Defendants on October 15, 2025, and thus due by November 14, 2025, have yet to be served.

Under the relevant Federal Rules of Civil Procedure, responses to these discovery requests were due on November 14, 2025. See Fed. R. Civ. P. 34(b)(2)(A); 33(b)(2)(A). Defendants' Initial Disclosures were due by September 22, 2025, per the Court's September 17, 2025 Scheduling Order and Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure.

As a consequence of Defendants' failure to comply with their discovery obligations, Plaintiff has been unable to conduct depositions of witnesses reasonably necessary to determine whether conditional certification of this matter for notice purposes is appropriate pursuant to 29 U.S.C. § 216(b), and has been prejudiced in her ability to prepare her anticipated Motion for Conditional Certification, currently scheduled to be filed on or before February 15, 2026.

## Efforts to Resolve the Dispute

On October 15, 2025, when serving Plaintiff's First Sets of Phase 1 Interrogatories and Requests for Production, I emailed Keri Morris-Johnston, Esq., counsel for Defendants, asking when I could expect to receive Defendants' Initial Disclosures. I did not receive a response. On November 18, 2025, Mary Kramer, Esq., counsel for Plaintiff, emailed Ms. Morris-Johnston requesting a status update regarding Defendants' Initial Disclosures and Defendants' responses to Plaintiff's written discovery requests. On November 24, 2025, I spoke with Ms. Morris-Johnston in person and conferred regarding Defendants' past-due discovery, emphasizing that the Initial Disclosures were particularly overdue. Ms. Morris-Johnson indicated that her paralegal had been on jury duty, which had contributed to the delay. On November 27, 2025, Ms. Morris-Johnston replied to Ms. Kramer's November 18, 2025 email as follows: "I am working on these documents. My office is waiting for information from the client. I will get the Initial Disclosures sent – however I need additional time for the other discovery requests." On December 1, 2025, Ms. Kramer emailed Ms. Morris-Johnston asking Ms. Morris-Johnston how much time she needed to provide the responses and Initial Disclosures. Ms. Morris-Johnston did not respond. I spoke with Ms. Morris-Johnston on the morning of January 9, 2026, and she indicated she needed to speak to her client. To date, Defendants have failed to provide an estimated timeframe for serving their Initial Disclosures or responses to Plaintiff's Phase 1 Discovery Requests, let alone serve them.

## Relief Requested

As relief, Plaintiff seeks an Order: (a) directing Defendants to serve their Initial Disclosure within three (3) business days of the Order; (b) holding that any objections Defendants had to the Interrogatories directed to them are waived by Rule 33(b)(4); (c) directing Defendants to serve their Answers to Interrogatories within three (3) business days of this Order; (d) directing Defendants to serve their Responses (and responsive documents) to the Requests for Production of Documents within three (3) business days of the Order; and (e) the revision of applicable case deadlines as follows: (i) extending the discovery cut-off for Phase 1 discovery related to Plaintiff's anticipated Motion for Conditional Certification for Notice Purposes under 29 U.S.C. § 216(b) by

45 days, from January 16, 2026 to March 2, 2026; and (ii) extending Plaintiff's deadline to file her Motion for Conditional Certification from February 15, 2026 to April 1, 2026.

Respectfully submitted,

*/s/ Patrick C. Gallagher*

Patrick C. Gallagher
(DE Bar 5170)