**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------

DAYANNAH WOODY-STOKES, *on
behalf of herself and all others similarly
situated*

                     Plaintiff,

      v.

SPARTAN RACE, INC., *et al.*

                Defendants.

:
:
:
: Case No.: 25-cv-00267-GBW
:
:
:
:
:
:
:
:
:
:

-----------------------------------------------------------

## CERTIFICATION OF COUNSEL

I hereby certify that Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b) complies with the requirements of the Scheduling Order [D.I. 25], in accordance with the relief requested in Plaintiff's Unopposed Motion to Exceed Word Count [D.I. 36], because it is typed in 14-point Times New Roman font and contains 6,378 words (as counted by Microsoft Word).

**JACOBS & CRUMPLAR, P.A.**

 /s/ Patrick C. Gallagher
Patrick C. Gallagher, Esq. (DE 5170)
10 Corporate Circle, Suite 301
New Castle, DE  19720
(t) (302) 656-5445
pat@jcdelaw.com

Date: May 1, 2026