

1 Righter Parkway, Suite 301, Wilmington, DE 19803
(302) 552-4300  Fax (302) 552-4340

Direct Dial:  (302) 552-4372
Email:  klmorris@mdwcg.com


May 15, 2026


VIA CM/ECF Only

The Honorable Gregory B. Willaims
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Wilmington, DE  19801-3570

      RE:   *Woody-Stokes v. Spartan Race, Inc., et al.*
            D. Del.  Case No.: 25-cv-00267-GBW

Dear Your Honor:

      This office represents the Defendants, Spartan Race, Inc. and UCR US Holdings, LLC d/b/a Tough Mudder.  Please accept this letter in response to Plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b).

      We write to respectfully inform the Court that Defendants do not oppose Plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b), which seeks conditional class certification. However, Defendants are not consenting to a full class certification.  Moreover, Defendants reserve the right to challenge Plaintiffs' class certification in this matter as a collective action for trial purposes under 29 U.S.C. § 216(B) following the conclusion and completion of full merits and damages discovery and upon Plaintiffs' future motion for final certification.

      Accordingly, Defendants consent to the relief requested therein and respectfully requests that the Court grant Plaintiffs' Motion as unopposed.  Thank you for your time and consideration in this matter.


                Very truly yours,

                Keri L. Morris-Johnston

KLM
cc:    Patrick C. Gallagher, Esquire

United States District Court for the District of Delaware
May 15, 2026
Page 2

_____

Sam Ratner, General Counsel